IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02097-CBS

REALTIME ADAPTIVE STREAMING, LLC

    Plaintiff,

v.

SLING TV L.L.C.,
SLING MEDIA INC., and
SLING MEDIA L.L.C.,

    Defendants.

## DEFENDANTS SLING MEDIA L.L.C. AND SLING TV L.L.C.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants[1] Sling Media L.L.C. and Sling TV L.L.C. have identified the below entities that are financially interested in the outcome of this litigation, with the name of each corporation whose securities are publicly traded underlined:

| Party | Connection/Interest |
|---|---|
| Sling Media L.L.C. | Party, owned 100% by EchoStar Technologies L.L.C. and is an indirect, wholly-owned subsidiary of <u>DISH Network Corporation</u>, which is publicly traded (NASDAQ: DISH). |
| Sling TV L.L.C. | Party, owned 90% by Sling TV Holding L.L.C. and 10% by EchoStar Technologies L.L.C. and is an indirect, |

---

[1] Sling TV L.L.C. and Sling Media L.L.C. represent that in February of 2017 the entity formerly known as "Sling Media Inc." was converted to Sling Media L.L.C., such that at no point in time upon and since the filing of the Original Complaint has "Sling Media Inc." existed.

|  | wholly-owned subsidiary of <u>DISH Network Corporation</u>, which is publicly traded (NASDAQ: DISH). |

Based solely on a review of Form 13D and Form 13G filings with the Securities and Exchange Commission, no entity owns more than 10% of DISH Network Corporation's stock other than Putnam Investments, LLC, JPMorgan Chase & Co. and Centennial Fiduciary Management LLC.

Dated:  October 24, 2017

Respectfully submitted,

By: */s/ Adam R. Shartzer*
Adam R. Shartzer
DC Bar No. 994420
shartzer@fr.com
FISH & RICHARDSON P.C.
901 15th St. N.W., 7th Fl.
Washington, DC 20005-3500
PH: 202-783-5070
FX: 202-783-2331

*Attorney for Defendants Sling TV L.L.C. and Sling Media L.L.C.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the October 24, 2017 the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system in compliance with D.C.COLO.LCivR 5.1(d).

Dated:  October 24, 2017

Respectfully submitted,

By: */s/ Adam R. Shartzer*
Adam R. Shartzer
DC Bar No. 994420
shartzer@fr.com
FISH & RICHARDSON P.C.
901 15th St. N.W., 7th Fl.
Washington, DC 20005-3500
PH: 202-783-5070
FX: 202-783-2331

*Attorney for Defendants Sling TV L.L.C. and Sling Media L.L.C.*