IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 17-cv-02097-RBJ
*Consolidated with 17-cv-02692-RBJ and 17-cv-02869-MSK-STV*

REALTIME ADAPTIVE STREATMING LLC,

    Plaintiff,

v.

SLING TV L.L.C.,
SLING MEDIA, L.L.C.,
DISH TECHNOLOGIES, L.L.C.,
DISH NETWORK L.L.C., and
ARRIS GROUP, INC.,

    Defendant.

---

ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

    This matter has been scheduled for a **five day Jury Trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **December 16, 2019 at 9:00 a.m.**

    A Trial Preparation Conference is set for **November 1, 2019 at 9:00 a.m.** Counsel who will try the case shall attend in person.

    During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.  The parties are directed to confer prior to the Trial Preparation Conference in order to reach agreement on as many, if not all, of the proposed jury instructions.  The proposed stipulated and disputed jury

instructions should be emailed to Jackson_chambers@cod.uscourts.gov at least one week in advance of the Trial Preparation Conference.

For additional information, please review my practice standards located at http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx

DATED this 9th day of March, 2018

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge