## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:17-cv-02097 (*Lead Case*)

REALTIME ADAPTIVE STREAMING, LLC

      Plaintiff,

v.

SLING TV, L.L.C.,
SLING MEDIA, INC.,
SLING MEDIA, L.L.C.,
ECHOSTAR TECHNOLOGIES L.L.C.,
DISH NETWORK, L.L.C., and
ARRIS SOLUTIONS, INC.,

      Defendants.

---

Civil Action No.: 1:17-cv-02692-RBJ (*Consolidated Case*)

REALTIME ADAPTIVE STREAMING LLC,

      Plaintiff,

v.

POLYCOM INC.

      Defendant.

---

Civil Action No.: 1:17-cv-02869-RBJ (*Consolidated Case*)

REALTIME ADAPTIVE STREAMING LLC,

      Plaintiff,

v.

APPLE INC.

      Defendant.

---

## JOINT MOTION TO MODIFY SCHEDULING ORDER

---

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiff Realtime Adaptive

Streaming L.L.C. ("Realtime") and Defendants Polycom Inc., Apple Inc, Sling TV L.L.C., Sling

Media, L.L.C., DISH Network L.L.C., DISH Technologies L.L.C. and ARRIS Solutions, Inc.

(collectively, the "Parties"), jointly and through their undersigned counsel, hereby move this

Court to modify the Scheduling Order (Doc. 75) as set forth below.

As good cause for this motion, the Parties state as follows:

1.      On March 7, 2018, the Court consolidated the above captioned cases for

scheduling purposes and issued its Scheduling Order for the consolidated cases, providing for

various deadlines.

2.      On June 18, 2018 the Parties agreed to exchange proposed constructions on

August 10, 2018.

3.      The Parties respectfully request that the Court modify the following deadlines in

the Scheduling Order:

| Event | Current Deadline | Extended To |
|---|---|---|
| Exchange Terms for Construction | July 25, 2018 | August 10, 2018 |
| Exchange of Proposed Constructions | August 10, 2018 (by agreement) | August 31, 2018 |
| Joint Claim Construction Statement | August 22, 2018 | September 14, 2018 |

4.      On April 10, 2018, Plaintiff Realtime filed a Motion for Transfer of Actions

pursuant to 28 U.S.C. § 1407 for consolidated pretrial proceedings. A hearing before the Judicial

Panel on Multidistrict Litigation is scheduled to take place on July 26, 2018. Modification of the

deadlines will allow the Parties to adequately prepare for the upcoming hearing and also allow

for the resolution of uncertainty surrounding the future of the cases.

5.    None of the Parties has sought an modification of these deadlines previously and the modifications will not prejudice any of the Parties.

6.    Pursuant to D.C.COLO.L.Civ.R. 7.1, the Parties have conferred in good faith and agree that the Scheduling Order should be modified as provided herein and join in this motion.

7.    Pursuant to D.C.COLO.L.Civ.R. 6.1, the undersigned counsel certify that they will serve this Motion on their respective clients, pursuant to D.C.COLO.L.Civ.R. 6.1.

WHEREFORE, the Parties respectfully request that the Court modify the Scheduling Order as requested herein.

Dated:  July 24, 2018

Respectfully submitted,

/s/ *Abran J. Kean*
Abran J. Kean
Paul R. Hart
Kelly R. Hughes
5600 Greenwood Plaza Blvd., Suite 200
Greenwood Village, CO 80111
Phone: 913.777.5600
Facsimile: 913.777.5601
Abran.kean@eriseip.com
Paul.hart@eriseip.com
Kelly.hughes@eriseip.com

Eric Buresh
7015 College Blvd., Suite. 700
Overland Park, KS 66211
Phone: 913.777.5600
Facsimile: 913.777.5601
Eric.buresh@eriseip.com

*Attorneys for Defendant*
*Polycom, Inc.*

*s/ Adam R. Shartzer*
Ruffin B. Cordell
Adam R. Shartzer
Brian J. Livedalen
FISH & RICHARDSON P.C.
1000 Maine Ave. SW
Suite 1000
Washington, DC 20024
PH: 202-783-5070
FX: 202-783-2331

Attorneys for Defendants DISH Network
L.L.C., Sling TV L.L.C., Sling Media
L.L.C., and DISH Technologies L.L.C.


*/s/ Jennifer Librach Nall*
David B. Weaver
Jennifer Librach Nall
Aashish G. Kapadia
**Baker Botts L.L.P.**
98 San Jacinto Boulevard
Suite 1500
Austin, TX 78701-4078
Phone: (512) 322-2587
Fax: (512) 322-3687
david.weaver@bakerbotts.com
jennifer.nall@bakerbotts.com
aashish.kapadia@bakerbotts.com

Michelle J. Eber
**Baker Botts L.L.P.**
One Shell Plaza
910 Louisiana Street
Houston, TX 77002
Phone: (713) 229-1223
Fax: (713) 229-7732
michelle.eber@bakerbotts.com

Attorneys for Defendant ARRIS Solutions,
Inc.


*s/  Aaron S. Oakley*
HOGAN LOVELLS US LLP
Clayton C. James

clay.james@hoganlovells.com
Srecko "Lucky" Vidmar
lucky.vidmar@hoganlovells.com
Aaron S. Oakley
aaron.oakley@hoganlovells.com
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, CO 80202
Telephone: (303) 899-7300

Attorneys for Defendant Apple Inc.

/s/ C. Jay Chung
Marc A. Fenster (CA SBN 181067)
Reza Mirzaie (CA SBN 246953)
Brian D. Ledahl (CA SBN 186579)
C. Jay Chung (CA SBN 252794)
Philip X. Wang (CA SBN 262239)
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
mfenster@raklaw.com
rmirzaie@raklaw.com
bledahl@raklaw.com
jchung@raklaw.com
pwang@raklaw.com

Eric B. Fenster (CO Atty Reg # 33264)
**ERIC B. FENSTER, LLC**
1522 Blake Street, Suite 200
Denver, CO 80202
(303) 921-3530
Eric@fensterlaw.net

***Attorneys for Plaintiff***
***Realtime Adaptive Streaming LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that on  July 24, 2018, I electronically filed a true and correct copy of the foregoing with the Clerk of Court using the Court's CM/ECF System, which will send electronic notification of such filing to counsel of record.

*/s/Abran J. Kean*
Abran J. Kean

*Counsel for Defendant Polycom, Inc.*