IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| REALTIME ADAPTIVE STREAMING LLC,<br><br>Plaintiff,<br><br>v.<br><br>SLING TV L.L.C.,<br>SLING MEDIA, L.L.C.,<br>DISH NETWORK L.L.C.,<br>DISH TECHNOLOGIES L.L.C. AND<br>ARRIS GROUP, INC.,<br><br>Defendants. | **Lead Case No. 1:17-cv-02097-RBJ** |
| REALTIME ADAPTIVE STREAMING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 1:17-CV-02869-RBJ |

**ORDER OF DISMISSAL WITH PREJUDICE RE: APPLE**

On this day, Plaintiff Realtime Adaptive Streaming LLC ("Plaintiff") and Defendant Apple Inc. ("Defendant") announced to the Court that they have resolved Plaintiff's claims for relief against Defendant asserted in this case and Defendant's claims, defenses and/or counterclaims for relief (if any) against Plaintiff asserted in this case. Plaintiff and Defendant have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's claims, defenses and/or counterclaims for relief (if any) against Plaintiff without prejudice, and with all attorneys' fees, costs and expenses taxed against the

party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendant Apple are dismissed with prejudice and Defendant's claims, defenses and/or counterclaims for relief (if any) against Plaintiff are dismissed without prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Dated this 12th day of October, 2018

By the Court

R. Brooke Jackson
United States District Judge