# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| REALTIME ADAPTIVE STREAMING, LLC<br>    Plaintiff,<br>v.<br>SLING TV L.L.C., et al.<br>    Defendants. | CIVIL ACTION NO. 1:17-CV-02097<br><br>PATENT CASE |

**AFFIDAVIT IN SUPPORT OF
DEFENDANTS' MOTION TO FIND THIS CASE EXCEPTIONAL
UNDER 35 U.S.C § 285 AND FOR FEE SHIFTING OF ATTORNEYS' FEES**

I, Adam Shartzer, declare as follows:

**Introduction**

1.   I am a principal of Fish & Richardson PC ("Fish"). Defendants Sling TV L.L.C., Sling Media L.L.C., Dish Technologies L.L.C., and Dish Network L.L.C. (collectively "Defendants") retained Fish in this patent infringement action brought by Realtime Adaptive Streaming LLC ("Realtime").

2.   I am submitting this declaration in support of Defendants' Motion to Find This Case Exceptional Under 35 U.S.C § 285 and for Fee Shifting of Attorneys' Fees. I have personal knowledge of the facts contained in this declaration.

3.   As discussed in the concurrently-filed motion, Defendants only seek to recover fees from after the Court lifted the stay on January 15, 2021.

4.   For the period of January 15, 2021 through July 2021, Fish spent 7,439.4 hours defending Defendants from Realtime's allegations of patent infringement. This time amounts to $4,971,532.50 in attorney's fees. An itemization of the services performed during this period is attached as Exhibit A to this declaration.[1]

---

[1] By presenting an itemization of services, it is not my intention, nor the intention of Defendants, to waive the attorney-client privilege or protection provided by the work-product doctrine regarding any issue.

1

5.       In my opinion, the fees described herein were reasonably and necessarily incurred in defending this case.  I believe the fees were appropriate for the skill level of the attorneys involved, the complexity of the case, and the normal and customary fees charged for patent litigation.  Further, I believe that Fish's fees were justified given that Defendants were ultimately able to fully prevail in the case, leading to no liability.

## Fish & Richardson Overview

6.       Fish is a law firm that specializes in intellectual property litigation with broad experience across every IP forum—from district courts to the PTAB to the ITC—and on appeal to the Federal Circuit and the United States Supreme Court.  Between January 2017 and December 2020, Fish attorneys tried 48 IP cases to decision in 15 different venues.  Fish is the most active national firm for patent litigation in United States district courts, with more appearances than any competitor in the last 10 years.  We were Lead Counsel in one of every six ITC Section 337 matters filed in 2016–2020.

7.       Fish is the first firm to reach 1,000 appearances before the PTAB—with more than 300 more appearances than our closest competitor.  Fish's Post-Grant Group achieved this milestone by being the most active firm at the PTAB for the past three consecutive years.  As of June 1, 2021, Fish had handled 1,286 IPR proceedings, 766 for the petitioner and 520 for the patent owner.  Fish had also handled 85 covered business method matters and 25 post-grant review matters.

8.       Recent accolades include:

- IP Practice Group of the Year, Law360, 2009, 2012–2016, 2018, 2020
- Band 1 Ranking for IP and ITC, Chambers Global, 2015–2021
- Top National Ranking–Patent Litigation, IAM Patent 1000, 2012–2021
- IP Boutique Firm of the Year, Managing Intellectual Property, 2021
- ITC Firm of the Year, Managing Intellectual Property, 2020–2021
- IP Firm of the Year and National Impact Case of the Year, Benchmark Litigation, 2019

- Hall of Fame, Corporate Counsel, 2019

**Fish & Richardson Attorney and Support Staff Overview**

9.      Below is an explanation of the professional qualifications of the attorneys whose services appear in Exhibit A:

10.     **Adam Shartzer**:  My practice focuses on high-stakes patent litigation in district courts and at the ITC.  I litigate cases across the country, including at the U.S. Court of Appeals for the Federal Circuit and the ITC.  Additionally, I advise clients regarding post-grant review strategy and over the past several years have managed or assisted with over 65 *inter partes* review and *ex parte* reexamination matters at the PTO.  My experience includes argument and taking witnesses at numerous trial and post-grant proceedings, appellate briefing and argument, all aspects of discovery and formulation of claim construction and litigation strategies.  Prior to this case, I defended DISH's sister company EchoStar Corporation in the Eastern District of Texas against a case filed by Realtime Adaptive Streaming's parent company, Realtime Data LLC, who was represented by many of the same Russ August & Kabat attorneys that appeared in this case.

