EXHIBIT A-2

5/28/2021                                                                                           LT - 228544

# Invoice:
# 228544 (pending 0 days)

|  | TOTAL | FEES | EXPENSES | TAX |  | BUDGET | FY | MATTER |
|---|---|---|---|---|---|---|---|---|
| Billed | $3,659.50 | $3,659.50 | $0.00 | $0.00 |  | Spend. | $3,659.50 | $3,659.50 |
| Adjustments | $0.00 | $0.00 | $0.00 | $0.00 |  | Var. | $0.00 | $0.00 |
| Discounts | $0.00 | $0.00 | $0.00 | $0.00 |  |  |  |  |
| Total |  |  |  |  |  |  |  |  |

**Invoice Tracker ID:** 1515586    **Vendor:** Wheeler Trigg O'Don (Denver)    **Co Matter:** REALTIME DATA LLC dba IXO adv. DISH Network Corporation et al    **Co Matter ID:** 2018-00243    **LF Matter:** RealTime Data    **Country:** United States

**Inv. period:** 04/07/21 - 04/30/21    **Inv. date:** 05/28/21    **Inv. posted:** 05/28/21    **Inv. approved:** --    **Inv. sent to AP:** --    **Inv. paid:** --    **P.O.:**    **Inv. Reference:** --

**Comments:**   to Firm (0) Show comments

**Description:**   April 2021 Services

| APPROVERS & APPROVAL HISTORY |
|---|

| Action | Name | Status | Total | Fees | Expenses | Comment |
|---|---|---|---|---|---|---|
|  | Nancy Castilleja | Posted(Uploaded By) 05/28/2021 | $3,659.50 | $3,659.50 | $0.00 | -- |

| INVOICE ANALYSIS |
|---|

## Taxes

Amount Not Taxed: $3,659.50

| OTHER INVOICE AND FIRM INFORMATION |
|---|

| Matter ID: | 2018-00243 |
|---|---|
| Firm Internal Matter Name: | RealTime Data |
| Firm Client # \| Matter #: | 06353 \| 06353.0015 |
| Vendor Tax ID: | 20-0697269 |
| VAT ID: | -- |
| GST ID: | -- |
| HST ID: | -- |
| PST ID: | -- |

| | |
|---|---|
| Sales Tax ID: | -- |
| QST ID: | -- |
| Withholding Tax ID: | -- |
| Invoice Type: | LEDES 1998B |
| Tax Point Date: | -- |
| Regulatory Statement: | -- |
| Engagement Letter: | -- |
| Tax Rules Enforced: | *none* |
| Fee Arrangements: | -- |

## FIRM REMITTANCE ADDRESS

| | |
|---|---|
| Street 1: | PO Box 17782 |
| Street 2: | -- |
| Street 3: | -- |
| Street 4: | -- |
| Street 5: | -- |
| Street 6: | -- |
| City: | Denver |
| State: | Colorado |
| Zip/Postal Code: | 80217-0782 |
| Country: | United States |

## BILLED TO

| | |
|---|---|
| Tax ID: | -- |
| Name: | -- |
| Street 1: | -- |
| Street 2: | -- |
| City: | -- |
| State: | -- |



**WheelerTriggO'Donnell LLP**

370 17th Street, Suite 4500
Denver, CO  80202-5647
Telephone: (303) 244-1800

> Tax ID# 20-0697269
> *Please remit to:*
>   P.O. Box 17782
>   Denver, CO 80217-0782

May 28, 2021

Lawrence R. Katzin Esq.
Vice President and Associate General Counsel
DISH Network L.L.C.
PO Box 6655
Englewood, CO  80155

| | |
|---|---|
| Invoice No: | 228544 |
| Matter ID: | 06353.0015 |

CONFIDENTIAL/PRIVILEGED
ATTORNEY/CLIENT COMMUNICATION

For professional services rendered through April 30, 2021

**Regarding:**  Realtime Adaptive Streaming LLC
**Claim No.:**  2018-00243

| DATE | TIMEKEEPER | HOURS | AMOUNT |
|------|-----------|-------|--------|
| 04/07/21 | H. Gottschalk<br>Prepare for and participate in telephone conference with client and co-counsel regarding case status and strategy. | 0.70 | 479.50 |
| 04/07/21 | H. Gottschalk<br>Telephone conference with Messrs. L. Katzin and R. Cordell regarding new matter. | 0.30 | 205.50 |
| 04/08/21 | S. Gottesfeld<br>Preparation of initial deadline chart after review of court order concerning deadlines and review of judge's practice standards. | 1.00 | 220.00 |
| 04/08/21 | H. Gottschalk<br>Review docket and courtroom minutes. | 0.40 | 274.00 |
| 04/10/21 | H. Gottschalk<br>Email to Mr. L. Katzin regarding conflict issue and meeting. | 0.20 | 137.00 |
| 04/13/21 | H. Gottschalk<br>Telephone conference with Mr. L. Katzin regarding conflict waiver. | 0.10 | 68.50 |
| 04/13/21 | H. Gottschalk<br>Telephone conference with Mr. J. Day regarding conflict waiver. | 0.20 | 137.00 |

**Wheeler Trigg O'Donnell LLP**                                    Invoice:              228544
May 28, 2021                                                       Matter ID:          06353.0015

Page: 2

| DATE | TIMEKEEPER | HOURS | AMOUNT |
|------|-----------|-------|--------|
| 04/14/21 | H. Gottschalk<br>Telephone conference with Mr. L. Katzin regarding case background. | 0.20 | 137.00 |
| 04/14/21 | S. Gottesfeld<br>Revise litigation timeline and calendar to reflect current deadlines. | 0.60 | 132.00 |
| 04/14/21 | H. Gottschalk<br>Prepare for and participate in weekly status call with Fish Richardson. | 0.50 | 342.50 |
| 04/16/21 | S. Gottesfeld<br>Review court's docket sheet to determine pertinent pleadings needed for attorney review and analysis. | 0.40 | 88.00 |
| 04/21/21 | H. Gottschalk<br>Prepare for and participate in weekly status call with defense team. | 0.70 | 479.50 |
| 04/26/21 | H. Gottschalk<br>Review email and documents from A. Shartzer. | 0.30 | 205.50 |
| 04/28/21 | H. Gottschalk<br>Prepare for and participate in weekly defense counsel call. | 0.40 | 274.00 |
| 04/29/21 | H. Gottschalk<br>Emails with A. Shartzer and L. Matheo regarding mock trial. | 0.30 | 205.50 |
| 04/30/21 | H. Gottschalk<br>Email to co-counsel regarding mock trial. | 0.20 | 137.00 |
| 04/30/21 | H. Gottschalk<br>Telephone conference with Ms. L. DeCaro of Courtroom Performance regarding mock trial. | 0.20 | 137.00 |

