# EXHIBIT 5

```
 1                  IN THE UNITED STATES DISTRICT COURT

 2                      FOR THE DISTRICT OF COLORADO

 3
    Civil Action No. 17-CV-02097-RBJ
 4  Consolidated with 17-CV-02692-RBJ and 17-CV-02869-MSK-STV

 5
     REALTIME ADAPTIVE STREAMING, LLC,
 6
            Plaintiff,
 7
            vs.
 8
     SLING TV, LLC, et al.,
 9
            Defendants.
10
    ----------------------------------------------------------------
11
                           REPORTER'S TRANSCRIPT
12                         Scheduling Conference

13  ----------------------------------------------------------------

14          Proceedings before the HONORABLE R. BROOKE JACKSON,
    Judge, United States District Court for the District of
15  Colorado, commencing on the 7th day of March, 2018, in
    Courtroom A902, United States Courthouse, Denver, Colorado.
16
                                APPEARANCES
17
    For the Plaintiff:
18  JAY Y. CHUNG, Russ August & Kabat, 12424 Wilshire Blvd., 12th
    Floor, Los Angeles, CA 90025
19
    ERIC B. FENSTER, Eric B. Fenster, LLC, 1522 Blake St., Ste.
20  200, Denver, CO 80202

21  For Defendants Sling TV, LLC; Sling Media, LLC; Dish Network,
    LLC; Dish Technologies, LLC:
22  RUFFIN B. CORDELL and BRIAN J. LIVEDALEN and ADAM R. SHARTZER,
    Fish & Richardson, PC, 901 15th St. NW, Ste. 700, Washington,
23  DC 20005

24
        Sarah K. Mitchell, RPR, CRR, 901 19th Street, Room A252,
25                 Denver, CO 80294, 303-335-2108

              Proceedings reported by mechanical stenography;
                  transcription produced via computer.
```

```
 1  APPEARANCES (Continued):

 2  For Defendant ARRIS Group:
    NOAH C. GRAUBART, Fish & Richardson, PC, 1180 Peachtree St.
 3  NE, Floor 21, Atlanta, GA 30309

 4  For Defendant Polycom:
    ABRAN J. KEAN and KELLY R. HUGHES, Erise IP, PA, 5600
 5  Greenwood Plaza Blvd., Ste. 200, Greenwood Village, CO  80111

 6  For Defendant Apple Inc.:
    CLAYTON C. JAMES, Hogan Lovells, LLP, 1601 Wewatta St., Ste.
 7  900, Denver, CO  80202

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    MR. CHUNG:  Yes, we disagree, Your Honor.  So these
2 are -- these are -- well, first of all, the patents that were
3 at issue in the *Carbonite* case and *Actian* cases involved the
4 same family of patents and some overlapping patents as well,
5 and all of these patents are related to the patents that are
6 referenced in -- in the patents that are asserted in this case
7 against Sling and Polycom and others that are incorporated by
8 reference in the asserted patents.
9    THE COURT:  Okay.  All right.  Well, for today's
10 purpose, the Court denies ECF No. 47.  That is the ARRIS Group
11 and Dish motion to dismiss.  Denies No. 48, that is the Sling
12 motion for judgment on the pleadings.  ==The Court at this point==
13 ==very early in the case is satisfied with the merits of Judge==
14 ==Schroeder's view, and that is we need to get these terms==
15 ==defined and then see where we are.==
16    Now, before I turn to the schedule, let me ask you
17 one more question.  Since you mentioned that in your Eastern
18 District of Texas cases you settled every case except one and
19 you tried one and won it, are you guys going to settle these
20 cases or not?
21    MR. CHUNG:  I mean --
22    THE COURT:  You don't have to posture.  Just tell me
23 do you think these are going to be settled or do you think
24 they're not going to be settled?
25    MR. CHUNG:  Jay Chung for plaintiffs, Your Honor.

Sarah K. Mitchell, RPR, CRR

1        REPORTER'S CERTIFICATE

2

3        I, SARAH K. MITCHELL, Official Court Reporter for the
4   United States District Court for the District of Colorado, a
5   Registered Professional Reporter and Certified Realtime
6   Reporter, do hereby certify that I reported by machine
7   shorthand the proceedings contained herein at the time and
8   place aforementioned and that the foregoing pages constitute a
9   full, true and correct transcript.
10       Dated this 14th day of March, 2018.

11

12

13

14        /s/ Sarah K. Mitchell

15        SARAH K. MITCHELL
          Official Court Reporter
16        Registered Professional Reporter
          Certified Realtime Reporter
17

18

19

20

21

22

23

24

25

Sarah K. Mitchell, RPR, CRR