# EXHIBIT 6

Realtime Adaptive Streaming LLC et al.

Docket Navigator

## Cases

145 Results

Plaintiffs: Realtime Adaptive Streaming LLC, Realtime Data LLC d/b/a IXO

| Case | Case Filing Date ▼ |
|---|---|
| Realtime Data LLC d/b/a IXO v. Buurst, Inc. f/k/a Softnas, Inc. <br> 1-20-cv-01497 (DDE) | Nov. 05, 2020 |
| Realtime Data LLC d/b/a IXO v. Egnyte, Inc. <br> 1-20-cv-01498 (DDE) | Nov. 05, 2020 |
| Realtime Adaptive Streaming LLC v. Netflix, Inc. et al <br> 2-19-cv-06359 (CDCA) | Jul. 23, 2019 |
| Realtime Adaptive Streaming LLC v. Netflix, Inc. et al <br> 2-19-cv-06361 (CDCA) | Jul. 23, 2019 |
| Realtime Adaptive Streaming LLC v. Haivision Network Video Inc. <br> 6-19-cv-00440 (WDTX) | Jul. 23, 2019 |
| Realtime Adaptive Streaming LLC v. Haivision Network Video Inc. <br> 6-19-cv-00441 (WDTX) | Jul. 23, 2019 |
| Realtime Data LLC d/b/a IXO v. Infrascale, Inc. <br> 2-19-cv-06160 (CDCA) | Jul. 17, 2019 |
| Realtime Data LLC d/b/a IXO v. Backblaze, Inc. <br> 3-19-cv-01504 (NDCA) | Mar. 22, 2019 |
| Realtime Data LLC d/b/a IXO v. MongoDB Inc. <br> 1-19-cv-00492 (DDE) | Mar. 12, 2019 |
| Realtime Adaptive Streaming, LLC v. ARRIS Solutions, Inc. <br> 1-19-cv-00585 (DCO) | Feb. 27, 2019 |
| Realtime Data LLC d/b/a IXO v. Open Text, Inc. <br> 1-19-cv-00394 (DDE) | Feb. 26, 2019 |
| Realtime Data LLC d/b/a IXO v. InfoVista Corporation <br> 1-19-cv-00395 (DDE) | Feb. 26, 2019 |
| Realtime Data LLC v. Pivot3, Inc. <br> 1-19-cv-00357 (DDE) | Feb. 21, 2019 |
| Realtime Data LLC d/b/a IXO v. Kaminario, Inc. <br> 1-19-cv-00350 (DDE) | Feb. 19, 2019 |
| Realtime Data LLC d/b/a IXO v. Nimbus Data, Inc. <br> 1-19-cv-00279 (DDE) | Feb. 08, 2019 |
| Realtime Data LLC d/b/a IXO v. Masergy Communications, Inc. <br> 1-19-cv-00031 (DDE) | Jan. 07, 2019 |
| Realtime Data LLC d/b/a IXO v. Aryaka Networks, Inc. <br> 1-18-cv-02062 (DDE) | Dec. 28, 2018 |
| Realtime Data LLC d/b/a IXO v. CTERA Networks, Ltd. <br> 1-18-cv-02017 (DDE) | Dec. 19, 2018 |
| Realtime Data LLC d/b/a IXO v. SolarWinds Worldwide, LLC <br> 1-18-cv-01995 (DDE) | Dec. 17, 2018 |
| Realtime Data LLC d/b/a IXO v. Quest Software, Inc. <br> 1-18-cv-01964 (DDE) | Dec. 12, 2018 |
| Realtime Adaptive Streaming v. Adobe Systems Inc. <br> 2-18-cv-09344 (CDCA) | Oct. 31, 2018 |
| Realtime Data LLC d/b/a IXO v. Sungard Availability Services, LP et al <br> 1-18-cv-12227 (DMA) | Oct. 25, 2018 |
| Realtime Data LLC d/b/a IXO v. Scality, Inc. <br> 1-18-cv-12188 (DMA) | Oct. 22, 2018 |
| Realtime Data LLC d/b/a IXO v. infinite io, Inc. <br> 1-18-cv-01621 (DDE) | Oct. 18, 2018 |
| Realtime Data LLC d/b/a IXO v. HyperGrid, Inc. <br> 1-18-cv-01566 (DDE) | Oct. 11, 2018 |
| Realtime Data LLC d/b/a IXO v. Exagrid Systems, Inc. <br> 1-18-cv-01544 (DDE) | Oct. 05, 2018 |
| Realtime Data LLC d/b/a IXO v. HyTrust, Inc. <br> 1-18-cv-01540 (DDE) | Oct. 04, 2018 |

