# EXHIBIT 7





## Solas OLED Wins Patent Infringement Lawsuit Against Samsung

March 08, 2021 06:04 PM Eastern Standard Time

DUBLIN--(BUSINESS WIRE)--The following is a statement from Solas OLED Ltd.

Solas OLED Ltd. ("Solas"), an Irish company that specializes in patented OLED technologies, today announced that a jury in the U.S. District Court for the Eastern District of Texas has found Samsung Display Co., Ltd., Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. (collectively "Samsung") liable to Solas for wilfully infringing two Solas patents, U.S. patent numbers 7,446,338 and 9,256,311. The inventions claimed in these patents are fundamental to OLED displays and are required for AMOLEDs to function; and were or are used prolifically by Samsung in the OLED displays of Galaxy S and Galaxy Note smartphones. After a five-day trial, the jury awarded Solas $62,738,543 in damages for infringement of the two patents. Solas also has cases pending against Samsung before the International Trade Commission and against Samsung Electronics GmbH in the Düsseldorf District Court in Germany.

Gerald Padian, co-founder and Director of Solas, commented: "For too long, the behemoth that is Samsung has played the game of double standards – taking and using the patented technologies of others without paying, while at the same time constructing the world's largest patent portfolio behind which they hide their billions of dollars. Just like you cannot walk out of a Samsung store with a Galaxy phone without paying for it, Samsung cannot walk away with Solas' property without paying for it. Thankfully, the Courts and juries are a great leveller. When we, the founders of Solas, had an operating company, we lived through the frustration and devastation of big companies stealing our inventions. As a result, when we now acquire patents, we do not just acquire the ribboned documents and the rights that come with them, we acquire the stories behind the inventions; the blood, sweat and tears that built the inventions; and, the responsibility to vindicate the undertakings of the inventors. We are humbled that a jury of our peers recognised the efforts and ingenuity of the inventors of the patents-in-suit, grateful to the Court and the jurors for their service; thrilled for the inventors; and, incredibly proud of the years of work and dedication of our own team to make this happen. Thanks to our team and our counsel Russ August & Kabat and Ward, Smith & Hill, for their hard work."

**About Solas OLED Ltd.**

Solas, established in 2016 and based in Dublin, Ireland, is an OLED technology licensing company. The Solas patent portfolio covers key areas of OLED structures, display design and architecture, and driver circuitry; and is one of the most important and comprehensive OLED patent portfolios.

Please visit www.solasoled.com

## Contacts