# EXHIBIT 8

Contact

www.linkedin.com/in/geraldpadian (LinkedIn)
www.realtimedata.net/data-feed-technology.html (Company)

Top Skills

Litigation
Bankruptcy
Commercial Litigation

# Gerald Padian

Managing Director at Atlantic IP Services Limited
Ireland

## Summary

Jerry Padian oversees the management of Atlantic IP Services, Ltd. He has extensive experience in the development and licensing of emerging technologies, and portfolio monetization. He co-founded Realtime Data LLC. in 1998.  Realtime Data is an inventor-owned research and development company focusing on the field of data acceleration and advanced data compression. Its patent portfolio has been licensed to some of the world's leaders in computing, wireless, WAN acceleration, data streaming and financial services. Jerry is also an independent investor focused on investments in digital technology companies in the United States and in Ireland.

He earned a B.S. in Economics from Fordham University and a J.D. from Fordham Law School.

## Experience

**Atlantic IP Services Limited**
Managing Director
August 2019 - Present (2 years 1 month)
Dublin, Ireland

Jerry Padian oversees the management of Atlantic IP Services, Ltd.  He has extensive experience in the development and licensing of emerging technologies, and portfolio monetization. He co-founded Realtime Data LLC. in 1998 and currently serves as its President and a member of its Board of Managers. Realtime Data is an inventor-owned research and development company focusing on the field of data acceleration and advanced data compression. Its patent portfolio has been licensed to some of the world's leaders in computing, wireless, WAN acceleration, data streaming and financial services. Jerry is also an independent investor focused on investments in digital technology companies in the United States and in Ireland.

He earned a B.S. in Economics from Fordham University and a J.D. from Fordham Law School.

### Atlantic IP Services, LLC.
Managing Member
September 2019 - Present (2 years)
White Plains, New York

Jerry Padian oversees the management of Atlantic IP Services, LLC. He has extensive experience in the development and licensing of emerging technologies, and portfolio monetization. He co-founded Realtime Data LLC. in 1998 and currently serves as its President and a member of its Board of Managers. Realtime Data is an inventor-owned research and development company focusing on the field of data acceleration and advanced data compression. Its patent portfolio has been licensed to some of the world's leaders in computing, wireless, WAN acceleration, data streaming and financial services. Jerry is also an independent investor focused on investments in digital technology companies in the United States and in Ireland.

He earned a B.S. in Economics from Fordham University and a J.D. from Fordham Law School.

### Solas OLED
Director
June 2016 - Present (5 years 3 months)
County Dublin, Ireland

Solas' worldwide portfolio of intellectual property encompasses innovation beginning in the early 1990s and covers all critical areas of OLED structures, display design/architecture, and driver circuitry.

The patents are fundamental to active matrix electronics and are universally required for AMOLEDs to function, regardless of specific organic material. Solas' portfolio is essential for existing OLED manufacturers and retailers. Solas licenses its portfolio of OLED patents to the leading manufacturers of smartphones, wearables, tablets, computers and TVs.

### OLED Association
Board Member
May 2018 - Present (3 years 4 months)

### Tashjian & Padian
Partner
May 1992 - September 2016 (24 years 5 months)

Trial attorney - representing clients in general commercial litigation for over 24 years in such areas as trademark infringement, breach of contract, healthcare law, movie, film distribution, wholesale distribution, bankruptcy litigation, lender liability, real estate and construction litigation.

### Realtime Data LLC.
President
July 2012 - June 2016 (4 years)
Bronxville, New York

### Weil, Gotshal & Manges LLP
Associate
1988 - 1992 (4 years)

―――

## Education

### Fordham University School of Law
JD, Law · (1981 - 1988)

### Fordham University
BS, Economics · (1981 - 1985)