# EXHIBIT 10

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF COLORADO

 3
    Civil Action No. 17-CV-02097-RBJ
 4

 5   REALTIME ADAPTIVE STREAMING, LLC,

 6           Plaintiff,

 7           vs.

 8   SLING TV, LLC, et al.,

 9           Defendants.

10  ------------------------------------------------------------
                         REPORTER'S TRANSCRIPT
11                    Trial Preparation Conference
    ------------------------------------------------------------
12
             Proceedings before the HONORABLE R. BROOKE JACKSON,
13  Judge, United States District Court for the District of
    Colorado, commencing on the 16th day of July, 2021, in
14  Courtroom A902, United States Courthouse, Denver, Colorado.

15                            APPEARANCES

16  For the Plaintiff:
    REZA MIRZAIE and PHILIP X. WANG and JAY CHUNG and ADAM S.
17  HOFFMAN and JAMES N. PICKENS, Russ August & Kabat, 12424
    Wilshire Blvd., 12th Floor, Los Angeles, CA 90025
18
    ERIC B. FENSTER, Eric B. Fenster, LLC, 1522 Blake St., Ste.
19  200, Denver, CO 80202

20  For the Defendants:
    RUFFIN B. CORDELL and ADAM SHARTZER and BRIAN LIVEDALEN and
21  DANIEL TISHMAN and MICHAEL ELLIS, Fish & Richardson, PC, 901
    15th St. NW, Ste. 700, Washington, DC 20005
22
    HUGH Q. GOTTSCHALK, Wheeler Trigg O'Donnell, 370 17th Street,
23  Ste. 4500, Denver, CO 80202

24
       Sarah K. Mitchell, RPR, CRR, 901 19th Street, Room A252,
25              Denver, CO 80294, 303-335-2108

           Proceedings reported by mechanical stenography;
                transcription produced via computer.
```

17-CV-02097-RBJ    Trial Prep. Conference    07/16/2021    18

1    take a case like this to trial to a jury it will be easier for
2    you to present and easier for the jury to resolve the more you
3    can simplify it, and one way to simplify it is to reduce the
4    number of claims.  That is not to say that the jurors will in
5    any way, shape, or form be stupid.  They're not.  I've never
6    had a dumb jury yet, and I've been at it for 23 years.  And
7    even in the patent case that I tried to a jury -- I think only
8    one -- I was amazed at how well the jurors were able to grasp
9    the concepts.  But still, for the jurors and for me, and I
10   suspect for you guys who are going to have the difficult task
11   of presenting the case, the more you can reduce, the better.
12             Okay.  I'll take you at your word, Mr. Wang, that
13   this is something you're willing to sit down with Mr. Cordell
14   -- he said you didn't respond to his June 14th letter, so I'm
15   going to take your word for it that you will be responding
16   promptly and fully to his invitation to try to reduce these
17   claims and the corresponding prior art that goes with them.
18   Fair enough?
19             MR. WANG:  We -- thank you, Your Honor.  This is
20   Mr. Wang.  We absolutely will, and we'll provide a proposal
21   tonight.
22             THE COURT:  Good.  Okay, Mr. Cordell, you had some
23   other things you wanted to talk about in the instructions.
24             MR. CORDELL:  Yes, Your Honor.  So -- and I apologize
25   about not moving as quickly, but going to page 8, one of the

Sarah K. Mitchell, RPR, CRR

REPORTER'S CERTIFICATE

    I, SARAH K. MITCHELL, Official Court Reporter for the United States District Court for the District of Colorado, a Registered Professional Reporter and Certified Realtime Reporter, do hereby certify that I reported by machine shorthand the proceedings contained herein at the time and place aforementioned and that the foregoing pages constitute a full, true and correct transcript.

    Dated this 20th day of July, 2021.

    /s/ Sarah K. Mitchell

SARAH K. MITCHELL
Official Court Reporter
Registered Professional Reporter
Certified Realtime Reporter

Sarah K. Mitchell, RPR, CRR