Form 7

FORM 7.  Appeal Information Sheet

# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

☑ United States District Court for the  District of Colorado
☐ United States Court of International Trade
☐ United States Court of Federal Claims
☐ United States Court of Appeals for Veterans Claims

Type of case: 28:1338 Patent Infringement

Realtime Adaptive Streaming LLC  v.  Sling TV L.L.C.

(List all parties.  Use an asterisk to indicate dismissed or withdrawn parties.  Use a separate sheet if needed.  Explain any discrepancy with the caption used on the judgment, order, or opinion.)

Docket No. 17-cv-02097-RBJ     Date of Judgment or Order 7/31/2021

Cross or related appeal? Yes     Date of Notice of Appeal 1/24/2022

Appellant is:  ☑ Plaintiff  ☐ Defendant  ☐ Other (explain)

FEES:  Court of Appeals docket fee paid?  ☐ Yes  ☑ No
       U.S. Appeal?                        ☐ Yes  ☐ No
       In forma pauperis?                  ☐ Yes  ☐ No

Is this matter under seal?  ☐ Yes  ☑ No

COUNSEL: (List name, firm, address, and telephone of lead counsel for each party.  Indicate party represented.  Use separate sheet if needed.)

Please see attached Docket Sheet

***Amended Notice of Appeal filed by Plaintiff

COURT REPORTER: (Name and telephone): Sara Mitchell- (303) 623-3080

IMPORTANT: Attach a copy of the judgment or order appealed from and any supporting opinion or memorandum.  Forward together with a copy of the notice of appeal and certified docket entries.

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC  20439