IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No 17-cv-02097-RBJ

REALTIME ADAPTIVE STREAMING LLC,

    Plaintiff,

v.

SLING TV L.L.C.,
SLING MEDIA, L.L.C.,
ECHOSTAR TECHNOLOGIES L.L.C.,
DISH NETWORK L.L.C., and
ARRIS GROUP, INC.,

    Defendants.

## AMENDED FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a) the following Final Judgment is hereby entered.

Pursuant to the ORDERS of Judge R. Brooke Jackson entered on July 31, 2021 [ECF No. 305] and January 20, 2022 [ECF No. 324] it is

ORDERED that the defendants' motion for summary judgment [ECF No. 234] is GRANTED, and the plaintiff's claims against Sling TV L.L.C., Sling Media L.L.C., Dish Technologies L.L.C., and Dish Network L.L.C. are dismissed with prejudice. It is

FURTHER ORDERED that, as the prevailing party, the defendants are awarded reasonable costs in the stipulated amount of $65,058.57 [ECF No. 322]. It is

FURTHER ORDERED that the defendants' counterclaims are dismissed without prejudice.

Dated at Denver, Colorado this 20th day of January, 2022.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                    By:  s/ J. Dynes
                              J. Dynes
                              Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

REALTIME ADAPTIVE STREAMING LLC,

Plaintiff,

v.

SLING TV L.L.C., SLING MEDIA, L.L.C., DISH TECHNOLOGIES L.L.C. AND DISH NETWORK L.L.C.,

Defendants.

**Civil Action No. 1:17-cv-02097-RBJ**

**Patent Case**

**Jury Trial Demanded**

## PLAINTIFF REALTIME ADAPTIVE STREAMING LLC'S
## AMENDED NOTICE OF APPEAL

On August 25, 2021, Realtime timely filed a Notice of Appeal (Dkt. 312) to the United States Court of Appeals for the Federal Circuit from the July 31, 2021 summary judgment order (Dkt. 305) granting Defendants Sling TV L.L.C., Sling Media L.L.C., Dish Technologies L.L.C., and Dish Network L.L.C.'s motion for summary judgment of invalidity based on lack of subject matter eligibility (Dkt. 234); the final judgment entered in this action on July 31, 2021 (Dkt. 306); and all adverse rulings, decisions, opinions, and orders preceding, underlying, or leading to the judgment and opinion and order or merged therein.

That appeal has been docketed by the United States Court of Appeal for the Federal Circuit as *Realtime Adaptive Streaming LLC v. SLING TV, L.L.C.*, CAFC No. 2021-2268. *See* Dkt. 316.

On January 20, this Court amended its Final Judgment to, *inter alia*, confirm that Defendants' counterclaims were also dismissed. *See* Amended Final Judgment, Dkt. 325.

Accordingly, Plaintiff Realtime Adaptive Streaming LLC ("Realtime") hereby amends its prior Notice of Appeal (Dkt. 312) to appeal to the United States Court of Appeal for the Federal Circuit, not only all matters previously appealed, but also the Amended Final Judgment entered on January 20, 2022, as Dkt. 325, along with all adverse rulings, decisions, opinions, and orders preceding, underlying, or leading to that Amended Final Judgment or merged therein. In accord with Fed. R. App. P. 4, no further filing fee is included herewith this Amended Notice of Appeal.

Dated: January 24, 2022

Respectfully submitted,

*/s/ Philip X. Wang*
Marc A. Fenster (CA SBN 181067)
Reza Mirzaie (CA SBN 246953)
Philip X. Wang (CA SBN 262239)
James N. Pickens (CA SBN 307474)
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474

Eric B. Fenster (CO Atty Reg # 33264)
**ERIC B. FENSTER, LLC**
1522 Blake Street, Suite 200
Denver, CO 80202
(303) 921-3530
Eric@fensterlaw.net

*Attorneys for Plaintiff*
*Realtime Adaptive Streaming LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on all counsel of record via electronic service on January 24, 2022.

/s/ Philip X. Wang