11.     In 2020, I was selected nationally by Law360 as a "Rising Star" in Intellectual Property.  In 2019, I was selected by the National Law Journal to its "40 Under 40 DC Rising Stars" list.  I was also recognized as a Super Lawyers "Rising Star" each year from 2015–2020.

12.     I was previously a judicial law clerk to the Honorable Sharon Prost of the Court of Appeals for the Federal Circuit (2010–2011).  In addition, I served as a judicial intern to the Honorable Richard Linn of the Federal Circuit (2007–2008), as well as a judicial intern to the Honorable Robert L. Barton, Jr., of the ITC (2007).  I graduated from George Washington University Law School in 2008 and obtained a B.S., Electrical Engineering and a Computer Science minor from the University of Virginia in 2003.

13.     **Ruffin Cordell**:  Mr. Cordell served as lead counsel in this case and has served as lead counsel in more than three dozen trials.  He has also argued more than two dozen appeals at the Federal Circuit.  In 2012, Mr. Cordell was elected a Fellow of the American College of Trial Lawyers in recognition of his exceptional career and remarkable success in the courtroom.  Prior to this case, Mr. Cordell defended DISH's sister company Echostar Corporation in the Eastern District of Texas against a case filed by Realtime Adaptive Streaming's parent company, Realtime Data LLC.

14.     Mr. Cordell's career highlights include:

- Representing a Fortune 50 consumer electronics manufacturer as lead counsel in its worldwide, multi-billion dollar dispute with Qualcomm.
- Obtaining a limited exclusion order and cease and desist order at the ITC for client Samsung.  This gave Samsung a powerful marketplace advantage and negotiation advantage in its global dispute with Sharp Electronics.  He also represented Samsung adverse to Ericsson in a series of highly publicized and hotly contested patent licensing disputes involving 24 mobile device patents in the Eastern District of Texas and at the ITC.
- Averting a $1 billion in damages claim against client Marvell Semiconductor by obtaining a verdict of no infringement in the Eastern District of Texas.
- Influencing the creation of new law regarding the use of prospective royalties in patent cases—while also securing a significant jury verdict for an automotive manufacturing client in an Eastern District of Texas case involving hybrid vehicle technology.

15.     Mr. Cordell graduated from Georgetown University Law Center in 1989.  He obtained a B.S. in Electrical Engineering from Louisiana State University in 1985.  Prior to joining Fish, Mr. Cordell served as a patent examiner in computer interface device technology at the PTO.

16.     Prior to this case, Mr. Cordell defended DISH's sister company EchoStar Corporation in the Eastern District of Texas against a case filed by Realtime Adaptive Streaming's parent company, Realtime Data LLC, who was represented by many of the same Russ August & Kabat attorneys that appeared in this case.

17. **Richard Sterba**: Mr. Sterba, a principal in the Washington, D.C., office, leads, manages and tries complex patent cases in U.S. district courts, from the Eastern District of Virginia to the Southern District of California, and the ITC.  Beyond his trial work, he also has successfully argued a case to the Federal Circuit obtaining complete vindication for a small business owner whose entire business had previously been permanently enjoined.  Mr. Sterba graduated from George Washington University Law School in 1998.  He obtained a B.S. in Physics and Mathematics from Westminster College in 1995.