**Sub-Total Fees:**     3,659.50

### TIMEKEEPER SUMMARY

| TIMEKEEPER | RANK | HOURS WORKED | BILLED PER HOUR | BILL AMOUNT |
|-----------|------|--------------|-----------------|-------------|
| Hugh Q. Gottschalk | Partner | 4.70 | 685.00 | $    3,219.50 |
| Sharon A. Gottesfeld | Paralegal | 2.00 | 220.00 | $       440.00 |
| Total All Timekeepers | | 6.70 | | $    3,659.50 |

|  |  |
|--|--|
| **Total Current Charges:** | **$    3,659.50** |
| **Previous Balance Due:** | **$          0.00** |
| **Total Due for this Matter:** | **$    3,659.50** |

**Wheeler Trigg O'Donnell LLP**
May 28, 2021
Page: 3

Invoice:          228544
Matter ID:     06353.0015

*ACH/Wire Instructions – Please Remit in US Dollars*

| | |
|---|---|
| UMB Bank Colorado, n.a. | Wheeler Trigg O'Donnell LLP Operating Account |
| 1010 Grand Blvd. | ABA # █████ |
| Kansas City, MO 64106 | Acct # ██████ |

Please include invoice **#228544** on payment

6/22/2021                                                          LT - 229119

# Invoice:
# 229119 (pending 0 days)

| | TOTAL | FEES | EXPENSES | TAX | | BUDGET | FY | MATTER |
|---|---|---|---|---|---|---|---|---|
| Billed | $3,966.50 | $3,966.50 | $0.00 | $0.00 | Spend. | $7,626.00 | | $7,626.00 |
| Adjustments | $0.00 | $0.00 | $0.00 | $0.00 | Var. | | $0.00 | $0.00 |
| Discounts | $0.00 | $0.00 | $0.00 | $0.00 | | | | |
| Total | | | | | | | | |

**Invoice Tracker ID:** 1543915    **Vendor:** Wheeler Trigg O'Don (Denver)    **Co Matter:** REALTIME DATA LLC dba IXO adv. DISH Network Corporation et al    **Co Matter ID:** 2018-00243    **LF Matter:** RealTime Data    **Country:** United States

**Inv. period:** 05/04/21 - 05/31/21    **Inv. date:** 06/22/21    **Inv. posted:** 06/22/21    **Inv. approved:** --    **Inv. sent to AP:** --    **Inv. paid:** --    **P.O.:**    **Inv. Reference:** --

**Comments:**  to Firm (0) Show comments

**Description:**  May 2021 Services

## APPROVERS & APPROVAL HISTORY

| Action | Name | Status | Total | Fees | Expenses | Comment |
|---|---|---|---|---|---|---|
| | Nancy Castilleja | Posted(Uploaded By) 06/22/2021 | $3,966.50 | $3,966.50 | $0.00 -- | |

## INVOICE ANALYSIS

# Taxes

Amount Not Taxed: $3,966.50

## OTHER INVOICE AND FIRM INFORMATION

| | |
|---|---|
| Matter ID: | 2018-00243 |
| Firm Internal Matter Name: | RealTime Data |
| Firm Client # \| Matter #: | 06353 \| 06353.0015 |
| Vendor Tax ID: | 20-0697269 |
| VAT ID: | -- |
| GST ID: | -- |
| HST ID: | -- |
| PST ID: | -- |

| | |
|---|---|
| Sales Tax ID: | -- |
| QST ID: | -- |
| Withholding Tax ID: | -- |
| Invoice Type: | LEDES 1998B |
| Tax Point Date: | -- |
| Regulatory Statement: | -- |
| Engagement Letter: | -- |
| Tax Rules Enforced: | *none* |
| Fee Arrangements: | |

| Fee Arrangement | Fee Comment | Details |
|---|---|---|
| Standard hourly rates | | |

## FIRM REMITTANCE ADDRESS

| | |
|---|---|
| Street 1: | PO Box 17782 |
| Street 2: | -- |
| Street 3: | -- |
| Street 4: | -- |
| Street 5: | -- |
| Street 6: | -- |
| City: | Denver |
| State: | Colorado |
| Zip/Postal Code: | 80217-0782 |
| Country: | United States |

## BILLED TO

| | |
|---|---|
| Tax ID: | -- |
| Name: | -- |
| Street 1: | -- |
| Street 2: | -- |
| City: | -- |


**Wheeler Trigg O'Donnell LLP**

370 17th Street, Suite 4500
Denver, CO  80202-5647
Telephone: (303) 244-1800

Tax ID# 20-0697269
*Please remit to:*
　P.O. Box 17782
　Denver, CO 80217-0782

June 22, 2021

Lawrence R. Katzin Esq.                                    Invoice No:        229119
Vice President and Associate General Counsel
DISH Network L.L.C.                                        Matter ID:       06353.0015
PO Box 6655
Englewood, CO  80155

CONFIDENTIAL/PRIVILEGED
ATTORNEY/CLIENT COMMUNICATION

For professional services rendered through May 31, 2021

**Regarding:**  Realtime Adaptive Streaming LLC
**Claim No.:**   2018-00243

| DATE | TIMEKEEPER | HOURS | AMOUNT |
|------|-----------|-------|--------|
| 05/04/21 | H. Gottschalk<br>Prepare for and participate in telephone conference with defense counsel regarding mock trial planning. | 1.00 | 685.00 |
| 05/04/21 | H. Gottschalk<br>Review Notice letters to Judge Jackson regarding Motions to Dismiss. | 0.40 | 274.00 |
| 05/05/21 | H. Gottschalk<br>Send background materials to co-counsel. | 0.20 | 137.00 |
| 05/05/21 | H. Gottschalk<br>Telephone conference with Ms. L. DeCaro of Courtroom Performance regarding mock trial. | 0.40 | 274.00 |
| 05/07/21 | H. Gottschalk<br>Prepare for and participate in Zoom meeting with Ms. L. DeCaro and co-counsel regarding mock trial exercise. | 0.60 | 411.00 |
| 05/19/21 | H. Gottschalk<br>Prepare for and participate in telephone conference with co-counsel regarding mock trial and trial preparation. | 0.80 | 548.00 |
| 05/24/21 | H. Gottschalk<br>Emails with co-counsel and Ms. C. Cheng regarding Judge Jackson motion procedures. | 0.30 | 205.50 |