Realtime Adaptive Streaming LLC et al.

Realtime Adaptive Streaming LLC et al.

📧 Docket Navigator

| | |
|---|---|
| Realtime Data LLC v. Veritas Technologies LLC, et al<br>3-18-cv-06029 (NDCA) | Oct. 02, 2018 |
| Realtime Data LLC v. Zerto, Inc. et al<br>1-18-cv-01491 (DDE) | Sep. 26, 2018 |
| Realtime Data LLC d/b/a IXO v. Tegile Systems, Inc. et al<br>1-18-cv-01267 (DDE) | Aug. 20, 2018 |
| Realtime Data LLC d/b/a IXO v. Datto, Inc.<br>1-18-cv-01197 (DDE) | Aug. 07, 2018 |
| Realtime Data LLC d/b/a IXO v. Rubrik, Inc.<br>1-18-cv-01198 (DDE) | Aug. 07, 2018 |
| Realtime Data LLC d/b/a IXO v. SoftNAS, Inc.<br>1-18-cv-01199 (DDE) | Aug. 07, 2018 |
| Realtime Data LLC d/b/a IXO v. Panzura, Inc.<br>1-18-cv-01200 (DDE) | Aug. 07, 2018 |
| Realtime Data LLC d/b/a IXO v. Nasuni Corporation<br>1-18-cv-01201 (DDE) | Aug. 07, 2018 |
| Realtime Data LLC d/b/a IXO v. Nutanix, Inc.<br>1-18-cv-01202 (DDE) | Aug. 07, 2018 |
| Realtime Data LLC d/b/a IXO v. Hedvig, Inc.<br>1-18-cv-01163 (DDE) | Aug. 03, 2018 |
| Realtime Data LLC d/b/a IXO v. Hitachi Vantara Corporation et al<br>1-18-cv-01164 (DDE) | Aug. 03, 2018 |
| Realtime Data LLC d/b/a IXO v. Synacor, Inc.<br>6-18-cv-00283 (EDTX) | Jun. 19, 2018 |
| Realtime Data LLC d/b/a IXO v. Riverbed Technology, Inc.<br>3-18-cv-03605 (NDCA) | Jun. 15, 2018 |
| Realtime Adaptive Streaming, LLC v. Comcast Cable Communications, LLC d/b/a Xfinity et al<br>1-18-cv-01446 (DCO) | Jun. 11, 2018 |
| Realtime Data LLC d/b/a IXO v. Facebook, Inc.<br>1-18-cv-01373 (DCO) | Jun. 05, 2018 |