18. **Timothy W. Riffe**:  Mr. Riffe is a principal in the Washington, D.C. office.  His practice emphasizes complex patent litigation in U.S. district courts and the ITC and post-grant proceedings before the PTAB.  Mr. Riffe also advises clients in strategic patent counseling and prosecution.  Mr. Riffe has received numerous accolades regarding his legal work, including, being named to IAM Patent 1000: "The World's Leading Patent Professionals" for the past five years and being named as a "Top PTAB Practitioner" and recommended for ITC and for patent by IAM.  He also has been distinguished as one of Washingtonian magazine's top lawyers in intellectual property in Washington, D.C.  Mr. Riffe defended DISH's sister company Echostar Corporation in the Eastern District of Texas against a case filed by Realtime Adaptive Streaming's parent company, Realtime Data LLC.

19. Mr. Riffe graduated from George Washington University Law School in 2001.  He obtained a B.S. in Mechanical Engineering from Virginia Tech in 1993.  Prior to his legal career, Mr. Riffe worked as a design and process engineer for Michelin Tire Corp. and DuPont.

20. Prior to this case, Mr. Riffe defended DISH's sister company EchoStar Corporation in the Eastern District of Texas against a case filed by Realtime Adaptive Streaming's parent

company, Realtime Data LLC, who was represented by many of the same Russ August & Kabat attorneys that appeared in this case.

21.     **Brian Livedalen**:  Mr. Livedalen's practice is focused on all aspects of patent litigation in U.S. district courts and before the ITC, including pre-suit investigations, discovery, *Markman* hearings, expert witness discovery and testimony, and trial.  He has litigated cases involving internet technology, flash memory, and smartphones.  Mr. Livedalen's practice also focuses on patent licensing as well as post-grant review proceeding before the PTO.  Prior to joining the firm, Mr. Livedalen was a patent examiner at the PTO in the fields of optical and semiconductor technologies.  Mr. Livedalen is a registered patent attorney.  He graduated from Georgetown University Law Center in 2009 and obtained a B.S. in Physics from the University of Virginia in 2005.

22.     **Daniel Tishman**:  Mr. Tishman represents both plaintiffs and defendants in complex patent litigation in federal district courts, and before the ITC.  Mr. Tishman also has experience representing petitioners and patent owners in post-grant proceedings.  He has represented and provided strategic counseling to clients in the consumer electronics, chemical, and automotive industries.  Mr. Tishman's broad patent litigation experience includes all phases of cases, from pre-suit investigations, fact and expert discovery, claim construction, dispositive motions, trials, and appeals.  He has participated in ten trials to date including eight bench trials and two jury trials.  At trial, he has handled witness examination and preparation (both fact and expert witnesses).  He has also taken the lead on evidentiary matters in numerous trials, including arguing evidentiary motions.  Additionally, Mr. Tishman has taken and defended numerous depositions (both fact and expert witnesses), argued terms at *Markman* hearings, and has assisted in preparing appellate briefs and arguments.  From 2011–2013, Mr. Tishman served as a judicial

clerk for the Honorable Yvette Kane of the United States District Court for the Middle District of Pennsylvania.  Mr. Tishman graduated summa cum laude from Tulane University Law School in 2011 where he was a managing editor for the Tulane Law Review.  Mr. Tishman obtained a B.S. in Information Science and Technology from Pennsylvania State University in 2007.

23.     **Michael Ellis**:  Mr. Ellis is an associate in the Dallas office.  Prior to joining the firm, Mr. Ellis served as an active duty U.S. Navy JAG attorney with a broad litigation practice.  He has extensive courtroom experience, having tried numerous contested jury and bench trials, litigated dozens of pre-trial motions, and represented nearly one hundred service members at administrative arbitration hearings.  Mr. Ellis graduated from Georgetown University Law Center in 2010.  He also obtained a M.S. in Foreign Service from Georgetown University in 2010.  He obtained a B.S. in Electrical Engineering from the University of Texas at Austin in 2003.