**Wheeler Trigg O'Donnell LLP**          Invoice:     229119

June 22, 2021          Matter ID:    06353.0015

Page: 2

| DATE | TIMEKEEPER | HOURS | AMOUNT |
|------|-----------|-------|--------|
| 05/24/21 | C. Cheng<br>Correspond with Mr. A. Shartzer and Mr. D. Tishman regarding local practice for submission of attorney declarations and other local practice for summary judgment. | 0.10 | 45.50 |
| 05/25/21 | H. Gottschalk<br>Emails with co-counsel and Ms. C. Cheng regarding motion in limine procedures. | 0.30 | 205.50 |
| 05/25/21 | C. Cheng<br>Review case deadlines and operative pleadings. | 0.30 | 136.50 |
| 05/26/21 | H. Gottschalk<br>Telephone conference with co-counsel regarding motions in limine. | 0.30 | 205.50 |
| 05/26/21 | S. Gottesfeld<br>Review court's docket sheet and pull all LOIs and responses to LOIs, as well as all other recent filings, and send same to Ms. C. Cheng for her review and analysis. | 0.50 | 110.00 |
| 05/26/21 | H. Gottschalk<br>Telephone conference with client and co-counsel regarding motions to dismiss and trial planning. | 0.40 | 274.00 |
| 05/26/21 | C. Cheng<br>Correspond and conference with Fish Richardson team regarding motions in limine practice. | 0.80 | 364.00 |
| 05/27/21 | C. Cheng<br>Analyze dispositive motions filings and letters of intent. | 0.20 | 91.00 |

**Sub-Total Fees:**     3,966.50

### TIMEKEEPER SUMMARY

| TIMEKEEPER | RANK | HOURS WORKED | BILLED PER HOUR | | BILL AMOUNT |
|-----------|------|-------------|----------------|---|------------|
| Hugh Q. Gottschalk | Partner | 4.70 | 685.00 | $ | 3,219.50 |
| CiCi Cheng | Associate | 1.40 | 455.00 | $ | 637.00 |
| Sharon A. Gottesfeld | Paralegal | 0.50 | 220.00 | $ | 110.00 |
| Total All Timekeepers | | 6.60 | | $ | 3,966.50 |

|  |  |  |  |
|--|--|--|--|
| **Total Current Charges:** | **$** | **3,966.50** |
| **Previous Balance Due:** | **$** | **3,659.50** |

**Wheeler Trigg O'Donnell LLP**
June 22, 2021
Page: 3

Invoice:                           229119
Matter ID:                   06353.0015

**Total Due for this Matter:**                    $            7,626.00

*ACH/Wire Instructions – Please Remit in US Dollars*

| | |
|---|---|
| UMB Bank Colorado, n.a. | Wheeler Trigg O'Donnell LLP Operating Account |
| 1010 Grand Blvd. | ABA # ████████ |
| Kansas City, MO 64106 | Acct # ████████ |
| Please include invoice **#229119** on payment | |

7/14/2021                                                                  LT - 229489

# Invoice:
# 229489 (pending 0 days)

|  | TOTAL | FEES | EXPENSES | TAX |  | BUDGET | FY | MATTER |
|---|---|---|---|---|---|---|---|---|
| Billed | $24,941.50 | $24,941.50 | $0.00 | $0.00 | **Spend.** | $32,567.50 | $32,567.50 | |
| Adjustments | $0.00 | $0.00 | $0.00 | $0.00 | **Var.** | $0.00 | $0.00 | |
| Discounts | $0.00 | $0.00 | $0.00 | $0.00 | | | | |
| Total | | | | | | | | |

**Invoice Tracker ID:** 1565427    **Vendor:** Wheeler Trigg O'Don (Denver)    **Co Matter:** REALTIME DATA LLC dba IXO adv. DISH Network Corporation et al    **Co Matter ID:** 2018-00243    **LF Matter:** RealTime Data    **Country:** United States

**Inv. period:** 06/01/21 - 06/30/21    **Inv. date:** 07/14/21    **Inv. posted:** 07/14/21    **Inv. approved:** --    **Inv. sent to AP:** --    **Inv. paid:** --    **P.O.:**    **Inv. Reference:** --

**Comments:**   to Firm (0) Show comments

**Description:**   June 2021 Services

---

**APPROVERS & APPROVAL HISTORY**

---

| Action | Name | Status | Total | Fees | Expenses | Comment |
|---|---|---|---|---|---|---|
| | Nancy Castilleja | Posted(Uploaded By) 07/14/2021 | $24,941.50 | $24,941.50 | $0.00 | -- |

---

**INVOICE ANALYSIS**

---

## Taxes

Amount Not Taxed: $24,941.50

---

**OTHER INVOICE AND FIRM INFORMATION**

---

| | |
|---|---|
| Matter ID: | 2018-00243 |
| Firm Internal Matter Name: | RealTime Data |
| Firm Client # \| Matter #: | 06353 \| 06353.0015 |
| Vendor Tax ID: | 20-0697269 |
| VAT ID: | -- |
| GST ID: | -- |
| HST ID: | -- |
| PST ID: | -- |

7/14/2021                                                        LT - 229489

Sales Tax ID:              --

QST ID:                    --

Withholding Tax ID:        --

Invoice Type:              LEDES 1998B

Tax Point Date:            --

Regulatory Statement:      --

Engagement Letter:         --

Tax Rules Enforced:        *none*

Fee Arrangements:          **Fee Arrangement**     **Fee Comment**   **Details**
                           Standard hourly rates

## FIRM REMITTANCE ADDRESS

Street 1:          PO Box 17782

Street 2:          --

Street 3:          --

Street 4:          --

Street 5:          --

Street 6:          --

City:              Denver

State:             Colorado

Zip/Postal Code:   80217-0782

Country:           United States

## BILLED TO

Tax ID:            --

Name:              --

Street 1:          --

Street 2:          --

City:              --



**Wheeler Trigg O'Donnell** LLP
370 17th Street, Suite 4500
Denver, CO  80202-5647
Telephone: (303) 244-1800

Tax ID# 20-0697269
*Please remit to:*
   P.O. Box 17782
   Denver, CO 80217-0782

July 14, 2021

Lawrence R. Katzin Esq.
Vice President and Associate General Counsel
DISH Network L.L.C.
PO Box 6655
Englewood, CO  80155

Invoice No:      229489

Matter ID:      06353.0015

CONFIDENTIAL/PRIVILEGED
ATTORNEY/CLIENT COMMUNICATION

For professional services rendered through June 30, 2021

**Regarding:**  Realtime Adaptive Streaming LLC
**Claim No.:**  2018-00243

| DATE | TIMEKEEPER | HOURS | AMOUNT |
|------|-----------|-------|--------|
| 06/01/21 | S. Gottesfeld<br>Revise litigation timeline to reflect response to DISH's summary judgment motion. | 0.10 | 22.00 |
| 06/02/21 | H. Gottschalk<br>Telephone conference with clients regarding participation in mock trial. | 0.20 | 137.00 |
| 06/02/21 | H. Gottschalk<br>Email to co-counsel regarding filing and priority of pretrial motions. | 0.20 | 137.00 |
| 06/02/21 | C. Cheng<br>Email with Mr. A. Shartzer regarding summary judgment motions and strategy for refiling. | 0.20 | 91.00 |
| 06/08/21 | H. Gottschalk<br>Telephone conference with Mr. A. Shartzer and Ms. L. DeCaro regarding mock trial presentation. | 0.40 | 274.00 |
| 06/09/21 | H. Gottschalk<br>Review and finalize entry of appearance. | 0.10 | 68.50 |
| 06/09/21 | S. Gottesfeld<br>Preparation of entry of appearance for Mr. H. Gottschalk. | 0.20 | 44.00 |