| Realtime Adaptive Streaming LLC v. Charter Communications,Inc. et al<br>1-18-cv-01345 (DCO) | Jun. 01, 2018 |
| Realtime Adaptive Streaming LLC v. Cox Communications, Inc.<br>8-18-cv-00942 (CDCA) | May. 31, 2018 |
| Realtime Adaptive Streaming LLC v. Advanced Micro Devices, Inc.<br>1-18-cv-01173 (DCO) | May. 15, 2018 |
| Realtime Adaptive Streaming LLC v. Intel Corporation<br>1-18-cv-01175 (DCO) | May. 15, 2018 |
| Realtime Adaptive Streaming LLC v. Mitel Networks, Inc.<br>1-18-cv-01177 (DCO) | May. 15, 2018 |
| Realtime Adaptive Streaming LLC v. LG Electronics Inc. et al<br>6-18-cv-00215 (EDTX) | May. 15, 2018 |
| Realtime Adaptive Streaming LLC v. Avaya Inc.<br>1-18-cv-01046 (DCO) | May. 04, 2018 |
| Realtime Adaptive Streaming LLC v. Broadcom Corporation et al.<br>1-18-cv-01048 (DCO) | May. 04, 2018 |
| Realtime Adaptive Streaming LLC v. Google LLC et al<br>2-18-cv-03629 (CDCA) | Apr. 30, 2018 |
| Realtime Data LLC d/b/a IXO v. Cloudera, Inc.<br>1-18-cv-00653 (DDE) | Apr. 30, 2018 |
| Realtime Data LLC d/b/a IXO v. International Business Machines Corporation<br>6-18-cv-00188 (EDTX) | Apr. 30, 2018 |
| Realtime Data LLC d/b/a IXO v. Huawei Technologies, Co., Ltd. et al<br>6-18-cv-00182 (EDTX) | Apr. 27, 2018 |
| Realtime Adaptive Streaming LLC v. Wowza Media Systems LLC<br>1-18-cv-00927 (DCO) | Apr. 20, 2018 |
| Realtime Adaptive Streaming LLC v. Samsung Electronics Co., Ltd. et al<br>6-18-cv-00113 (EDTX) | Mar. 09, 2018 |
| Realtime Adaptive Streaming LLC v. Adobe Systems Incorporated<br>1-18-cv-10355 (DMA) | Feb. 23, 2018 |