24.     **Matthew Mosteller**:  Mr. Mosteller is an associate in the Washington D.C., office, where he has several years' experience representing plaintiffs and defendants in complex patent litigation in the U.S. district courts, the ITC, and the PTO.  His experience spans numerous technology areas ranging from electrical and computer engineering to biomedical devices.  His legal experience encompasses all stages of litigation, from pre-suit investigations through fact and expert discovery, claim construction, dispositive motions, and trial.  As a registered patent attorney, Mr. Mosteller also has extensive experience with all phases of patent prosecution, *inter partes* review proceedings, and patent appeals.  Mr. Mosteller graduated from Georgetown University Law Center in 2018.  He obtained a M.S. in Systems Engineering from the University of Maryland in 2012.  He obtained a B.S. in Electrical Engineering from the University of Maryland in 2010.

25. **Michael Ballanco**: Mr. Ballanco is an associate in the Washington, D.C. office. Mr. Ballanco's practice focuses on all aspects of patent infringement matters at the trial and appellate level. He has argued motions before U.S. district courts and appeals at the U.S. Court of Appeals for the Federal Circuit. Mr. Ballanco has also been heavily involved in drafting successful summary judgment, *Daubert*, and other dispositive motions and appeals on patent and damages issues. Representative technologies Mr. Ballanco has worked on include network devices, semiconductor and memory devices, embedded automotive systems, and robotics. Mr. Ballanco obtained a B.S. in Computer Science & Business from Lehigh University in 2008. Before attending law school, he worked as a software and infrastructure security consultant for Accenture. Mr. Ballanco graduated from George Mason University School of Law in 2014. From 2015 through 2017, Mike served as a judicial law clerk to the Honorable Kara F. Stoll of the U.S. Court of Appeals for the Federal Circuit.

26. **Min Woo Park**: Dr. Park is an associate in the Washington, D.C. office. Dr. Park has extensive knowledge in molecular biology, cell biology, biochemistry, and other life science fields, as well as work experience in the field of intellectual property. Prior to joining the firm, he was a patent engineer at Ohtsuka International Patent Office. Dr. Park graduated from Georgetown University Law Center in 2015. He obtained a Ph.D. in Biochemistry from the University of Tokyo in 2008.

27. **Caitlin Dean**: Ms. Dean is an associate in the Delaware office. Her practice focuses on patent and trade secret litigation in U.S. district courts spanning a diverse array of industries, including computer software, energy, and pharmaceuticals. In those matters, Ms. Dean has conducted pre-suit diligence, drafted initial pleadings, managed discovery, worked with fact witnesses and experts, drafted claim construction briefs, and prepared dispositive motions.

Additionally, she has taken depositions and argued at *Markman* and discovery hearings.  Ms. Dean graduated from the University of Michigan Law School in 2018.  She obtained a B.A. in Environmental Biology from Columbia University in 2012.

28. **Bobby Hampton**: Mr. Hampton is an associate in the Washington, D.C. office. Mr. Hampton graduated from University of Pennsylvania Law School in 2018. While in law school, Mr. Hampton focused on intellectual property through research, advanced courses, and the Giles Sutherland Rich moot court competition.  Mr. Hampton wrote his law school thesis on the structural and procedural differences between the German and U.S. patent law systems.  Mr. Hampton obtained a B.S. in Chemical Engineering from University of Arkansas in 2015.  Mr. Hampton will be clerking for the Honerable Jimmie V. Reyna at the Federal Circuit beginning April 2022.

29. **Raj Utreja**:  Mr. Utreja is an associate in the Washington, D.C. office.  He represents technology companies on intellectual property matters, specifically high technology patent disputes in U.S. district courts and before the ITC.  He obtained a B.S. in Computer Science and Mathematics from Vanderbilt University in 2005.  Before law school, Mr. Utreja worked as a research fellow and software engineer for a DARPA-funded think tank, where he developed software for drones and counter-sniper defense systems.  He was also a patent examiner for the PTO, examining patent applications related to computer hardware and software, e-commerce and internet technologies, and telecommunications.  Mr. Utreja graduated from Northwestern Pritzker School of Law in 2019.  During law school, he was executive editor of the Northwestern Journal of Technology and Intellectual Property and law clerk for the Donald Pritzker Entrepreneurship Law Center, where he counseled early-stage startups on corporate, privacy, and IP matters.