**Wheeler Trigg O'Donnell LLP**

July 14, 2021

Page: 2

Invoice: 229489

Matter ID: 06353.0015

| DATE | TIMEKEEPER | HOURS | AMOUNT |
|------|------------|-------|--------|
| 06/09/21 | H. Gottschalk<br>Prepare for and participate in weekly defense call. | 0.40 | 274.00 |
| 06/09/21 | H. Gottschalk<br>Schedule mock trial prep meeting with Mr. A. Shartzer. | 0.10 | 68.50 |
| 06/09/21 | H. Gottschalk<br>Review motion to exclude damages. | 0.20 | 137.00 |
| 06/11/21 | H. Gottschalk<br>Initial review of expert reports. | 1.00 | 685.00 |
| 06/11/21 | H. Gottschalk<br>Prepare for and participate in telephone conference with Mr. A. Shartzer regarding mock trial damages presentation and Judge Jackson trial procedures. | 1.20 | 822.00 |
| 06/11/21 | C. Cheng<br>Emails and call with Mr. A. Shartzer and with Mr. D. Tishman regarding trial strategy, birfurcation issues, and other pre-trial practices for Judge Jackson. | 1.30 | 591.50 |
| 06/14/21 | H. Gottschalk<br>Telephone conference with Mr. D. Tishman regarding initial damages PowerPoint. | 0.10 | 68.50 |
| 06/14/21 | H. Gottschalk<br>Review initial damages PowerPoint for mock trial. | 0.30 | 205.50 |
| 06/15/21 | H. Gottschalk<br>Review and revise damages declaration for mock trial. | 0.80 | 548.00 |
| 06/17/21 | S. Gottesfeld<br>Revise notice of USPTO reexamination to comport with court rules. | 0.20 | 44.00 |
| 06/17/21 | H. Gottschalk<br>Email to Mr. A. Shartzer regarding revisions to damages presentation. | 0.30 | 205.50 |
| 06/17/21 | H. Gottschalk<br>Review and revise PowerPoint damages presentation. | 1.30 | 890.50 |
| 06/17/21 | C. Cheng<br>Analyze and revise notice of non-final PTO action for filing. | 0.30 | 136.50 |
| 06/18/21 | S. Gottesfeld<br>Revise litigation timeline triggered by recent filings. | 0.20 | 44.00 |
| 06/18/21 | H. Gottschalk<br>Review response to motion in limine to exclude Meyer and review Meyer expert report. | 1.50 | 1,027.50 |

**Wheeler Trigg O'Donnell LLP**                           Invoice:              229489
July 14, 2021                                              Matter ID:         06353.0015

Page: 3

| DATE | TIMEKEEPER | HOURS | AMOUNT |
|------|------------|-------|--------|
| 06/18/21 | H. Gottschalk<br>Telephone conference with Ms. C. Cheng regarding Notice regarding Re-examination. | 0.20 | 137.00 |
| 06/18/21 | H. Gottschalk<br>Review Notice regarding Re-examination and approve for filing with Court. | 0.20 | 137.00 |
| 06/18/21 | H. Gottschalk<br>Review email from Mr. A. Shartzer regarding revisions to PowerPoint presentation for mock trial. | 0.70 | 479.50 |
| 06/21/21 | H. Gottschalk<br>Review and revise damages presentation for mock trial. | 1.50 | 1,027.50 |
| 06/21/21 | H. Gottschalk<br>Telephone conference with Mr. D. Tishman regarding damages presentation for mock trial. | 0.70 | 479.50 |
| 06/23/21 | S. Gottesfeld<br>Revise litigation timeline to reflect changes triggered by recent filings. | 0.20 | 44.00 |
| 06/23/21 | H. Gottschalk<br>Review Mr. D. Tishman damages PowerPoint for Realtime. | 0.40 | 274.00 |
| 06/23/21 | H. Gottschalk<br>Telephone conference with co-counsel regarding mock trial. | 0.60 | 411.00 |
| 06/23/21 | H. Gottschalk<br>Work on damages presentations for mock trial. | 0.70 | 479.50 |
| 06/23/21 | C. Cheng<br>Review stipulation regarding motions in limine, opposing to motion for partial summary judgment on affirmative defenses, and other dispositive motions filings. | 0.40 | 182.00 |
| 06/24/21 | H. Gottschalk<br>Review mock trial presentations. | 0.50 | 342.50 |
| 06/24/21 | H. Gottschalk<br>Telephone conference with Mr. R. Cordell regarding jury trial issues. | 0.40 | 274.00 |
| 06/24/21 | H. Gottschalk<br>Telephone conferences with Messrs. D. Tishman and L. Matheo regarding mock trial presentations and mock trial schedule. | 0.70 | 479.50 |
| 06/24/21 | C. Cheng<br>Telephone conference with Fish Richardson team regarding bifurcation and other pre-trial issues. | 0.70 | 318.50 |
| 06/25/21 | H. Gottschalk<br>Telephone conference with Messrs. L. Matheo and D. Tishman regarding Tishman damages presentation for mock trial. | 0.40 | 274.00 |