Realtime Adaptive Streaming LLC et al.                    Docket Navigator

| | |
|---|---|
| Realtime Data LLC v. Nexenta Systems, Inc.<br>3-18-cv-00574 (NDCA) | Jan. 26, 2018 |
| Realtime Data LLC v. CARBONITE, INC. et al<br>1-17-cv-12499 (DMA) | Dec. 19, 2017 |
| Realtime Data LLC d/b/a IXO v. iXsystems, Inc.<br>1-17-cv-01769 (DDE) | Dec. 06, 2017 |
| Realtime Data LLC d/b/a IXO v. Egnyte, Inc.<br>1-17-cv-01750 (DDE) | Dec. 05, 2017 |
| Realtime Adaptive Streaming LLC v. Apple Inc.<br>1-17-cv-02869 (DCO) | Nov. 30, 2017 |
| Realtime Adaptive Streaming LLC v. Netflix, Inc. et al<br>1-17-cv-01692 (DDE) | Nov. 21, 2017 |
| Realtime Adaptive Streaming LLC v. Sony Electronics Inc.<br>1-17-cv-01693 (DDE) | Nov. 21, 2017 |
| Realtime Data LLC v. Barracuda Networks Inc.<br>3-17-cv-06701 (NDCA) | Nov. 21, 2017 |
| Realtime Data LLC d/b/a IXO v. Reduxio Systems, Inc.<br>1-17-cv-01676 (DDE) | Nov. 20, 2017 |
| Realtime Adaptive Streaming LLC v. Polycom, Inc.<br>1-17-cv-02692 (DCO) | Nov. 10, 2017 |
| Realtime Data LLC d/b/a IXO v. Fortinet, Inc.<br>1-17-cv-01635 (DDE) | Nov. 10, 2017 |
| Realtime Data LLC v. Netgear Inc.<br>3-17-cv-06397 (NDCA) | Nov. 02, 2017 |
| Realtime Data LLC d/b/a IXO v. Cohesity Inc.<br>1-17-cv-01543 (DDE) | Oct. 31, 2017 |
| Realtime Data LLC d/b/a IXO v. Pure Storage, Inc.<br>1-17-cv-01544 (DDE) | Oct. 31, 2017 |
| Realtime Adaptive Streaming LLC v. Brightcove Inc. et al<br>1-17-cv-01519 (DDE) | Oct. 26, 2017 |
| Realtime Adaptive Streaming LLC v. Haivision Network Video Inc.<br>1-17-cv-01520 (DDE) | Oct. 26, 2017 |
| Realtime Data LLC v. Nexenta Systems, Inc.<br>2-17-cv-07690 (CDCA) | Oct. 20, 2017 |
| Realtime Adaptive Streaming LLC v. Cisco Systems, Inc.<br>6-17-cv-00591 (EDTX) | Oct. 18, 2017 |
| Realtime Adaptive Streaming LLC v. Hulu, LLC<br>2-17-cv-07611 (CDCA) | Oct. 17, 2017 |
| Realtime Data LLC d/b/a IXO v. Code42 Software, Inc.<br>1-17-cv-02479 (DCO) | Oct. 17, 2017 |
| Realtime Adaptive Streaming LLC v. EchoStar Technologies, LLC et al<br>6-17-cv-00567 (EDTX) | Oct. 10, 2017 |
| Realtime Adaptive Streaming LLC v. Amazon.com, Inc. et al<br>6-17-cv-00549 (EDTX) | Sep. 27, 2017 |
| Realtime Data LLC d/b/a IXO v. Sling TV LLC et al<br>1-17-cv-02097 (DCO) | Aug. 31, 2017 |
| Realtime Data LLC d/b/a IXO v. DISH Network Corporation et al<br>6-17-cv-00421 (EDTX) | Jul. 19, 2017 |
| Realtime Data LLC d/b/a IXO v. EVault, Inc.<br>1-17-cv-00972 (DDE) | Jul. 18, 2017 |
| Realtime Data LLC d/b/a IXO v. Acronis, Inc.<br>1-17-cv-11279 (DMA) | Jul. 12, 2017 |
| Realtime Data LLC v. CommVault Systems, Inc. et al<br>1-17-cv-00925 (DDE) | Jul. 10, 2017 |
| Realtime Data LLC d/b/a IXO v. Barracuda Networks, Inc.<br>1-17-cv-00893 (DDE) | Jul. 05, 2017 |
| Realtime Data LLC d/b/a IXO v. Array Networks Inc.<br>1-17-cv-00800 (DDE) | Jun. 21, 2017 |
| Realtime Data LLC v. Silver Peak Systems, Inc<br>4-17-cv-02373 (NDCA) | Apr. 26, 2017 |

Realtime Adaptive Streaming LLC et al.

Realtime Adaptive Streaming LLC et al.