30.     In addition to the above attorneys, the invoices of Exhibit A also contain entries from the following support staff:

- Litigation Paralegals:
    - Adjoa Afful
    - Judith L. Best
    - Patrick Edelin
- eDiscovery Analysts:
    - Richard Mathney—Supervisor, eDiscovery
    - Edgar Solis—Supervisor, eDiscovery
    - Andy Alcindor—eDiscovery Analyst
    - Dennis Spanoudakis—Litigation Support Coordinator
- Library and Search Services Analysts:
    - Chad Gilman—Senior Research Analyst
    - Chloe Abuzeni—Research Analyst
    - Teresa Myers—Research Analyst
    - Anne Koch Baland—Document Delivery Analyst II
- Other
    - Edward G. Faeth—IP Operations Specialist
    - Adrien Knowles—Graphic Artist

## Fish's Billing Practices and Rates

31.     Defendants were charged for work performed by Fish attorneys each month for time billed in 0.1-hour increments.

32.     Before submitting any invoice to DISH, I reviewed itemizations of the work performed and fees incurred. I removed or reduced charges that appeared excessive, unreasonable or incorrect.

33.     Fish has a standard practice of tracking attorney time charges associated with a case in an electronic database. To compile the information submitted with this declaration, I obtained a printout from that database of the time charges associated with this case.

34.     Overall, Defendants were charged an effective billing rate of $668.27 per hour. The following table itemizes Fish's billing rates for employees who worked on this case. These rates reflect what amounts to hourly rates charged for this case that have been reduced on average by

approximately 15.5% from Fish's standard patent litigation billing rates.  This discount that DISH receives on rates is amongst the largest discount that any Fish client receives for patent litigation.  The amount sought for fees billed with this case includes this discount.

| Attorney / Paralegal / Analysts & Support Staff | Defendants' Billing Rate (USD/Hr.) |
|---|---|
| Adam Shartzer | 825 |
| Ruffin Cordell | 1170 |
| Richard Sterba | 900 |
| Timothy W. Riffe | 825 |
| Brian Livedalen | 795 |
| Daniel Tishman | 795 |
| Michael Ellis | 675 |
| Matthew Mosteller | 625 |
| Michael Ballanco | 725 |
| Min Woo Park | 675 |
| Caitlin Dean | 535 |
| Bobby Hampton | 545 |

| Attorney / Paralegal / Analysts & Support Staff | Defendants' Billing Rate (USD/Hr.) |
|---|---|
| Raj Utreja | 485 |
| Adjoa Afful | 265 |
| Dennis Spanoudakis | 260 |
| Judith L. Best | 265 |
| Richard Mathney | 275 |
| Edgar Solis | 275 |
| Andy Alcindor | 260 |
| Chad Gilman | 265 |
| Chloe Abuzeni | 265 |
| Teresa Myers | 265 |
| Anne Koch Baland | 110 |
| Edward G. Faeth | 265 |
| Adrien Knowles | 260 |

35. Due to the higher billing rate of partners, this case was staffed such that associates contributed to a greater percentage of the overall hours billed. The associates in the case billed

12

about 62% of the total hours.  Partners billed about 33% of the total hours.  The remaining hours were billed by the paralegals and litigation support members mentioned above.

36. I declare under penalty of perjury that the foregoing is true and correct.

Date: August 13, 2021                                    Respectfully submitted,

                                                         */s/ Adam R. Shartzer*

                                                         Adam R. Shartzer
                                                         shartzer@fr.com
                                                         **FISH & RICHARDSON P.C.**
                                                         1000 Maine Ave. SW
                                                         Suite 1000
                                                         Washington, DC 20024
                                                         PH: 202-783-5070
                                                         FX: 202-783-2331
                                                         Attorney for Defendants DISH Network L.L.C., Sling TV L.L.C., Sling Media L.L.C., and DISH Technologies L.L.C.