**Wheeler Trigg O'Donnell LLP**

July 14, 2021

Page: 4

Invoice:     229489

Matter ID:     06353.0015

| DATE | TIMEKEEPER | HOURS | AMOUNT |
|------|-----------|-------|--------|
| 06/25/21 | H. Gottschalk<br>Observe D. Tishman damages presentation for mock trial. | 0.80 | 548.00 |
| 06/27/21 | H. Gottschalk<br>Telephone conference with Mr. D. Tishman regarding PowerPoint presentation for mock trial. | 0.70 | 479.50 |
| 06/27/21 | H. Gottschalk<br>Review and revise PowerPoint presentation for mock trial. | 2.50 | 1,712.50 |
| 06/28/21 | S. Gottesfeld<br>Review multiple recent filings and revise litigation timeline to reflect changes triggered by same. | 0.30 | 66.00 |
| 06/28/21 | H. Gottschalk<br>Telephone conference with Mr. L. Matheo regarding mock trial schedule. | 0.40 | 274.00 |
| 06/28/21 | H. Gottschalk<br>Prepare for preparation of damages video for mock trial. | 1.50 | 1,027.50 |
| 06/28/21 | H. Gottschalk<br>Participate in taping of damages video for mock trial and observe validity presentations. | 4.50 | 3,082.50 |
| 06/28/21 | C. Cheng<br>Review oppositions to motions in limine. | 0.30 | 136.50 |
| 06/29/21 | H. Gottschalk<br>Observe mock trial presentation videos. | 1.50 | 1,027.50 |
| 06/29/21 | H. Gottschalk<br>Telephone conference with Mr. L. Matheo regarding mock trial logistics. | 0.40 | 274.00 |
| 06/29/21 | H. Gottschalk<br>Telephone conference with Mr. L. Katzin regarding mock trial logistics. | 0.30 | 205.50 |
| 06/30/21 | H. Gottschalk<br>Attend and participate in mock trial. | 4.20 | 2,877.00 |
| 06/30/21 | H. Gottschalk<br>Prepare for mock trial. | 2.00 | 1,370.00 |

**Sub-Total Fees:**     24,941.50

**Wheeler Trigg O'Donnell LLP**
July 14, 2021
Page: 5

Invoice: 229489
Matter ID: 06353.0015

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | RANK | HOURS WORKED | BILLED PER HOUR | | BILL AMOUNT |
|---|---|---|---|---|---|
| Hugh Q. Gottschalk | Partner | 33.90 | 685.00 | $ | 23,221.50 |
| CiCi Cheng | Associate | 3.20 | 455.00 | $ | 1,456.00 |
| Sharon A. Gottesfeld | Paralegal | 1.20 | 220.00 | $ | 264.00 |
| Total All Timekeepers | | 38.30 | | $ | 24,941.50 |

| | | |
|---|---|---|
| **Total Current Charges:** | $ | 24,941.50 |
| **Previous Balance Due:** | $ | 7,626.00 |
| **Total Due for this Matter:** | $ | 32,567.50 |

*ACH/Wire Instructions – Please Remit in US Dollars*

UMB Bank Colorado, n.a.   Wheeler Trigg O'Donnell LLP Operating Account
1010 Grand Blvd.   ABA # ▓▓▓
Kansas City, MO 64106   Acct # ▓▓▓▓▓
    Please include invoice **#229489** on payment

8/6/2021                                                    LT - 230015

# Invoice:
# 230015 (pending 0 days)

|  | TOTAL | FEES | EXPENSES | TAX |  |  | BUDGET | FY | MATTER |
|---|---|---|---|---|---|---|---|---|---|
| Billed | $71,419.00 | $71,419.00 | $0.00 | $0.00 |  | Spend. | $103,986.50 | $103,986.50 |  |
| Adjustments | $0.00 | $0.00 | $0.00 | $0.00 |  | Var. | $0.00 | $0.00 |  |
| Discounts | $0.00 | $0.00 | $0.00 | $0.00 |  |  |  |  |  |
| Total |  |  |  |  |  |  |  |  |  |

**Invoice Tracker ID:** 1591728   **Vendor:** Wheeler Trigg O'Don (Denver)   **Co Matter:** REALTIME DATA LLC dba IXO adv. DISH Network Corporation et al   **Co Matter ID:** 2018-00243   **LF Matter:** RealTime Data   **Country:** United States

**Inv. period:** 07/01/21 - 07/31/21   **Inv. date:** 08/05/21   **Inv. posted:** 08/06/21   **Inv. approved:** --   **Inv. sent to AP:** --   **Inv. paid:** --   **P.O.:**   **Inv. Reference:** --

**Comments:**  to Firm (0) Show comments

**Description:**  August 2021 Services

---

**APPROVERS & APPROVAL HISTORY**

---

| Action | Name | Status | Total | Fees | Expenses | Comment |
|---|---|---|---|---|---|---|
|  | Nancy Castilleja | Posted(Uploaded By) 08/06/2021 | $71,419.00 | $71,419.00 | $0.00 | -- |

---

**INVOICE ANALYSIS**

---

# Taxes

Amount Not Taxed: $71,419.00

---

**OTHER INVOICE AND FIRM INFORMATION**

---

| | |
|---|---|
| Matter ID: | 2018-00243 |
| Firm Internal Matter Name: | RealTime Data |
| Firm Client # \| Matter #: | 06353 \| 06353.0015 |
| Vendor Tax ID: | 20-0697269 |
| VAT ID: | -- |
| GST ID: | -- |
| HST ID: | -- |
| PST ID: | -- |

| | |
|---|---|
| Sales Tax ID: | -- |
| QST ID: | -- |
| Withholding Tax ID: | -- |
| Invoice Type: | LEDES 1998B |
| Tax Point Date: | -- |
| Regulatory Statement: | -- |
| Engagement Letter: | -- |
| Tax Rules Enforced: | *none* |

Fee Arrangements:

| Fee Arrangement | Fee Comment | Details |
|---|---|---|
| Standard hourly rates | | |

## FIRM REMITTANCE ADDRESS

| | |
|---|---|
| Street 1: | PO Box 17782 |
| Street 2: | -- |
| Street 3: | -- |
| Street 4: | -- |
| Street 5: | -- |
| Street 6: | -- |
| City: | Denver |
| State: | Colorado |
| Zip/Postal Code: | 80217-0782 |
| Country: | United States |

## BILLED TO

| | |
|---|---|
| Tax ID: | -- |
| Name: | -- |
| Street 1: | -- |
| Street 2: | -- |
| City: | -- |



**Wheeler Trigg O'Donnell LLP**
370 17th Street, Suite 4500
Denver, CO  80202-5647
Telephone: (303) 244-1800

Tax ID# 20-0697269
*Please remit to:*
  P.O. Box 17782
  Denver, CO 80217-0782

August 5, 2021

Lawrence R. Katzin Esq.
Vice President and Associate General Counsel
DISH Network L.L.C.
PO Box 6655
Englewood, CO  80155

Invoice No:        230015

Matter ID:        06353.0015

CONFIDENTIAL/PRIVILEGED
ATTORNEY/CLIENT COMMUNICATION

For professional services rendered through July 31, 2021

**Regarding:**  Realtime Adaptive Streaming LLC
**Claim No.:**  2018-00243

| DATE | TIMEKEEPER | HOURS | AMOUNT |
|------|-----------|-------|--------|
| 07/01/21 | H. Gottschalk<br>Review and organize mock materials for trial. | 1.20 | 822.00 |
| 07/01/21 | H. Gottschalk<br>Prepare for and participate in mock trial. | 5.70 | 3,904.50 |
| 07/01/21 | H. Gottschalk<br>Telephone conference with clients regarding mock trial. | 0.80 | 548.00 |
| 07/02/21 | C. Cheng<br>Telephone conference with Mr. H. Gottschalk regarding pre-trial conference issues and other pre-trial strategy. | 0.30 | 136.50 |
| 07/02/21 | C. Cheng<br>Correspond with Fish & Richardson trial team regarding jury instructions and other pre-trial considerations. | 0.20 | 91.00 |
| 07/02/21 | H. Gottschalk<br>Telephone conference with Mr. D. Tishman  and Ms. C. Cheng regarding Judge Jackson trial procedures. | 0.50 | 342.50 |
| 07/02/21 | H. Gottschalk<br>Telephone conference with Mr. D. Tishman regarding damages presentation at mock trial. | 0.80 | 548.00 |