Docket Navigator

| | |
|---|---|
| Realtime Data LLC v. Fujitsu America, Inc. et al<br>3-17-cv-02109 (NDCA) | Apr. 14, 2017 |
| Realtime Data LLC d/b/a IXO v. Riverbed Technology, Inc.<br>6-17-cv-00198 (EDTX) | Apr. 03, 2017 |
| Realtime Data LLC v. Acronis, Inc.<br>6-17-cv-00118 (EDTX) | Feb. 27, 2017 |
| Realtime Data LLC d/b/a IXO v. Array Networks, Inc.<br>6-17-cv-00119 (EDTX) | Feb. 27, 2017 |
| Realtime Data LLC d/b/a IXO v. Barracuda Networks, Inc.<br>6-17-cv-00120 (EDTX) | Feb. 27, 2017 |
| Realtime Data LLC d/b/a IXO v. Carbonite, Inc. et al<br>6-17-cv-00121 (EDTX) | Feb. 27, 2017 |
| Realtime Data LLC d/b/a IXO v. Circadence Corporation<br>6-17-cv-00122 (EDTX) | Feb. 27, 2017 |
| Realtime Data LLC d/b/a IXO v. CommVault Systems, Inc. et al<br>6-17-cv-00123 (EDTX) | Feb. 27, 2017 |
| Realtime Data LLC d/b/a IXO v. Exinda Inc.<br>6-17-cv-00124 (EDTX) | Feb. 27, 2017 |
| Realtime Data LLC d/b/a IXO v. NETGEAR, Inc.<br>6-17-cv-00125 (EDTX) | Feb. 27, 2017 |
| Realtime Data LLC d/b/a IXO v. Synacor Inc.<br>6-17-cv-00126 (EDTX) | Feb. 27, 2017 |
| Realtime Data LLC d/b/a IXO v. Echostar Corporation et al<br>6-17-cv-00084 (EDTX) | Feb. 14, 2017 |
| Realtime Data LLC d/b/a IXO v. Oracle America, Inc.<br>6-17-cv-00046 (EDTX) | Jan. 23, 2017 |
| Realtime Data LLC d/b/a IXO v. Vembu Technologies, Inc.<br>6-16-cv-01037 (EDTX) | Jul. 22, 2016 |
| Realtime Data LLC d/b/a IXO v. Fujitsu America, Inc. et al<br>6-16-cv-01035 (EDTX) | Jul. 21, 2016 |
| Realtime Data LLC v. Rackspace US, Inc. et al<br>6-16-cv-00961 (EDTX) | Jun. 29, 2016 |
| REALTIME DATA, LLC d/b/a IXO v. Apple, Inc.<br>3-16-cv-02595 (NDCA) | May. 13, 2016 |
| Realtime Data LLC v. Teradata Operations, Inc.<br>2-16-cv-02743 (CDCA) | Apr. 21, 2016 |
| Realtime Data LLC v. Teradata Corporation et al<br>3-16-cv-01836 (NDCA) | Apr. 08, 2016 |
| Realtime Data LLC d/b/a IXO v. Hewlett Packard Enterprise Co. et al<br>6-16-cv-00086 (EDTX) | Feb. 26, 2016 |
| Realtime Data LLC v. Savvis Communications Corporation. et al<br>6-16-cv-00087 (EDTX) | Feb. 26, 2016 |
| Realtime Data LLC d/b/a IXO v. Oracle America, Inc.<br>6-16-cv-00088 (EDTX) | Feb. 26, 2016 |
| Realtime Data LLC d/b/a IXO v. Dell Inc. et al<br>6-16-cv-00089 (EDTX) | Feb. 26, 2016 |
| Realtime Data LLC v. Silver Peak Systems, Inc<br>6-17-cv-00071 (EDTX) | Feb. 26, 2016 |
| Realtime Data LLC v. Hewlett Packard Enterprise Co. et al<br>6-18-cv-00383 (EDTX) | Feb. 26, 2016 |
| Realtime Data LLC v. Veritas Technologies LLC, et al<br>6-18-cv-00384 (EDTX) | Feb. 26, 2016 |
| Realtime Data LLC v. Dell Inc. et al<br>6-18-cv-00385 (EDTX) | Feb. 26, 2016 |
| Realtime Data LLC d/b/a IXO v. Apple Inc.<br>6-15-cv-00885 (EDTX) | Oct. 05, 2015 |
| Realtime Data LLC d/b/a IXO v. Actian Corporation et al<br>6-15-cv-00463 (EDTX) | May. 08, 2015 |
| Realtime Data LLC d/b/a IXO v. BMC Software, Inc.<br>6-15-cv-00464 (EDTX) | May. 08, 2015 |