**Wheeler Trigg O'Donnell LLP**                          Invoice:                    230015
August 5, 2021                                           Matter ID:                  06353.0015

Page: 2

| DATE | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|
| 07/02/21 | H. Gottschalk<br>Review mock trial report and data. | 0.80 | 548.00 |
| 07/02/21 | H. Gottschalk<br>Review and respond to co-counsel emails regarding Judge Jackson trial procedures. | 0.50 | 342.50 |
| 07/06/21 | C. Cheng<br>Analyze replies regarding motions in limine, Daubert and summary judgment motions. | 0.40 | 182.00 |
| 07/06/21 | C. Cheng<br>Correspond with trial team regarding void dire and other trial preparation questions. | 0.30 | 136.50 |
| 07/07/21 | H. Gottschalk<br>Review and respond to emails with co-counsel regarding witness preparation schedule. | 0.50 | 342.50 |
| 07/07/21 | H. Gottschalk<br>Prepare for and attend weekly status meeting with co-counsel. | 1.60 | 1,096.00 |
| 07/07/21 | H. Gottschalk<br>Telephone conference with J. Hanft regarding presentation of damages case at trial. | 0.80 | 548.00 |
| 07/07/21 | H. Gottschalk<br>Prepare for and participate in trial planning meeting with D. Tishman. | 1.50 | 1,027.50 |
| 07/07/21 | C. Cheng<br>Correspond with trial team regarding void dire and other trial preparation strategy and practices for Judge Jackson. | 0.30 | 136.50 |
| 07/07/21 | C. Cheng<br>Analyze draft notice and request for bench trial. | 0.20 | 91.00 |
| 07/07/21 | C. Cheng<br>Correspond with Mr. D. Tishman regarding draft notice and request for bench trial. | 0.30 | 136.50 |
| 07/08/21 | H. Gottschalk<br>Review mock trial materials, and organize case materials for trial. | 1.00 | 685.00 |
| 07/08/21 | H. Gottschalk<br>Prepare for and participate in debrief with Courtroom Performance regarding mock trial results. | 2.60 | 1,781.00 |
| 07/08/21 | C. Cheng<br>Correspond with trial team regarding trial preparation strategy and practices for Judge Jackson. | 0.30 | 136.50 |

**Wheeler Trigg O'Donnell LLP**                                    Invoice:                230015
August 5, 2021                                                     Matter ID:              06353.0015

Page: 3

| DATE | TIMEKEEPER | HOURS | AMOUNT |
|------|------------|-------|--------|
| 07/08/21 | C. Cheng<br>Review stipulation on trial issues and Realtime's reply in support of its Daubert motion. | 0.30 | 136.50 |
| 07/09/21 | S. Gottesfeld<br>Email communications with Ms. A. DeVan concerning logistics for hosting Fish Richardson trial team and equipment needed during trial. | 0.20 | 44.00 |
| 07/09/21 | H. Gottschalk<br>Review and revise PowerPoint presentation for P. Meyer. | 1.00 | 685.00 |
| 07/09/21 | H. Gottschalk<br>Prepare for and participate in telephone conference with co-counsel regarding trial planning and witness preparation schedule. | 2.20 | 1,507.00 |
| 07/09/21 | H. Gottschalk<br>Review key pleadings, request for bench trial and Minnick declaration and support materials. | 1.80 | 1,233.00 |
| 07/09/21 | H. Gottschalk<br>Review emails regarding trial and prep schedule and review pending motions. | 1.20 | 822.00 |
| 07/11/21 | H. Gottschalk<br>Review P. Meyer report. | 0.60 | 411.00 |
| 07/11/21 | H. Gottschalk<br>Review Dell report and deposition and identify key issues for trial. | 1.40 | 959.00 |
| 07/11/21 | H. Gottschalk<br>Emails with Mr. D. Tishman regarding trial preparation process and logistics. | 0.80 | 548.00 |
| 07/11/21 | H. Gottschalk<br>Review mock trial exhibits. | 1.60 | 1,096.00 |
| 07/12/21 | S. Gottesfeld<br>Telephone conference with and email communications to Ms. A. Afful and Ms. C. Mason concerning trial logistics and support. | 1.00 | 220.00 |
| 07/12/21 | H. Gottschalk<br>Telephone conference with Mr. D. Tishman regarding damages examination outlines and trial exhibits. | 0.60 | 411.00 |
| 07/12/21 | H. Gottschalk<br>Review mock trial juror videos. | 1.30 | 890.50 |
| 07/12/21 | H. Gottschalk<br>Review key pleadings and pending motions, including replies regarding Daubert motions and motions in limine. | 2.00 | 1,370.00 |

**Wheeler Trigg O'Donnell LLP**
August 5, 2021

Invoice: 230015
Matter ID: 06353.0015

Page: 4

| DATE | TIMEKEEPER | HOURS | AMOUNT |
|------|-----------|-------|--------|
| 07/12/21 | H. Gottschalk<br>Telephone conference with Mr. D. Tishner regarding replies regarding Daubert motions and motions in limine. | 1.00 | 685.00 |
| 07/12/21 | H. Gottschalk<br>Review emails regarding demonstrative exhibits and Bench trial request. | 0.60 | 411.00 |
| 07/12/21 | C. Cheng<br>Correspond with trial team regarding void dire and other trial preparation strategy and practices for Judge Jackson. | 0.50 | 227.50 |
| 07/13/21 | H. Gottschalk<br>Email communications with Messrs. D. Tishman and P. Meyer regarding damage analysis and trial prep plan. | 1.30 | 890.50 |
| 07/13/21 | H. Gottschalk<br>Review expert reports. | 1.60 | 1,096.00 |
| 07/13/21 | H. Gottschalk<br>Meeting with Mr. D. Tishman regarding extranet site and trial outline preparation. | 0.50 | 342.50 |
| 07/14/21 | H. Gottschalk<br>Begin preparation of initial Dell cross examination outline. | 2.00 | 1,370.00 |
| 07/14/21 | H. Gottschalk<br>Prepare for and participate in trial preparation meeting with co-counsel. | 2.10 | 1,438.50 |
| 07/14/21 | H. Gottschalk<br>Review and revise initial PowerPoint from Mr. P. Meyer. | 1.20 | 822.00 |
| 07/14/21 | H. Gottschalk<br>Review deposition excerpts for trial from Mr. D. Tishman. | 1.50 | 1,027.50 |
| 07/14/21 | C. Cheng<br>Correspond with trial team and telephone conference with Mr. D. Tishman regarding void dire and other trial preparation strategy and practices for Judge Jackson. | 0.80 | 364.00 |
| 07/15/21 | C. Cheng<br>Review joint proposed jury instructions and analyze comments from Judge Jackson. | 1.20 | 546.00 |
| 07/15/21 | H. Gottschalk<br>Review motion in limine regarding S. Dell opinions. | 1.00 | 685.00 |
| 07/15/21 | S. Gottesfeld<br>Internal emails concerning logistics for hosting of co-counsel during trial. | 0.20 | 44.00 |
| 07/15/21 | S. Gottesfeld<br>Email communications with Ms. A. Afful concerning trial logistics. | 0.20 | 44.00 |