Docket Navigator

| | |
|---|---|
| Realtime Data LLC d/b/a IXO v. Dropbox, Inc.<br>6-15-cv-00465 (EDTX) | May. 08, 2015 |
| Realtime Data LLC d/b/a IXO v. EchoStar Corporation et al<br>6-15-cv-00466 (EDTX) | May. 08, 2015 |
| Realtime Data LLC d/b/a IXO v. Oracle America, Inc. et al<br>6-15-cv-00467 (EDTX) | May. 08, 2015 |
| Realtime Data LLC d/b/a IXO v. Riverbed Technology, Inc. et al<br>6-15-cv-00468 (EDTX) | May. 08, 2015 |
| Realtime Data LLC d/b/a IXO v. SAP America, Inc. et al<br>6-15-cv-00469 (EDTX) | May. 08, 2015 |
| Realtime Data LLC d/b/a IXO v. Teradata Corporation et al<br>6-15-cv-00470 (EDTX) | May. 08, 2015 |
| Realtime Data, LLC d/b/a IXO v. Microsoft Corporation et al<br>4-14-cv-00827 (EDTX) | Dec. 19, 2014 |
| Realtime Data, LLC v. MetroPCS Texas, LLC<br>3-12-cv-01048 (SDCA) | Apr. 27, 2012 |
| Realtime Data, LLC d/b/a IXO v. Morgan Stanley, et. al.<br>1-11-cv-06696 (SDNY) | Sep. 26, 2011 |
| Realtime Data, LLC d/b/a IXO v. CME Group Inc., et. al.<br>1-11-cv-06697 (SDNY) | Sep. 26, 2011 |
| Realtime Data, LLC d/b/a IXO v. Thomson Reuters, et. al.<br>1-11-cv-06698 (SDNY) | Sep. 26, 2011 |
| Realtime Data, LLC d/b/a IXO v. CME Group Inc. et al<br>1-11-cv-06699 (SDNY) | Sep. 26, 2011 |
| Realtime Data, LLC d/b/a IXO v. Thomson Reuters Corporation et al<br>1-11-cv-06700 (SDNY) | Sep. 26, 2011 |
| Realtime Data, LLC d/b/a IXO v. Morgan Stanley et al<br>1-11-cv-06701 (SDNY) | Sep. 26, 2011 |
| Realtime Data, LLC d/b/a IXO v. CME Group Inc. et al<br>1-11-cv-06702 (SDNY) | Sep. 26, 2011 |
| Realtime Data, LLC d/b/a IXO v. Thomson Reuters Corporation et al<br>1-11-cv-06703 (SDNY) | Sep. 26, 2011 |
| Realtime Data, LLC d/b/a IXO v. Morgan Stanley et al<br>1-11-cv-06704 (SDNY) | Sep. 26, 2011 |
| Realtime Data, LLC d/b/a IXO v. MetroPCS Texas, LLC, et. al.<br>6-10-cv-00493 (EDTX) | Sep. 23, 2010 |
| REALTIME DATA, LLC d/b/a IXO v. CME Group Inc. et al<br>6-10-cv-00424 (EDTX) | Aug. 17, 2010 |
| REALTIME DATA, LLC d/b/a IXO v. Thomson Reuters Corporation et al<br>6-10-cv-00425 (EDTX) | Aug. 17, 2010 |
| REALTIME DATA, LLC d/b/a IXO v. Morgan Stanley et al<br>6-10-cv-00426 (EDTX) | Aug. 17, 2010 |
| REALTIME DATA, LLC d/b/a IXO v. CME Group Inc. et al<br>6-10-cv-00246 (EDTX) | May. 11, 2010 |
| REALTIME DATA, LLC d/b/a IXO v. Thomson Reuters Corporation et al<br>6-10-cv-00247 (EDTX) | May. 11, 2010 |
| REALTIME DATA, LLC d/b/a IXO v. Morgan Stanley et al<br>6-10-cv-00248 (EDTX) | May. 11, 2010 |
| REALTIME DATA, LLC d/b/a IXO v. Thomson Reuters et al<br>6-09-cv-00333 (EDTX) | Jul. 23, 2009 |
| REALTIME DATA, LLC D/B/A/ IXO, v. Morgan Stanley et al<br>6-09-cv-00326 (EDTX) | Jul. 22, 2009 |
| REALTIME DATA, LLC D/B/A/ IXO, v. CME Group Inc. et al<br>6-09-cv-00327 (EDTX) | Jul. 22, 2009 |
| Realtime Data, LLC d/b/a IXO v. Packeteer, Inc. et al<br>6-08-cv-00144 (EDTX) | Apr. 18, 2008 |