**Wheeler Trigg O'Donnell LLP**
August 5, 2021

Invoice:               230015
Matter ID:         06353.0015

Page: 5

| DATE | TIMEKEEPER | HOURS | AMOUNT |
|------|------------|-------|--------|
| 07/15/21 | H. Gottschalk<br>Review and revise demonstrative exhibits from T. Shelin. | 1.20 | 822.00 |
| 07/15/21 | H. Gottschalk<br>Telephone conference with T. Shelin and D. Tishman regarding demonstrative exhibits. | 0.60 | 411.00 |
| 07/15/21 | H. Gottschalk<br>Review Judge Jackson edits and comments to jury instructions. | 0.70 | 479.50 |
| 07/15/21 | H. Gottschalk<br>Email to co-counsel regarding Judge Jackson edits and comments to jury instructions. | 0.50 | 342.50 |
| 07/15/21 | H. Gottschalk<br>Review and revise outline of S. Dell cross examination and create PowerPoint slides for Dell cross. | 2.20 | 1,507.00 |
| 07/16/21 | H. Gottschalk<br>Continue work on Meyer direct examination PowerPoint. | 1.80 | 1,233.00 |
| 07/16/21 | S. Gottesfeld<br>Multiple emails and telephone conferences with co-counsel concerning various trial logistics. | 0.50 | 110.00 |
| 07/16/21 | H. Gottschalk<br>Emails with co-counsel regarding Judge Jackson jury instruction comments. | 0.70 | 479.50 |
| 07/16/21 | H. Gottschalk<br>Telephone conference with co-counsel regarding Judge Jackson jury instruction comments and pretrial conference. | 0.50 | 342.50 |
| 07/16/21 | H. Gottschalk<br>Prepare for and participate in final pretrial conference with Court and all counsel. | 2.80 | 1,918.00 |
| 07/16/21 | H. Gottschalk<br>Review Meyer motion in limine. | 0.60 | 411.00 |
| 07/16/21 | C. Cheng<br>Correspond with trial team regarding joint proposed jury instructions and comments from Judge Jackson. | 0.60 | 273.00 |
| 07/16/21 | C. Cheng<br>Review courtroom minutes from pretrial conference and DISH's notice on prior art references. | 0.30 | 136.50 |
| 07/19/21 | H. Gottschalk<br>Review emails with opposing counsel regarding bench trial. | 0.70 | 479.50 |
| 07/19/21 | S. Gottesfeld<br>Review minute order issued from trial preparation conference. | 0.10 | 22.00 |

**Wheeler Trigg O'Donnell LLP**

August 5, 2021

Page: 6

Invoice:    230015

Matter ID:    06353.0015

| DATE | TIMEKEEPER | HOURS | AMOUNT |
|------|------------|-------|--------|
| 07/19/21 | S. Gottesfeld<br>Telephone conference with Elway's concerning lunch accommodations during trial. | 0.20 | 44.00 |
| 07/19/21 | S. Gottesfeld<br>Telephone conference with Ms. C. Mason concerning logistics for hosting Fish Richardson team during trial. | 0.20 | 44.00 |
| 07/19/21 | H. Gottschalk<br>Emails with Messrs. T. Shelin and D. Tishman regarding trial examinations and demonstrative exhibits. | 0.80 | 548.00 |
| 07/19/21 | H. Gottschalk<br>Review S. Dell report and continue work on cross-examination outline. | 1.50 | 1,027.50 |
| 07/19/21 | H. Gottschalk<br>Telephone conference with Messrs. D. Tishman and T. Schelin regarding background issues and opening PowerPoint. | 0.80 | 548.00 |
| 07/19/21 | S. Gottesfeld<br>Revise litigation timeline pursuant to minute order issued from trial preparation conference. | 0.10 | 22.00 |
| 07/20/21 | H. Gottschalk<br>Review Minnick deposition. | 0.50 | 342.50 |
| 07/20/21 | H. Gottschalk<br>Telephone conference with Mr. A. Shartzer regarding Bovik examination and prep. | 0.70 | 479.50 |
| 07/20/21 | H. Gottschalk<br>Telephone conference with Mr. D. Tishman regarding Dell and Meyer examinations. | 0.80 | 548.00 |
| 07/20/21 | H. Gottschalk<br>Telephone conference with J. Hanft regarding mock trial take-aways. | 0.70 | 479.50 |
| 07/20/21 | H. Gottschalk<br>Continue review of Dell report and attachments and revise cross examination outline and PowerPoint. | 3.50 | 2,397.50 |
| 07/20/21 | C. Cheng<br>Correspond with Mr. D. Tishman and telephone conference regarding pretrial conference and bench trial strategy. | 1.00 | 455.00 |
| 07/21/21 | H. Gottschalk<br>Review and revise Dell cross examination outline and impeachment excerpts from Mr. D. Tishman. | 0.70 | 479.50 |
| 07/21/21 | H. Gottschalk<br>Emails with Mr. D. Tishman regarding damages evidence, preparation of cross examination outlines and demonstrative exhibits. | 1.50 | 1,027.50 |

**Wheeler Trigg O'Donnell LLP**                      Invoice:              230015
August 5, 2021                                       Matter ID:            06353.0015

Page: 7

| DATE | TIMEKEEPER | HOURS | AMOUNT |
|------|-----------|-------|--------|
| 07/21/21 | H. Gottschalk<br>Work on Dell cross examination key points and structure of examination outline. | 1.80 | 1,233.00 |
| 07/21/21 | H. Gottschalk<br>Prepare for and participate in weekly team meeting with defense team. | 0.70 | 479.50 |
| 07/21/21 | C. Cheng<br>Correspond with trial team regarding trial procedures. | 0.30 | 136.50 |
| 07/22/21 | H. Gottschalk<br>Work on Dell and Meyer cross examination outlines. | 2.40 | 1,644.00 |
| 07/22/21 | S. Gottesfeld<br>Multiple email communications with Ms. A. Afful concerning technology set-up procedures in courtroom and at WTO, marking trial exhibits, and other trial issues and logistics, and make sure we are following Judge Jackson's practice standards. | 0.80 | 176.00 |
| 07/22/21 | H. Gottschalk<br>Emails with Mr. D. Tishman regarding ████████ in Dell cross examination. | 0.80 | 548.00 |
| 07/22/21 | H. Gottschalk<br>Review Meyer report and exhibits for the purpose of preparing cross examination. | 1.20 | 822.00 |
| 07/23/21 | H. Gottschalk<br>Telephone conference with Mr. D. Tishman regarding Meyer and Dell cross examination outlines. | 0.60 | 411.00 |
| 07/23/21 | H. Gottschalk<br>Continue working on Meyer and Dell cross examination outlines. | 3.00 | 2,055.00 |
| 07/26/21 | S. Gottesfeld<br>Telephone conference with Ms. C. Mason concerning trial preparation and logistics. | 0.40 | 88.00 |
| 07/26/21 | H. Gottschalk<br>Telephone conference with Mr. D. Tishman regarding witness prep meetings. | 0.20 | 137.00 |
| 07/26/21 | H. Gottschalk<br>Review Bovik materials. | 0.60 | 411.00 |
| 07/27/21 | S. Gottesfeld<br>Telephone conference with Ms. A. Afful concerning trial technology issues and logistics. | 0.60 | 132.00 |
| 07/27/21 | H. Gottschalk<br>Email to Mr. D. Tishman with S. Dell cross-examination outline and revised deposition excerpts. | 0.60 | 411.00 |

**Wheeler Trigg O'Donnell LLP**                                Invoice:                230015
August 5, 2021                                                 Matter ID:              06353.0015

Page: 8

| DATE | TIMEKEEPER | HOURS | AMOUNT |
|------|-----------|-------|--------|
| 07/27/21 | H. Gottschalk<br>Work on S. Dell cross-examination outline and deposition excerpts. | 2.80 | 1,918.00 |
| 07/28/21 | H. Gottschalk<br>Prepare for and participate in witness preparation session with D. Minnick. | 1.00 | 685.00 |
| 07/28/21 | S. Gottesfeld<br>Zoom meeting with Fish Richardson team concerning trial logistics, and follow-up emails with Ms. C. Mason concerning same. | 2.00 | 440.00 |
| 07/28/21 | S. Gottesfeld<br>Telephone conferences and email communications with Ms. A. DeVan and Mr. S. Shadler concerning logistics of hosting Fish Richardson team during trial and update of co-counsel's IT requests. | 0.20 | 44.00 |
| 07/28/21 | H. Gottschalk<br>Prepare for and participate in weekly telephone conference with co-counsel. | 1.20 | 822.00 |
| 07/28/21 | H. Gottschalk<br>Telephone conference with Messrs. C. Dean and D. Tishman regarding Meyer examination outline. | 0.80 | 548.00 |
| 07/28/21 | H. Gottschalk<br>Review and revise Mayer examination outline. | 2.10 | 1,438.50 |
| 07/28/21 | H. Gottschalk<br>Review and revise bench trial brief. | 0.50 | 342.50 |
| 07/28/21 | H. Gottschalk<br>Review Mr. D. Tishman comments on Dell cross exam outline. | 0.70 | 479.50 |
| 07/28/21 | H. Gottschalk<br>Telephone conference with Ms. S. Gottesfeld regarding logistics for hosting Fish Richardson trial team and office space issues. | 0.30 | 205.50 |
| 07/28/21 | S. Gottesfeld<br>Telephone conference with Mr. H. Gottschalk concerning status of trial logistics preparation. | 0.20 | 44.00 |
| 07/29/21 | H. Gottschalk<br>Review S. Dell deposition testimony. | 0.50 | 342.50 |
| 07/29/21 | S. Gottesfeld<br>Email communication with Fish Richardson team concerning logistics for pretrial preparation with client. | 0.20 | 44.00 |
| 07/29/21 | H. Gottschalk<br>Attend witness prep session with D. Minnick. | 2.50 | 1,712.50 |
| 07/29/21 | H. Gottschalk<br>Review final trial briefs. | 0.60 | 411.00 |

**Wheeler Trigg O'Donnell LLP**                    Invoice:                    230015
August 5, 2021                                     Matter ID:                06353.0015

Page: 9

| DATE | TIMEKEEPER | HOURS | AMOUNT |
|------|-----------|-------|--------|
| 07/29/21 | C. Cheng<br>Correspond with trial team regarding protective order and sealing certain testimony regarding licensees. | 0.20 | 91.00 |
| 07/30/21 | H. Gottschalk<br>Telephone conference with Mr. D. Tishman regarding revisions to Meyer examination outline. | 0.80 | 548.00 |
| 07/30/21 | H. Gottschalk<br>Email communications with co-counsel regarding scope of bench trial and jury instructions, and stipulations. | 1.20 | 822.00 |
| 07/31/21 | C. Cheng<br>Review order granting summary judgment and correspondence regarding same. | 0.30 | 136.50 |
| 07/31/21 | H. Gottschalk<br>Email to clients with Judge Jackson order granting summary judgment and dismissing case. | 0.50 | 342.50 |

**Sub-Total Fees:**    71,419.00

## TIMEKEEPER SUMMARY

| TIMEKEEPER | RANK | HOURS WORKED | BILLED PER HOUR | | BILL AMOUNT |
|-----------|------|-------------|----------------|---|------------|
| Hugh Q. Gottschalk | Partner | 96.80 | 685.00 | $ | 66,308.00 |
| CiCi Cheng | Associate | 7.80 | 455.00 | $ | 3,549.00 |
| Sharon A. Gottesfeld | Paralegal | 7.10 | 220.00 | $ | 1,562.00 |
| Total All Timekeepers | | 111.70 | | $ | 71,419.00 |

|  |  |  |
|--|--|--|
| **Total Current Charges:** | $ | 71,419.00 |
| **Previous Balance Due:** | $ | 28,908.00 |
| **Total Due for this Matter:** | $ | 100,327.00 |

*ACH/Wire Instructions – Please Remit in US Dollars*

UMB Bank Colorado, n.a.      Wheeler Trigg O'Donnell LLP Operating Account
1010 Grand Blvd.             ABA #
Kansas City, MO 64106        Acct #
        Please include invoice #230015 on payment