APPEAL,FEDAPP,JD1,LEAD,MJ CIV PP,TERMED

## U.S. District Court - District of Colorado
### District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:17-cv-02097-RBJ

Realtime Adaptive Streaming LLC v. Sling TV L.L.C. et al
Assigned to: Judge R. Brooke Jackson
Case in other court: U.S. Court of Appeals for the Federal Cir., 21-02268
Cause: 28:1338 Patent Infringement

Date Filed: 08/31/2017
Date Terminated: 07/31/2021
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

### Plaintiff

**Realtime Data LLC**
*TERMINATED: 10/10/2017*
*doing business as*
IXO
*TERMINATED: 10/10/2017*

represented by **Adam S. Hoffman**
Russ August & Kabat-Los Angeles
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025
310-826-7474
Fax: 310-826-6991
Email: ahoffman@raklaw.com
*ATTORNEY TO BE NOTICED*

**Brian David Ledahl**
Russ August & Kabat
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025
310-826-7474
Fax: 310-826-6991
Email: bledahl@raklaw.com
*ATTORNEY TO BE NOTICED*

**Christian W. Conkle**
Russ August & Kabat-Los Angeles
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025
310-826-7474
Fax: 310-826-6991
Email: cconkle@raklaw.com
*ATTORNEY TO BE NOTICED*

**James N. Pickens**
Russ August & Kabat-Plantation
1104 NW 88th Way
Plantation, FL 33322
954-637-2393
Fax: 310-826-6991
Email: jpickens@raklaw.com
*ATTORNEY TO BE NOTICED*

**Marc A Fenster**
Russ, August & Kabat
12424 Wilshire Blvd.
12th Floor
Los Angeles, CA 90025
310-826-7474
Fax: 310-826-6991
Email: mafenster@raklaw.com
*ATTORNEY TO BE NOTICED*

**Paul Anthony Kroeger**
Russ August & Kabat
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025
310-826-7474
Fax: 310-826-6991
Email: pkroeger@raklaw.com
*ATTORNEY TO BE NOTICED*

**Philip X. Wang**
Russ August & Kabat-Los Angeles
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025
310-826-7474
Fax: 310-826-6991
Email: pwang@raklaw.com
*ATTORNEY TO BE NOTICED*

**Reza Mirzaie**
Russ August & Kabat-Los Angeles
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025
310-826-7474
Fax: 310-826-6991
Email: rmirzaie@raklaw.com
*ATTORNEY TO BE NOTICED*

**Eric Bryan Fenster**
Eric B. Fenster, LLC
P.O. Box 44011
Denver, CO 80201
303-921-3530
Email: eric@fensterlaw.net
*ATTORNEY TO BE NOTICED*

**Jay Y. Chung**
Russ August & Kabat-Los Angeles
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025
310-826-7474
Fax: 310-826-6991
Email: jchung@raklaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Realtime Adaptive Streaming LLC**                represented by **Brian David Ledahl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Bryan Fenster**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Reza Mirzaie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James N. Pickens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jay Y. Chung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip X. Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy T. Hsieh**
Russ August & Kabat-Los Angeles
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025
310-826-7474
Fax: 310-826-6991
Email: thsieh@raklaw.com

*TERMINATED: 09/28/2018*

**Marc A Fenster**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sling TV L.L.C.**                represented by   **Adam Ryan Shartzer**
                                                   Fish & Richardson P.C.-DC
                                                   1000 Maine Avenue, S.W.
                                                   Suite 1000
                                                   Washington, DC 20024
                                                   202-626-6380
                                                   Fax: 202-783-2331
                                                   Email: shartzer@fr.com
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Andrew Louis Schrader**
                                                   Fish & Richardson P.C.-DC
                                                   1000 Maine Avenue, S.W.
                                                   Suite 1000
                                                   Washington, DC 20024
                                                   202-783-5070
                                                   Fax: 202-783-2331
                                                   Email: aschrader@millerbarondess.com
                                                   *TERMINATED: 01/25/2018*

                                                   **Brian James Livedalen**
                                                   Fish & Richardson, P.C.-DC
                                                   901 15th Street NW
                                                   The McPherson Building
                                                   Suite 700
                                                   Washington, DC 20005
                                                   202-783-5070
                                                   Fax: 202-783-2331
                                                   Email: livedalen@fr.com
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Caitlin Marie Dean**
                                                   Fish & Richardson P.C.-Wilmington
                                                   222 Delaware Avenue
                                                   17th Floor
                                                   Wilmington, DE 19801
                                                   302-652-5070
                                                   Fax: 302-652-0607
                                                   Email: cdean@fr.com
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Daniel Aaron Tishman**
                                                   Fish & Richardson P.C.-DC
                                                   1000 Maine Ave SW
                                                   Suite 1000
                                                   Washington, DC 20024
                                                   202-783-5070
                                                   Fax: 202-783-2331
                                                   Email: tishman@fr.com
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Matthew Philip Mosteller**
                                                   Fish & Richardson P.C.-DC
                                                   1000 Maine Ave SW
                                                   Suite 1000
                                                   Washington, DC 20024
                                                   202-783-5070
                                                   Fax: 202-783-2331
                                                   Email: mosteller@fr.com
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Michael R. Ellis**
                                                   Fish & Richardson, P.C.-Dallas
                                                   1717 Main Street

Suite 5000
Dallas, TX 75201
214-747-5070
Fax: 214-747-2091
Email: ellis@fr.com
*ATTORNEY TO BE NOTICED*

**Min Woo Park**
Fish & Richardson P.C.-DC
1000 Maine Avenue, S.W.
Suite 1000
Washington, DC 20024
202-783-5070
Fax: 202-783-2331
Email: mwpark@fr.com
*ATTORNEY TO BE NOTICED*

**Raj Utreja**
Fish & Richardson P.C.-DC
1000 Maine Ave SW
Suite 1000
Washington, DC 20024
202-626-6368
Fax: 202-783-2331
Email: utreja@fr.com
*ATTORNEY TO BE NOTICED*

**Ruffin B. Cordell**
Fish & Richardson, P.C.-DC
901 15th Street NW
The McPherson Building
Suite 700
Washington, DC 20005
202-783-5070
Fax: 202-783-2331
Email: cordell@fr.com
*ATTORNEY TO BE NOTICED*

**Ryan Matthew Teel**
Fish & Richardson P.C.-DC
1000 Maine Avenue, S.W.
Suite 1000
Washington, DC 20024
202-783-5070
Fax: 202-783-2331
Email: teel@fr.com
*TERMINATED: 07/17/2019*

**Timothy W. Riffe**
Fish & Richardson P.C.-DC
1000 Maine Ave SW
Suite 1000
Washington, DC 20024
202-783-5070
Email: riffe@fr.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**Sling Media Inc.**

**Defendant**
**Sling Media, L.L.C.**                    represented by **Adam Ryan Shartzer**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

                                            **Andrew Louis Schrader**
                                            (See above for address)
                                            *TERMINATED: 01/25/2018*

                                            **Brian James Livedalen**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

                                            **Caitlin Marie Dean**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Aaron Tishman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hugh Q. Gottschalk**
Wheeler Trigg O'Donnell LLP-Denver
370 17th Street
Suite 4500
Denver, CO 80202-5647
303-244-1800
Fax: 303-244-1879
Email: gottschalk@wtotrial.com
*ATTORNEY TO BE NOTICED*

**Matthew Philip Mosteller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael R. Ellis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Min Woo Park**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Raj Utreja**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ruffin B. Cordell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Matthew Teel**
(See above for address)
*TERMINATED: 07/17/2019*

**Timothy W. Riffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Echostar Technologies L.L.C.**                 represented by **Adam Ryan Shartzer**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Andrew Louis Schrader**
                                                 (See above for address)
                                                 *TERMINATED: 01/25/2018*

                                                 **Brian James Livedalen**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Michael R. Ellis**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Ruffin B. Cordell**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Ryan Matthew Teel**
                                                 (See above for address)
                                                 *TERMINATED: 07/17/2019*

**Defendant**

**Arris Group, Inc.**                            represented by **Jonathan Benjamin Bright**
*TERMINATED: 06/05/2018*                         Fish & Richardson P.C.-Atlanta
                                                 1180 Peachtree Street, N.E.

Suite 2100
Atlanta, GA 30309
404-892-5005
Fax: 404-892-5002
Email: jbright@fr.com
*TERMINATED: 01/03/2019*

**Noah Carey Graubart**
Fish & Richardson P.C.-Atlanta
1180 Peachtree Street, N.E.
Suite 2100
Atlanta, GA 30309
404-892-5005
Fax: 404-892-5002
Email: graubart@fr.com
*TERMINATED: 01/03/2019*

**Defendant**

**Dish Network L.L.C.**                    represented by   **Adam Ryan Shartzer**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Andrew Louis Schrader**
                                                           (See above for address)
                                                           *TERMINATED: 01/25/2018*

                                                           **Brian James Livedalen**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Caitlin Marie Dean**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Daniel Aaron Tishman**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Hugh Q. Gottschalk**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Matthew Philip Mosteller**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Michael R. Ellis**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Min Woo Park**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Raj Utreja**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Ruffin B. Cordell**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Ryan Matthew Teel**
                                                           (See above for address)
                                                           *TERMINATED: 07/17/2019*

                                                           **Timothy W. Riffe**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**DISH Technologies L.L.C**                represented by   **Caitlin Marie Dean**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Daniel Aaron Tishman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hugh Q. Gottschalk**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Philip Mosteller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael R. Ellis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Min Woo Park**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Raj Utreja**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ruffin B. Cordell**
Fish & Richardson P.C.-DC
1000 Maine Avenue, S.W.
Suite 1000
Washington, DC 20024
202-783-5070
Fax: 202-783-2331
Email: cordell@fr.com
*ATTORNEY TO BE NOTICED*

**Ryan Matthew Teel**
(See above for address)
*TERMINATED: 07/17/2019*

**Timothy W. Riffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Adam Ryan Shartzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**ARRIS Solutions**
*TERMINATED: 03/10/2021*

represented by   **Aashish G. Kapadia**
Baker Botts, LLP-Austin
98 San Jacinto Boulevard
Suite 1500
Austin, TX 78701-4078
512-322-2500
Fax: 512-322-2501
Email: aashish.kapadia@bakerbotts.com

**Christopher Owen Green**
Fish & Richardson P.C.-Atlanta
1180 Peachtree Street, N.E.
Suite 2100
Atlanta, GA 30309
404-892-5005
Fax: 404-892-5002
Email: cgreen@fr.com
*TERMINATED: 01/03/2019*

**David B. Weaver**
Baker Botts LLP-Austin
98 San Jacinto Boulevard
Suite 1500
Austin, TX 78701-4078
512-322-2500
Fax: 512-322-2501

Email: david.weaver@bakerbotts.com
*TERMINATED: 01/11/2021*

**Douglas M. Kubehl**
Baker Botts LLP-Dallas
2001 Ross Avenue
Suite 900
Dallas, TX 75201-2980
214-953-6500
Fax: 214-953-6503
Email: doug.kubehl@bakerbotts.com

**Jennifer L. Nall**
Baker Botts LLP-Austin
98 San Jacinto Boulevard
Suite 1500
Austin, TX 78701-4078
512-322-2500
Fax: 512-322-2501
Email: jennifer.nall@us.dlapiper.com

**Jonathan Benjamin Bright**
(See above for address)
*TERMINATED: 01/03/2019*

**Michelle J. Eber**
Baker Botts LLP-Houston
910 Louisiana Street
One Shell Plaza
Suite 3000
Houston, TX 77002-4995
713-229-1223
Fax: 713-229-7923
Email: michelle.eber@bakerbotts.com

**Noah Carey Graubart**
(See above for address)
*TERMINATED: 01/03/2019*

**Puneet Kohli**
Baker Botts LLP-Austin
98 San Jacinto Boulevard
Suite 1500
Austin, TX 78701-4078
512-322-2500
Fax: 512-322-2501
Email: puneet.kohli@bakerbotts.com

V.
**<u>Consol Defendant</u>**

**Polycom, Inc.**                          represented by   **Abran James Kean**
*TERMINATED: 10/15/2018*                                   Erise IP P.A.-Greenwood Village
                                                           5299 DTC Boulevard
                                                           Suite 1340
                                                           Greenwood Village, CO 80111
                                                           720-689-5440
                                                           Fax: 913-777-5601
                                                           Email: abran.kean@eriseip.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Eric Allen Buresh**
                                                           Erise IP P.A.-Overland Park
                                                           7015 College Boulevard
                                                           Suite 700
                                                           Overland Park, KS 66211
                                                           913-777-5600
                                                           Fax: 913-777-5601
                                                           Email: eric.buresh@eriseip.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Kelly Rose Hughes**
Erise IP, P.A.-Greenwood Village
5600 Greenwood Plaza Boulevard
Suite 200
Greenwood Village, CO 80111
720-307-8382
Email: kelly.hughes@eriseIP.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Redmond Hart**
Erise IP P.A.-Greenwood Village
5299 DTC Boulevard
Suite 1340
Greenwood Village, CO 80111
913-777-5600
Fax: 913-777-5601
Email: paul.hart@eriseip.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Apple INC.**
*TERMINATED: 10/12/2018*

represented by **Aaron Stafford baker thomasOakley**
Baker Thomas Oakley Greene PLLC
2590 Walnut Street
Suite 83
Denver, CO 80205
303-771-4697
Email: aaron@bakerthomaslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Clayton Cole James**
Hogan Lovells US LLP-Denver
1601 Wewatta Street
Suite 900
Denver, CO 80202
303-899-7300
Fax: 303-899-7333
Email: clay.james@hoganlovells.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Srecko Vidmar**
Microsoft Corporation
CELA
One Microsoft Way
Redmond, WA 98052
425-703-5736
Email: lucky.vidmar@microsoft.com
*TERMINATED: 01/30/2019*
*LEAD ATTORNEY*

**Helen Y. Trac**
Hogan Lovells US LLP-San Francisco
3 Embarcadero Center
Suite 1500
San Francisco, CA 94111
415-374-2348
Email: helen.trac@hoganlovells.com
*ATTORNEY TO BE NOTICED*

**Katherine A. Nelson**
Hogan Lovells US LLP-Denver
1601 Wewatta Street
Suite 900
Denver, CO 80202
303-454-2539
Fax: 303-899-7333
Email: katherine.nelson@hoganlovells.com
*ATTORNEY TO BE NOTICED*

**Katy Lynn Rankin**
Hogan Lovells US LLP-Denver

1601 Wewatta Street
Suite 900
Denver, CO 80202
303-899-7300
Fax: 303-899-7333
Email: katy.rankin@hoganlovells.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**
**Sling Media, L.L.C.**                    represented by **Adam Ryan Shartzer**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

                                           **Michael R. Ellis**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

**Counter Claimant**
**Sling TV L.L.C.**                        represented by **Adam Ryan Shartzer**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

                                           **Hugh Q. Gottschalk**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

                                           **Michael R. Ellis**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

                                           **Ruffin B. Cordell**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**
**Sling Media, L.L.C.**                    represented by **Adam Ryan Shartzer**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

                                           **Michael R. Ellis**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

                                           **Ruffin B. Cordell**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

**Counter Defendant**
**Sling TV L.L.C.**                        represented by **Adam Ryan Shartzer**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

                                           **Michael R. Ellis**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

                                           **Ruffin B. Cordell**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

**Counter Defendant**
**Realtime Adaptive Streaming LLC**        represented by **James N. Pickens**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

                                           **Jay Y. Chung**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

                                           **Philip X. Wang**
                                           (See above for address)

*ATTORNEY TO BE NOTICED*

**Reza Mirzaie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc A Fenster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Arris Group, Inc.**
*TERMINATED: 03/10/2021*

represented by **Noah Carey Graubart**
(See above for address)
*TERMINATED: 01/03/2019*

**Counter Claimant**

**Dish Network L.L.C**

represented by **Michael R. Ellis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Adam Ryan Shartzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**DISH Technologies L.L.C**

represented by **Michael R. Ellis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Adam Ryan Shartzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Apple INC.**
*TERMINATED: 10/12/2018*

represented by **Aaron Stafford baker thomasOakley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Clayton Cole James**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Srecko Vidmar**
(See above for address)
*TERMINATED: 01/30/2019*
*LEAD ATTORNEY*

**Helen Y. Trac**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katy Lynn Rankin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Regina M. Rodriguez**
Wilmer Cutler Pickering Hale & Dorr LLP-Denver
1225 17th Street
Suite 2600
Denver, CO 80202
720-598-3468
Fax: 720-274-3133
Email: regina.rodriguez@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**ARRIS Solutions**
*TERMINATED: 03/10/2021*

represented by **Aashish G. Kapadia**
(See above for address)

**Christopher Owen Green**
(See above for address)

*TERMINATED: 01/03/2019*

**David B. Weaver**
(See above for address)
*TERMINATED: 01/11/2021*

**Jennifer L. Nall**
(See above for address)

**Jonathan Benjamin Bright**
(See above for address)
*TERMINATED: 01/03/2019*

**Michelle J. Eber**
(See above for address)

**Noah Carey Graubart**
(See above for address)
*TERMINATED: 01/03/2019*

V.

**Counter Defendant**

**Realtime Adaptive Streaming LLC**                 represented by   **Brian David Ledahl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Bryan Fenster**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Reza Mirzaie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James N. Pickens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jay Y. Chung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip X. Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy T. Hsieh**
(See above for address)
*TERMINATED: 09/28/2018*

**Marc A Fenster**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/31/2017 | 1 | Civil Cover Sheet *FOR PATENT INFRINGEMENT* against Sling Media Inc., Sling Media LLC, Sling TV LLC (Filing fee $ 400,Receipt Number 1082-5689614)Attorney Eric Bryan Fenster added to party realtime data llc(pty:pla), filed by realtime data llc.(Fenster, Eric) Modified to correct docket text on 8/31/2017 (sphil, ). (Entered: 08/31/2017) |
| 08/31/2017 | 2 | COMPLAINT *FOR PATENT INFRINGEMENT* against All Defendants, filed by realtime data llc. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Fenster, Eric) (Entered: 08/31/2017) |
| 08/31/2017 | 3 | Report re Patent/Trademark: Report on the filing of an action emailed **(NEF)** to the Director of the U.S. Patent and Trademark Office. (rvill, ) (Entered: 09/01/2017) |
| 08/31/2017 | 4 | Case assigned to Magistrate Judge Craig B. Shaffer. Text Only Entry. (rvill, ) (Entered: 09/01/2017) |
| 09/01/2017 | 5 | Magistrate Judge consent form issued pursuant to D.C.COLO.LCivR 40.1, direct assignment of civil actions to full time magistrate judges. (rvill, ) (Entered: 09/01/2017) |

CM/ECF - U.S. District Court:cod

| 09/12/2017 | 6 | SUMMONS REQUEST as to Sling TV LLC et al by Plaintiff Realtime Data LLC. (Fenster, Eric) (Entered: 09/12/2017) |
|---|---|---|
| 09/12/2017 | 7 | Administrative Notice: Summons not issued. Should be re-filed using AO 440 form available on Court website www.cod.uscourts.gov. (Text Only Entry) (nmarb, ) (Entered: 09/13/2017) |
| 09/15/2017 | 8 | SUMMONS REQUEST as to Sling TV LLC et al by Plaintiff Realtime Data LLC. (Fenster, Eric) (Entered: 09/15/2017) |
| 09/19/2017 | 9 | SUMMONS issued by Clerk to Sling TV. (Attachments: # 1 Magistrate Judge Consent Form) (nmarb, ) (Entered: 09/19/2017) |
| 09/20/2017 | 10 | NOTICE of Entry of Appearance by Marc Aaron Fenster on behalf of Realtime Data LLCAttorney Marc Aaron Fenster added to party Realtime Data LLC(pty:pla) (Fenster, Marc) (Entered: 09/20/2017) |
| 10/05/2017 | 11 | MINUTE ORDER setting a Scheduling Conference for 11/15/2017 at 10:00 AM in Courtroom A 402 before Magistrate Judge Craig B. Shaffer. ORDERED that parties shall adhere to the deadlines and instructions as set forth in Preparation for Rule 16(b) Scheduling Conference, located on the court's website under "Judicial Officers." Parties shall use the patent scheduling order from the court's website. FURTHER ORDERED that the above-captioned case has been directly assigned to Magistrate Judge Craig B. Shaffer pursuant to 28 U.S.C. § 636(c) and the D.C.COLO.LCivR 40.1(c). Not later than seven (7) days prior to the Scheduling Conference the parties shall complete and file the Consent/Non-Consent Form indicating either unanimous consent of the parties or that consent has been declined. Text Only Entry by Magistrate Judge Craig B. Shaffer on 10/5/17. (amont, ) (Entered: 10/05/2017) |
| 10/10/2017 | 12 | AMENDED COMPLAINT against Sling Media Inc., Sling Media, L.L.C., Sling TV L.L.C. Attorney Jay Young Chung added to party Realtime Data LLC(pty:pla), filed by Realtime Data LLC. (Attachments: # 1 Ex. A, # 2 Ex. B)(Chung, Jay) (Entered: 10/10/2017) |
| 10/10/2017 | 13 | NOTICE of Filing Amended Pleading re 12 Amended Complaint by Plaintiff Realtime Data LLC (Attachments: # 1 Ex. A) (Chung, Jay) (Entered: 10/10/2017) |
| 10/16/2017 | 14 | NOTICE of Entry of Appearance by Jay Young Chung on behalf of Realtime Data LLC (Chung, Jay) (Entered: 10/16/2017) |
| 10/16/2017 | 15 | NOTICE of Entry of Appearance by Brian David Ledahl on behalf of Realtime Data LLCAttorney Brian David Ledahl added to party Realtime Data LLC(pty:pla) (Ledahl, Brian) (Entered: 10/16/2017) |
| 10/17/2017 | 16 | NOTICE of Entry of Appearance by Adam S. Hoffman on behalf of Realtime Data LLCAttorney Adam S. Hoffman added to party Realtime Data LLC(pty:pla) (Hoffman, Adam) (Entered: 10/17/2017) |
| 10/17/2017 | 17 | NOTICE of Entry of Appearance by James N. Pickens on behalf of Realtime Data LLCAttorney James N. Pickens added to party Realtime Data LLC(pty:pla) (Pickens, James) (Entered: 10/17/2017) |
| 10/18/2017 | 18 | NOTICE of Entry of Appearance by Paul Anthony Kroeger on behalf of Realtime Data LLCAttorney Paul Anthony Kroeger added to party Realtime Data LLC(pty:pla) (Kroeger, Paul) (Entered: 10/18/2017) |
| 10/18/2017 | 19 | NOTICE of Entry of Appearance by Philip X. Wang on behalf of Realtime Adaptive Streaming LLCAttorney Philip X. Wang added to party Realtime Adaptive Streaming LLC(pty:pla) (Wang, Philip) (Entered: 10/18/2017) |
| 10/18/2017 | 20 | NOTICE of Entry of Appearance by Reza Mirzaie on behalf of Realtime Data LLCAttorney Reza Mirzaie added to party Realtime Data LLC(pty:pla) (Mirzaie, Reza) (Entered: 10/18/2017) |
| 10/20/2017 | 21 | SUMMONS REQUEST as to Sling TV LLC et al re 13 Notice of Filing Amended Pleading by Plaintiff Realtime Data LLC. (Fenster, Eric) (Entered: 10/20/2017) |
| 10/20/2017 | 22 | NOTICE of Entry of Appearance by Christian W. Conkle on behalf of Realtime Data LLCAttorney Christian W. Conkle added to party Realtime Data LLC(pty:pla) (Conkle, Christian) (Entered: 10/20/2017) |
| 10/23/2017 | 23 | SUMMONS issued by Clerk to Sling TV L.L.C.; Sling Media, Inc.; and Sling Media, L.L.C.. (Attachments: # 1 Magistrate Judge Consent Form) (nmarb, ) (Entered: 10/23/2017) |
| 10/24/2017 | 24 | NOTICE of Entry of Appearance by Adam Ryan Shartzer on behalf of Sling Media, L.L.C., Sling TV L.L.C.Attorney Adam Ryan Shartzer added to party Sling Media, L.L.C.(pty:dft), Attorney Adam Ryan Shartzer added to party Sling TV L.L.C. (pty:dft) (Shartzer, Adam) (Entered: 10/24/2017) |
| 10/24/2017 | 25 | ANSWER to 12 Amended Complaint , COUNTERCLAIM against Sling Media, L.L.C., Sling TV L.L.C. by Sling Media, L.L.C., Sling TV L.L.C..(Shartzer, Adam) (Entered: 10/24/2017) |
| 10/24/2017 | 26 | CORPORATE DISCLOSURE STATEMENT. (Shartzer, Adam) (Entered: 10/24/2017) |
| 10/24/2017 | 27 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES:re: 24 Notice of Entry of Appearance, 26 Corporate Disclosure Statement, 25 Answer to Amended Complaint, Counterclaim filed by attorneyAdam R. Shartzer. **DO NOT REFILE THE DOCUMENT. Action to take -** counsel must submit a change of contact request through the Attorney Services Portal pursuant to D.C.COLO.LAttyR 5(c) and 3.5 of the Electronic Case Filing Procedures (Civil cases).(Text Only Entry) (nmarb, ) (Entered: 10/25/2017) |
| 10/24/2017 | 28 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 26 Corporate Disclosure Statement filed by attorney Adam R. Shartzer.The document was scanned and not converted directly to portable document format (PDF). **DO NOT REFILE THE DOCUMENT. Action to take -** future documents must be filed pursuant to D.C.COLO.LCivR 5.1(a) and 1.3(f) of the Electronic Case Filing Procedures (Civil cases). (Text Only Entry) (nmarb, ) (Entered: 10/25/2017) |
| 10/27/2017 | 29 | CASE REASSIGNED. This case is randomly reassigned to Judge R. Brooke Jackson and drawn to Magistrate Judge Kristen L. Mix pursuant to D.C.COLO.LCivR 40.1(a) and with the approval of the Chief Judge. All future pleadings should be designated as 17-cv-02097-RBJ. (Text Only Entry) (tsher, ) Modified to add referral judge on 10/30/2017 (tshea, ). (Entered: 10/27/2017) |
| 10/30/2017 | 30 | ORDER TO SET SCHEDULING CONFERENCE: This matter comes before the Court sua sponte. In light of the reassignment |

| | | of this case to this Court, the Scheduling Conference set November 15, 2017 before Magistrate Judge Craig B. Shaffer is VACATED. The parties are ordered to set an initial scheduling conference in this Court (with Judge Jackson) pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1. Each partys lead trial counsel shall attend the conference. The conference shall be held in Courtroom A-902, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties are directed to jointly contact Chambers by telephone at (303) 844-4694 or by email at Jackson_Chambers@cod.uscourts.gov to obtain a scheduling conference date within 14 days of the date of this order. By Judge R. Brooke Jackson on 10/30/17. (rbjsec. ) (Entered: 10/30/2017) |
| 10/30/2017 | 31 | Magistrate Judge consent form issued pursuant to 28 U.S.C. 636(c). (tsher, ) (Entered: 10/30/2017) |
| 11/06/2017 | 32 | AMENDED COMPLAINT against Sling Media Inc., Sling Media, L.L.C., Sling TV L.L.C., Echostar Technologies L.L.C., Arris Group, Inc., Dish Network L.L.C. Attorney Marc Aaron Fenster added to party Realtime Adaptive Streaming LLC(pty:pla), filed by Realtime Adaptive Streaming LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Fenster, Marc) (Entered: 11/06/2017) |
| 11/06/2017 | 33 | NOTICE of Filing Amended Pleading re 32 Amended Complaint, by Plaintiff Realtime Adaptive Streaming LLC (Attachments: # 1 Exhibit A)(Fenster, Marc) (Entered: 11/06/2017) |
| 11/09/2017 | 34 | SUMMONS REQUEST as to ECHOSTAR TECHNOLOGIES L.L.C. re 32 Amended Complaint, by Plaintiff Realtime Adaptive Streaming LLC. (Chung, Jay) (Entered: 11/09/2017) |
| 11/09/2017 | 35 | SUMMONS REQUEST as to DISH NETWORK L.L.C. re 32 Amended Complaint, by Plaintiff Realtime Adaptive Streaming LLC. (Chung, Jay) (Entered: 11/09/2017) |
| 11/09/2017 | 36 | SUMMONS REQUEST as to ARRIS GROUP, INC. re 32 Amended Complaint, by Plaintiff Realtime Adaptive Streaming LLC. (Chung, Jay) (Entered: 11/09/2017) |
| 11/09/2017 | 37 | SUMMONS issued by Clerk. (Attachments: # 1 Summons, # 2 Summons, # 3 Magistrate Judge Consent Form) (agarc, ) (Entered: 11/09/2017) |
| 11/14/2017 | 38 | ANSWER/REPLY to 25 Answer to Amended Complaint, Counterclaim by Realtime Adaptive Streaming LLC.(Chung, Jay) (Entered: 11/14/2017) |
| 11/14/2017 | 39 | SUMMONS Returned Executed by Realtime Adaptive Streaming LLC. Arris Group, Inc. served on 11/8/2017, answer due 11/29/2017. (Chung, Jay) (Entered: 11/14/2017) |
| 11/15/2017 | 40 | SUMMONS Returned Executed by Realtime Adaptive Streaming LLC. Dish Network L.L.C. served on 11/10/2017, answer due 12/1/2017. (Chung, Jay) (Entered: 11/15/2017) |
| 11/16/2017 | 41 | SUMMONS Returned Executed by Realtime Adaptive Streaming LLC. Echostar Technologies L.L.C. served on 11/10/2017, answer due 12/1/2017. (Chung, Jay) (Entered: 11/16/2017) |
| 11/20/2017 | 42 | ANSWER to 32 Amended Complaint, *Affirmative Defenses*, COUNTERCLAIM *Jury Demand* against Realtime Adaptive Streaming LLC by Sling TV L.L.C., Sling Media, L.L.C..(Shartzer, Adam) (Entered: 11/20/2017) |
| 11/22/2017 | 43 | Stipulated MOTION for Extension of Time to File Answer or Otherwise Respond re 32 Amended Complaint, by Defendants Arris Group, Inc., Dish Network L.L.C., Echostar Technologies L.L.C.. (Shartzer, Adam) (Entered: 11/22/2017) |
| 11/27/2017 | 44 | ORDER granting 43 Stipulated MOTION for Extension of Time to File Answer or Otherwise Respond re 32 Amended Complaint. Arris Group, Inc., Dish Network L.L.C., and Echostar Technologies L.L.C. answers now due by 12/6/2017. By Judge R. Brooke Jackson on 11/27/17. Text Only Entry (rbjsec. ) (Entered: 11/27/2017) |
| 12/01/2017 | 45 | NOTICE *of Related Cases* by Plaintiff Realtime Adaptive Streaming LLC (Chung, Jay) (Entered: 12/01/2017) |
| 12/04/2017 | 46 | ANSWER/REPLY to 42 Answer to Amended Complaint, Counterclaim by Realtime Adaptive Streaming LLC.(Chung, Jay) (Entered: 12/04/2017) |
| 12/06/2017 | 47 | MOTION to Dismiss *Under Fed. R. Civ. P. 12 (b) (6)* by Defendants Arris Group, Inc., Dish Network L.L.C., Echostar Technologies L.L.C.. (Shartzer, Adam) (Entered: 12/06/2017) |
| 12/06/2017 | 48 | MOTION for Judgment on the Pleadings *Under Fed. R. Civ. P. 12 (C)* by Defendants Sling Media, L.L.C., Sling TV L.L.C.. (Shartzer, Adam) (Entered: 12/06/2017) |
| 12/07/2017 | 49 | NOTICE of Entry of Appearance by Adam Ryan Shartzer on behalf of Arris Group, Inc., Dish Network L.L.C., Echostar Technologies L.L.C. (Shartzer, Adam) (Entered: 12/07/2017) |
| 12/11/2017 | 50 | NOTICE of Entry of Appearance by Noah Carey Graubart on behalf of Arris Group, Inc.Attorney Noah Carey Graubart added to party Arris Group, Inc(pty:dft) (Graubart, Noah) (Entered: 12/11/2017) |
| 12/13/2017 | 51 | NOTICE of Entry of Appearance by Andrew Louis Schrader on behalf of Dish Network L.L.C., Echostar Technologies L.L.C., Sling Media, L.L.C., Sling TV L.L.C.Attorney Andrew Louis Schrader added to party Dish Network L.L.C.(pty:dft), Attorney Andrew Louis Schrader added to party Echostar Technologies L.L.C.(pty:dft), Attorney Andrew Louis Schrader added to party Sling Media, L.L.C.(pty:dft), Attorney Andrew Louis Schrader added to party Sling TV L.L.C.(pty:dft) (Schrader, Andrew) (Entered: 12/13/2017) |
| 12/13/2017 | 52 | NOTICE of Entry of Appearance by Ryan Matthew Teel on behalf of Dish Network L.L.C., Echostar Technologies L.L.C., Sling Media, L.L.C., Sling TV L.L.C.Attorney Ryan Matthew Teel added to party Dish Network L.L.C.(pty:dft), Attorney Ryan Matthew Teel added to party Echostar Technologies L.L.C.(pty:dft), Attorney Ryan Matthew Teel added to party Sling Media, L.L.C.(pty:dft), Attorney Ryan Matthew Teel added to party Sling TV L.L.C.(pty:dft) (Teel, Ryan) (Entered: 12/13/2017) |
| 12/13/2017 | 53 | NOTICE of Entry of Appearance by Brian James Livedalen on behalf of Dish Network L.L.C., Echostar Technologies L.L.C., Sling Media, L.L.C., Sling TV L.L.C.Attorney Brian James Livedalen added to party Dish Network L.L.C.(pty:dft), Attorney Brian James Livedalen added to party Echostar Technologies L.L.C.(pty:dft), Attorney Brian James Livedalen added to party |

| | | Sling Media, L.L.C.(pty/dft), Attorney Brian James Livedalen added to party Sling TV L.L.C.(pty/dft) (Livedalen, Brian) (Entered: 12/13/2017) |
|---|---|---|
| 12/18/2017 | 54 | NOTICE of Entry of Appearance by Timothy T. Hsieh on behalf of Realtime Adaptive Streaming LLCAttorney Timothy T. Hsieh added to party Realtime Adaptive Streaming LLC(pty:pla) (Hsieh, Timothy) (Entered: 12/18/2017) |
| 12/27/2017 | 55 | BRIEF in Opposition to 47 MOTION to Dismiss *Under Fed. R. Civ. P. 12 (b) (6)*, 48 MOTION for Judgment on the Pleadings *Under Fed. R. Civ. P. 12 (C)* filed by Plaintiff Realtime Adaptive Streaming LLC. (Attachments: # 1 Ex. A, # 2 Ex. B)(Chung, Jay) (Entered: 12/27/2017) |
| 01/08/2018 | 56 | MINUTE ORDER: A Telephonic Scheduling Conference is set for March 7, 2018 at 8:30 a.m. in Courtroom A 902 before Judge R. Brooke Jackson. The Court requests that plaintiff's counsel provide a call-in conference line number to the Court and opposing counsel. By Judge R. Brooke Jackson on 1/8/18. Text Only Entry (rbjsec. ) (Entered: 01/08/2018) |
| 01/08/2018 | 57 | Stipulated MOTION for Leave to File Excess Pages *in Reply in Support of Defendants' Motion to Dismiss Under Fed. R. Civ. P. 12 (b)(6) and Motion for Judgment on the Pleadings Under 12(c)* by Defendants Arris Group, Inc., Dish Network L.L.C., Echostar Technologies L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Proposed Order (PDF Only) Proposed Order Granting Defendants' Consented Motion For Leave to File a 6-Page Reply)(Shartzer, Adam) (Entered: 01/08/2018) |
| 01/09/2018 | 58 | ORDER granting 57 Stipulated MOTION for Leave to File Excess Pages in Reply in Support of Defendants' Motion to Dismiss Under Fed. R. Civ P. 12 (b)(6) and Motion for Judgment on the Pleadings Under 12(c). The Court finds this sort of thing (margins, not starting numbering until the third page) to be childish and unhelpful. The reason for the page limits is to give the Court and law clerks at least a fighting chance to be able to keep up with the onslaught of motions to dismiss that seem inevitable in every case. Exceeding those limits gives this Court the impression that the movant is incapable of homing in on a key argument that could carry the day. By Judge R. Brooke Jackson on 1/9/18. Text Only Entry (rbjsec. ) (Entered: 01/09/2018) |
| 01/10/2018 | 59 | REPLY to Response to 47 MOTION to Dismiss *Under Fed. R. Civ. P. 12 (b) (6)*, 48 MOTION for Judgment on the Pleadings *Under Fed. R. Civ. P. 12 (C)* filed by Defendants Arris Group, Inc., Dish Network L.L.C., Echostar Technologies L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Shartzer, Adam) (Entered: 01/10/2018) |
| 01/22/2018 | 60 | CONSENT to Jurisdiction of Magistrate Judge by Defendants Arris Group, Inc., Dish Network L.L.C., Echostar Technologies L.L.C., Sling Media, L.L.C., Sling TV L.L.C. All parties do not consent.. (Shartzer, Adam) (Entered: 01/22/2018) |
| 01/23/2018 | 61 | NOTICE of Entry of Appearance by Ruffin B. Cordell on behalf of Dish Network L.L.C., Echostar Technologies L.L.C., Sling Media, L.L.C., Sling TV L.L.C.Attorney Ruffin B. Cordell added to party Dish Network L.L.C.(pty:dft), Attorney Ruffin B. Cordell added to party Echostar Technologies L.L.C.(pty:dft), Attorney Ruffin B. Cordell added to party Sling Media, L.L.C. (pty:cd), Attorney Ruffin B. Cordell added to party Sling Media, L.L.C.(pty:cc), Attorney Ruffin B. Cordell added to party Sling Media, L.L.C.(pty:dft), Attorney Ruffin B. Cordell added to party Sling TV L.L.C.(pty:cc), Attorney Ruffin B. Cordell added to party Sling TV L.L.C.(pty:dft), Attorney Ruffin B. Cordell added to party Sling TV L.L.C.(pty:cd) (Cordell, Ruffin) (Entered: 01/23/2018) |
| 01/25/2018 | 62 | MOTION to Withdraw as Attorney *Andrew L. Schrader* by Defendants Dish Network L.L.C., Echostar Technologies L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Proposed Order (PDF Only))(Schrader, Andrew) (Entered: 01/25/2018) |
| 01/25/2018 | 63 | ORDER granting 62 Motion to Withdraw as Attorney. Attorney Andrew Louis Schrader withdrawn. By Judge R. Brooke Jackson on 1/25/18. Text Only Entry (rbjsec. ) (Entered: 01/25/2018) |
| 02/02/2018 | 64 | NOTICE of Supplemental Authorities re: 47 MOTION to Dismiss *Under Fed. R. Civ. P. 12 (b) (6)*, 48 MOTION for Judgment on the Pleadings *Under Fed. R. Civ. P. 12 (C)* by Plaintiff Realtime Adaptive Streaming LLC (Attachments: # 1 Ex. A, # 2 Ex. B)(Chung, Jay) (Entered: 02/02/2018) |
| 02/23/2018 | 65 | Joint MOTION for Protective Order by Defendants Arris Group, Inc., Dish Network L.L.C., Echostar Technologies L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Shartzer, Adam) (Entered: 02/23/2018) |
| 02/26/2018 | 66 | Stipulated MOTION to Amend/Correct/Modify *the Caption* by Defendants Arris Group, Inc., Dish Network L.L.C., Echostar Technologies L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Shartzer, Adam) (Entered: 02/26/2018) |
| 02/26/2018 | 67 | ORDER granting 65 Joint Motion for Protective Order. Please email the proposed order to Chambers at Jackson_chambers@cod.uscourts.gov and the Court will enter it. By Judge R. Brooke Jackson on 2/26/18. Text Only Entry (rbjsec. ) (Entered: 02/26/2018) |
| 02/26/2018 | 68 | ORDER granting 66 Stipulated MOTION to Amend/Correct/Modify the Caption. By Judge R. Brooke Jackson on 2/26/18. Text Only Entry (rbjsec. ) (Entered: 02/26/2018) |
| 02/27/2018 | 69 | STIPULATED PROTECTIVE ORDER by Judge R. Brooke Jackson on 2/27/18. (jdyne, ) (Entered: 02/27/2018) |
| 03/02/2018 | 70 | Proposed Scheduling Order by Plaintiff Realtime Adaptive Streaming LLC. (Chung, Jay) (Entered: 03/02/2018) |
| 03/05/2018 | 71 | NOTICE of Supplemental Authorities re: 47 MOTION to Dismiss *Under Fed. R. Civ. P. 12 (b) (6)*, 48 MOTION for Judgment on the Pleadings *Under Fed. R. Civ. P. 12 (C)* by Plaintiff Realtime Adaptive Streaming LLC (Attachments: # 1 Ex. A, # 2 Ex. B, # 3 Ex. C)(Chung, Jay) (Entered: 03/05/2018) |
| 03/06/2018 | 72 | MOTION to Consolidate Cases by Plaintiff Realtime Adaptive Streaming LLC. (Chung, Jay) (Entered: 03/06/2018) |
| 03/07/2018 | 73 | COURTROOM MINUTES/MINUTE ENTRY for proceedings held before Judge R. Brooke Jackson: Scheduling Conference held on 3/7/2018. Dispositive Motions due by 7/26/2019, Expert Discovery due 7/5/2019, Fact Discovery due 4/1/2019, Final Infringement Contentions due 1/31/2019, Final Invalidity Contentions due 2/22/2019, Joint Disputed Claim Term Chart due 8/22/2018. Markman Hearing set for 12/18/2018 at 9:00 AM in Courtroom A 902 before Judge R. Brooke Jackson. Five day Jury Trial set to commence 12/16/2019 at 9:00 AM in Courtroom A 902 before Judge R. Brooke Jackson with a Trial Preparation Conference set for 11/1/2019 at 9:00 AM in Courtroom A 902 before Judge R. Brooke Jackson. Court Reporter: Sarah Mitchell. (jdyne, ) (Entered: 03/07/2018) |

| 03/07/2018 | 74 | ORDER denying 47 Motion to Dismiss; denying 48 Motion for Judgment on the Pleadings pursuant to the COURTROOM MINUTES/MINUTE ENTRY dated 3/7/18. by Judge R. Brooke Jackson on 3/7/18. Text Only Entry (jdyne, ) (Entered: 03/07/2018) |
| 03/07/2018 | 75 | SCHEDULING ORDER: by Judge R. Brooke Jackson on 3/7/18. (jdyne, ) (Entered: 03/08/2018) |
| 03/09/2018 | 76 | ORDER granting 72 Unopposed Motion to Consolidate Cases. Realtime Adaptive Streaming LLC v. Polycom, Inc., Civil Action No. 1:17-cv-02692-RBJ and Realtime Adaptive Streaming, LLC v. Apple Inc., Civil Action No. 1:17-cv-02869-MSK-STV are consolidated with Realtime Adaptive Streaming LLC v. Sling TV L.L.C. et al., Civil Action No. 1:17-cv-02097-RBJ. All future filings should be made under case number 1:17-cv-02097-RBJ. By Judge R. Brooke Jackson on 3/9/18. Text Only Entry (rbjsec. ) (Entered: 03/09/2018) |
| 03/09/2018 | 77 | ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE: This matter has been scheduled for a five day Jury Trial on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on December 16, 2019 at 9:00 a.m. A Trial Preparation Conference is set for November 1, 2019 at 9:00 a.m. Please refer to the order for details. By Judge R. Brooke Jackson on 3/9/18. (rbjsec.) (Entered: 03/09/2018) |
| 03/15/2018 | 78 | NOTICE of Entry of Appearance by Katy Lynn Rankin on behalf of Apple INC.Attorney Katy Lynn Rankin added to party Apple INC.(pty:condft) (Rankin, Katy) (Entered: 03/15/2018) |
| 03/19/2018 | 79 | NOTICE of Entry of Appearance by Helen Y. Trac on behalf of Apple INC.Attorney Helen Y. Trac added to party Apple INC. (pty:condft) (Trac, Helen) (Entered: 03/19/2018) |
| 03/19/2018 | 80 | TRANSCRIPT of Scheduling Conference held on March 7, 2018 before Judge Jackson. Pages: 1-36. **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (smitc, ) (Entered: 03/19/2018) |
| 03/20/2018 | 81 | Joint MOTION for Protective Order by Consol Defendant Apple INC.. (Attachments: # 1 Proposed Order (PDF Only) Stipulated Protective Order)(James, Clayton) (Entered: 03/20/2018) |
| 03/21/2018 | 82 | ORDER granting 81 Joint MOTION for Protective Order. The Court requests that counsel email the proposed protective order to Jackson_chambers@cod.uscourts.gov and the Court will enter it. By Judge R. Brooke Jackson on 3/21/18. Text Only Entry (rbjsec.) (Entered: 03/21/2018) |
| 03/21/2018 | 83 | PROTECTIVE ORDER by Judge R. Brooke Jackson on 3/21/18. (jdyne, ) (Entered: 03/21/2018) |
| 03/21/2018 | 84 | ANSWER to 32 Amended Complaint, by DISH Technologies L.L.C., and DISH Network L.L.C., Attorney Adam Ryan Shartzer added to party DISH Technologies L.L.C(pty:dft), Attorney Adam Ryan Shartzer added to party Dish Network L.L.C(pty:cc), COUNTERCLAIM against Realtime Adaptive Streaming LLC by Dish Network L.L.C., DISH Technologies L.L.C.(Shartzer, Adam) (Modified on 3/23/2018 edited to correct party filers)(evana, ). (Entered: 03/21/2018) |
| 03/21/2018 | 85 | ANSWER to 32 Amended Complaint, by Arris Group, Inc..(Graubart, Noah) (Entered: 03/21/2018) |
| 03/28/2018 | 86 | Joint MOTION for Protective Order *and E-Discovery Order* by Consol Defendant Polycom, Inc.. (Attachments: # 1 Proposed Order (PDF Only) Protective Order, # 2 Proposed Order (PDF Only) E Discovery Order)(Kean, Abran) (Entered: 03/28/2018) |
| 03/28/2018 | 87 | ORDER granting in part and denying in part 86 Motion for Protective Order. Motion is granted as to E-Discovery, proposed order to issue separately, denied as to Protective Order. See Practice Standards. by Judge R. Brooke Jackson on 3/28/18. Text Only Entry (jdyne, ) (Entered: 03/28/2018) |
| 03/28/2018 | 88 | E-Discovery ORDER by Judge R. Brooke Jackson on 3/28/18. (jdyne, ) (Entered: 03/28/2018) |
| 04/02/2018 | 89 | Joint MOTION for Protective Order by Consol Defendant Polycom, Inc.. (Attachments: # 1 Proposed Order (PDF Only) Protective Order)(Kean, Abran) (Entered: 04/02/2018) |
| 04/04/2018 | 90 | ORDER granting 89 Stipulated Motion for Protective Order. By Judge R. Brooke Jackson on 4/4/18. Text Only Entry (rbjsec. ) (Entered: 04/04/2018) |
| 04/04/2018 | 91 | STIPULATED PROTECTIVE ORDER by Judge R. Brooke Jackson on 4/4/18. (dkals, ) (Entered: 04/04/2018) |
| 04/10/2018 | 92 | ANSWER to Complaint *(Dkt. No. 40 in Consolidated Action No. 1:17-cv-02869-RBJ)*, COUNTERCLAIM against Realtime Adaptive Streaming LLC by Apple INC..(James, Clayton) (Entered: 04/10/2018) |
| 04/10/2018 | 93 | NOTICE *OF FILING MOTION TO TRANSFER BEFORE THE U.S. JUDICIAL PANEL ON MULTIDISTRICT LITIGATION* by Plaintiff Realtime Adaptive Streaming LLC (Attachments: # 1 Motion for MDL, # 2 Memorandum in support of Motion, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Proof of Service)(Chung, Jay) (Entered: 04/10/2018) |
| 04/10/2018 | 94 | ANSWER/REPLY to 84 Answer to Amended Complaint,, Counterclaim, by Realtime Adaptive Streaming LLC.(Chung, Jay) (Entered: 04/10/2018) |
| 04/24/2018 | 95 | SUPPLEMENT/AMENDMENT to 26 Corporate Disclosure Statement by Defendants DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Teel, Ryan) (Entered: 04/24/2018) |
| 04/30/2018 | 96 | *PLAINTIFF REALTIME ADAPTIVE STREAMING LLC'S* ANSWER/REPLY to 92 Answer to Complaint, Counterclaim *OF APPLE INC.* by Realtime Adaptive Streaming LLC.(Chung, Jay) (Entered: 04/30/2018) |
| 05/04/2018 | 97 | NOTICE of Change of Address/Contact Information by Adam Ryan Shartzer (Shartzer, Adam) (Entered: 05/04/2018) |

| | | |
|---|---|---|
| 05/07/2018 | 98 | Unopposed MOTION for Order to *Enter Stipulation Regarding Discovery of Electronically Stored Information* by Consol Defendant Apple INC.. (Attachments: # 1 Proposed Order (PDF Only), # 2 Exhibit)(James, Clayton) (Entered: 05/07/2018) |
| 05/08/2018 | 99 | ORDER granting 98 Unopposed MOTION for Order to Enter Stipulation Regarding Discovery of Electronically Stored Information. By Judge R. Brooke Jackson on 5/8/18. Text Only Entry (rbjsec. ) (Entered: 05/08/2018) |
| 05/08/2018 | 100 | STIPULATION AND ORDER REGARDING DISCOVERY OF ELECTRONICALLY STORED INFORMATION by Judge R. Brooke Jackson on 5/8/18. (jdyne, ) (Entered: 05/08/2018) |
| 05/18/2018 | 101 | NOTICE of Entry of Appearance by Katherine A. Nelson on behalf of Apple INC.Attorney Katherine A. Nelson added to party Apple INC.(pty:condft) (Nelson, Katherine) (Entered: 05/18/2018) |
| 05/23/2018 | 102 | NOTICE of Entry of Appearance by Jonathan Benjamin Bright on behalf of Arris Group, Inc.Attorney Jonathan Benjamin Bright added to party Arris Group, Inc.(pty:dft) (Bright, Jonathan) (Entered: 05/23/2018) |
| 06/04/2018 | 103 | Stipulated MOTION to Substitute Party *Defendant Arris Group, Inc. with Arris Solutions, Inc.* by Defendant Arris Group, Inc.. (Graubart, Noah) (Entered: 06/04/2018) |
| 06/05/2018 | 104 | ORDER granting 103 Stipulated MOTION to Substitute Party Defendant Arris Group, Inc. with Arris Solutions, Inc. The Court requests that the Clerk of Court substitute ARRIS Solutions as a defendant in place of ARRIS Group. By Judge R. Brooke Jackson on 6/5/18. Text Only Entry (rbjsec. ) (Entered: 06/05/2018) |
| 06/26/2018 | 105 | NOTICE of Entry of Appearance by Christopher Owen Green on behalf of ARRIS SolutionsAttorney Christopher Owen Green added to party ARRIS Solutions(pty:dft) (Green, Christopher) (Entered: 06/26/2018) |
| 07/05/2018 | 106 | NOTICE of Entry of Appearance by Regina M. Rodriguez on behalf of Apple INC.Attorney Regina M. Rodriguez added to party Apple INC.(pty:cc) (Rodriguez, Regina) (Entered: 07/05/2018) |
| 07/06/2018 | 107 | NOTICE of Entry of Appearance by Jennifer L. Nall on behalf of ARRIS SolutionsAttorney Jennifer L. Nall added to party ARRIS Solutions(pty:dft) (Nall, Jennifer) (Entered: 07/06/2018) |
| 07/06/2018 | 108 | NOTICE of Entry of Appearance by David B. Weaver on behalf of ARRIS SolutionsAttorney David B. Weaver added to party ARRIS Solutions(pty:dft) (Weaver, David) (Entered: 07/06/2018) |
| 07/06/2018 | 109 | NOTICE of Entry of Appearance by Aashish G. Kapadia on behalf of ARRIS SolutionsAttorney Aashish G. Kapadia added to party ARRIS Solutions(pty:dft) (Kapadia, Aashish) (Entered: 07/06/2018) |
| 07/06/2018 | 110 | NOTICE of Entry of Appearance by Michelle J. Eber on behalf of ARRIS SolutionsAttorney Michelle J. Eber added to party ARRIS Solutions(pty:dft) (Eber, Michelle) (Entered: 07/06/2018) |
| 07/16/2018 | 111 | MOTION for Order to *Limit Number of Asserted Claims* by Consol Defendant Apple INC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Proposed Order (PDF Only))(James, Clayton) (Entered: 07/16/2018) |
| 07/24/2018 | 112 | Joint MOTION to Amend/Correct/Modify 75 Scheduling Order by Consol Defendant Polycom, Inc.. (Attachments: # 1 Proposed Order (PDF Only))(Kean, Abran) (Entered: 07/24/2018) |
| 07/26/2018 | 113 | ORDER denying 111 MOTION for Order to Limit Number of Asserted Claims. Denied because the motion does not comply with page limits for motions set forth in the Court's practice standards. However, if what defendant is talking about is terms within claims, the Court will not attempt to construe more than about six-eight, at most, disputed terms. The parties should select those few terms that are key, and after those terms are construed if there is a legitimate and compelling need in the future to submit additional terms for a second claim construction proceeding, the Court and counsel can discuss this at the appropriate time. By Judge R. Brooke Jackson on 7/26/18. Text Only Entry (rbjsec. ) (Entered: 07/26/2018) |
| 07/31/2018 | 114 | NOTICE of Entry of Appearance by Michael R. Ellis on behalf of DISH Technologies L.L.C, Dish Technologies L.L.C, Dish Network L.L.C, Dish Network L.L.C., Echostar Technologies L.L.C., Sling Media, L.L.C., Sling TV L.L.C.Attorney Michael R. Ellis added to party DISH Technologies L.L.C(pty:dft), Attorney Michael R. Ellis added to party DISH Technologies L.L.C(pty:cc), Attorney Michael R. Ellis added to party Dish Network L.L.C(pty:cc), Attorney Michael R. Ellis added to party Dish Network L.L.C.(pty:dft), Attorney Michael R. Ellis added to party Echostar Technologies L.L.C.(pty:dft), Attorney Michael R. Ellis added to party Sling Media, L.L.C.(pty:cd), Attorney Michael R. Ellis added to party Sling Media, L.L.C.(pty:dft), Attorney Michael R. Ellis added to party Sling TV L.L.C. (pty:dft), Attorney Michael R. Ellis added to party Sling TV L.L.C.(pty:cc), Attorney Michael R. Ellis added to party Sling TV L.L.C.(pty:cd) (Ellis, Michael) (Entered: 07/31/2018) |
| 08/01/2018 | 115 | ORDER DENYING TRANSFER IT IS THEREFORE ORDERED that the motion for centralization of the actions listed on Schedule A is denied, Panel on Multidistrict Litigation. District of Colorado REALTIME ADAPTIVE STREAMING LLC v. SLING TV LLC, ET AL., C.A. No. 1:17-cv-02097; REALTIME ADAPTIVE STREAMING LLC v. POLYCOM, INC., C.A. No. 1:17-cv-02692, and REALTIME ADAPTIVE STREAMING LLC v. APPLE INC., C.A. No. 1:17-cv-02869, by Clerk on 8/1/2018. (evana, ) (Entered: 08/01/2018) |
| 08/03/2018 | 116 | ORDER granting 112 Joint MOTION to Amend/Correct/Modify 75 Scheduling Order. Deadlines are amended as follows: Exchange Terms for Construction from July 25, 2018 to August 10, 2018; Exchange of Proposed Constructions from August 10, 2018 to August 31, 2018; and Joint Claim Construction Statement from August 22, 2018 to September 14, 2018. By Judge R. Brooke Jackson on 8/3/18. Text Only Entry (rbjsec.) (Entered: 08/03/2018) |
| 09/12/2018 | 117 | Joint MOTION to Stay *ALL DEADLINES AND NOTICE OF SETTLEMENT RE: APPLE* by Plaintiff Realtime Adaptive Streaming LLC. (Attachments: # 1 Proposed Order (PDF Only))(Chung, Jay) (Entered: 09/12/2018) |
| 09/12/2018 | 118 | Joint MOTION to Stay *ALL DEADLINES AND NOTICE OF SETTLEMENT RE: POLYCOM* by Plaintiff Realtime Adaptive Streaming LLC. (Attachments: # 1 Proposed Order (PDF Only))(Chung, Jay) (Entered: 09/12/2018) |
| 09/14/2018 | 119 | ORDER granting 117 Joint MOTION to Stay ALL DEADLINES AND NOTICE OF SETTLEMENT RE: APPLE. By Judge R. Brooke Jackson on 9/14/18. Text Only Entry (rbjsec. ) (Entered: 09/14/2018) |

| | | |
|---|---|---|
| 09/14/2018 | 120 | ORDER granting 118 Joint MOTION to Stay ALL DEADLINES AND NOTICE OF SETTLEMENT RE: POLYCOM. By Judge R. Brooke Jackson on 9/14/18. Text Only Entry (rbjsec. ) (Entered: 09/14/2018) |
| 09/14/2018 | 121 | Joint Disputed Claim Terms Chart .Claim Construction Brief due 10/3/2018 (Shartzer, Adam) (Entered: 09/14/2018) |
| 09/21/2018 | 122 | Joint MOTION to Dismiss *RE POLYCOM* by Plaintiff Realtime Data LLC. (Attachments: # 1 Proposed Order (PDF Only)) (Chung, Jay) (Entered: 09/21/2018) |
| 09/26/2018 | 123 | MOTION to Sever by Defendants DISH Technologies L.L.C., Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Proposed Order (PDF Only), # 2 Exhibit)(Shartzer, Adam) (Entered: 09/26/2018) |
| 09/27/2018 | 124 | MOTION to Withdraw as Attorney *Timothy T. Hsieh* by Plaintiffs Realtime Adaptive Streaming LLC, Realtime Data LLC. (Attachments: # 1 Proposed Order (PDF Only))(Fenster, Eric) (Entered: 09/27/2018) |
| 09/27/2018 | 125 | MOTION for Joinder re 123 MOTION to Sever by Defendant ARRIS Solutions. (Attachments: # 1 Proposed Order (PDF Only)) (Weaver, David) (Entered: 09/27/2018) |
| 09/28/2018 | 126 | ORDER granting 124 Motion to Withdraw as Attorney. Attorney Timothy T. Hsieh is withdrawn. By Judge R. Brooke Jackson on 9/28/18. Text Only Entry (rbjsec. ) (Entered: 09/28/2018) |
| 10/03/2018 | 127 | Claim Construction Brief of *Defendants Sling TV, L.L.C., Sling Media L.L.C., DISH Technologies L.L.C., and DISH Network L.L.C. and ARRIS Solutions, Inc..* Responses due by 10/29/2018 (Attachments: # 1 Exhibit A - ISO Opening Brief, # 2 Exhibit B - ISO Opening Brief, # 3 Exhibit C - ISO Opening Brief, # 4 Exhibit D - ISO Opening Brief, # 5 Exhibit E - ISO Opening Brief, # 6 Exhibit F- ISO Opening Brief)(Nall, Jennifer) (Entered: 10/03/2018) |
| 10/11/2018 | 128 | Joint MOTION to Dismiss *RE APPLE* by Plaintiff Realtime Data LLC. (Attachments: # 1 Proposed Order (PDF Only))(Chung, Jay) (Entered: 10/11/2018) |
| 10/12/2018 | 129 | ORDER on 128 Motion to Dismiss by Judge R. Brooke Jackson on 10/12/18. Consol Defendant Apple INC. is terminated. (dkals, ) (Entered: 10/12/2018) |
| 10/15/2018 | 130 | ORDER on 122 Joint MOTION to Dismiss by Judge R. Brooke Jackson on 10/15/18. Consol Defendant Polycom, Inc. is terminated. (dkals, ) (Entered: 10/15/2018) |
| 10/17/2018 | 131 | BRIEF in Opposition to 123 MOTION to Sever filed by Plaintiff Realtime Adaptive Streaming LLC. (Attachments: # 1 Declaration of C. Jay Chung, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5)(Chung, Jay) (Entered: 10/17/2018) |
| 10/24/2018 | 132 | Claim Construction Brief of 127 Claim Construction Brief, *Responsive Claim Construction Brief.* Responses due by 11/7/2018 (Attachments: # 1 Decl. of Dr. Zeger, # 2 Chung Declaration, # 3 Ex. 1, # 4 Ex. 2, # 5 Ex. 3)(Chung, Jay) (Entered: 10/24/2018) |
| 10/31/2018 | 133 | REPLY to Response to 123 MOTION to Sever filed by Defendants DISH Technologies L.L.C, Dish Network L.L.C, Sling Media, L.L.C., Sling TV L.L.C.. (Shartzer, Adam) (Entered: 10/31/2018) |
| 11/05/2018 | 134 | Claim Construction Brief of 127 Claim Construction Brief, *Responsive Claim Construction Brief.* (Attachments: # 1 Decl. of Dr. Zeger, # 2 Chung Declaration, # 3 Ex. 1, # 4 Ex. 2, # 5 Ex. 3)(Chung, Jay) (Entered: 11/05/2018) |
| 11/07/2018 | 135 | REPLY to 134 Claim Construction Brief by Defendants ARRIS Solutions, DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Exhibit Dr. Alan Bovik Declaration and CV)(Shartzer, Adam) (Entered: 11/07/2018) |
| 11/16/2018 | 136 | Joint STATUS REPORT *RE: CLAIM CONSTRUCTION* by Plaintiff Realtime Adaptive Streaming LLC. (Chung, Jay) (Entered: 11/16/2018) |
| 12/07/2018 | 137 | MINUTE ORDER: At the unopposed request of Realtime and Sling/DISH, the Markman Hearing set 12/18/18 is RESET to 12/19/2018 at 9:00 AM in Courtroom A 902 before Judge R. Brooke Jackson. By Judge R. Brooke Jackson on 12/7/18. Text Only Entry (rbjsec. ) (Entered: 12/07/2018) |
| 12/13/2018 | 138 | Unopposed MOTION to Amend/Correct/Modify 85 Answer to Amended Complaint *and Counterclaim* by Defendant ARRIS Solutions. (Attachments: # 1 Exhibit A - SLIP SHEET for Restricted Level 2 - Amended Answer and Counterclaim, # 2 Exhibit B - Proposed Amended Answer and Counterclaim [PUBLIC-REDACTED], # 3 Proposed Order (PDF Only))(Nall, Jennifer) (Entered: 12/13/2018) |
| 12/13/2018 | 139 | UNRESTRICTED DOCUMENT - Level 2: by Defendant ARRIS Solutions.. (Nall, Jennifer) Modified on 12/18/2018 to unrestrict pursuant to 142 Order (dkals, ). (Entered: 12/13/2018) |
| 12/13/2018 | 140 | Unopposed MOTION for Leave to Restrict by Defendant ARRIS Solutions. (Attachments: # 1 Proposed Order (PDF Only)) (Nall, Jennifer) (Entered: 12/13/2018) |
| 12/17/2018 | 141 | ORDER granting 138 Unopposed MOTION to Amend/Correct/Modify 85 Answer to Amended Complaint and Counterclaim. By Judge R. Brooke Jackson on 12/17/18. Text Only Entry (rbjsec. ) (Entered: 12/17/2018) |
| 12/17/2018 | 142 | ORDER denying 140 Motion for Leave to Restrict. The Court does not approve restricted access. By Judge R. Brooke Jackson on 12/17/18. Text Only Entry (rbjsec. ) (Entered: 12/17/2018) |
| 12/19/2018 | 143 | COURTROOM MINUTES/MINUTE ENTRY for proceedings held before Judge R. Brooke Jackson: Markman Hearing held on 12/19/2018. Court Reporter: Sarah Mitchell. (jdyne, ) (Entered: 12/19/2018) |
| 12/20/2018 | 144 | NOTICE *Realtimes Notice of Filing for Markman Presentation* by Plaintiff Realtime Adaptive Streaming LLC (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Chung, Jay) (Entered: 12/20/2018) |
| 12/21/2018 | 145 | *FIRST AMENDED* ANSWER to 32 Amended Complaint, , COUNTERCLAIM against Realtime Adaptive Streaming LLC by ARRIS Solutions.(Nall, Jennifer) (Entered: 12/21/2018) |

| 12/28/2018 | 146 | NOTICE *OF FILING MARKMAN PRESENTATION AND TECHNOLOGY TUTORIAL* by Defendants ARRIS Solutions, DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C. (Attachments: # 1 Exhibit 1 - Defendants Markman Presentation, # 2 Exhibit 2 - Defendants Technology Tutorial)(Nall, Jennifer) (Entered: 12/28/2018) |
| 01/03/2019 | 147 | MOTION to Withdraw as Attorney *Jonathan B. Bright, Noah C. Graubart, and Christopher O. Green of Fish & Richardson, P.C.* by Defendant ARRIS Solutions. (Bright, Jonathan) (Entered: 01/03/2019) |
| 01/03/2019 | 148 | ORDER granting 147 Motion to Withdraw as Attorney. Attorney Christopher Owen Green; Jonathan Benjamin Bright and Noah Carey Graubart are withdrawn. By Judge R. Brooke Jackson on 1/3/19. Text Only Entry (rbjsec. ) (Entered: 01/03/2019) |
| 01/04/2019 | 149 | ANSWER/REPLY to 145 Answer to Amended Complaint, Counterclaim by Realtime Adaptive Streaming LLC.(Chung, Jay) (Entered: 01/04/2019) |
| 01/10/2019 | 150 | TRANSCRIPT of Markman Hearing held on December 19, 2018 before Judge Jackson. Pages: 1-138.<br>**NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (smitc, ) (Entered: 01/10/2019) |
| 01/11/2019 | 151 | CLAIM CONSTRUCTION ORDER by Judge R. Brooke Jackson on 1/11/19. (jdyne, ) (Entered: 01/11/2019) |
| 01/29/2019 | 152 | MOTION to Withdraw as Attorney *Srecko "Lucky" Vidmar* by Consol Defendant Apple INC.. (Attachments: # 1 Proposed Order (PDF Only))(James, Clayton) (Entered: 01/29/2019) |
| 01/30/2019 | 153 | ORDER granting 152 Motion to Withdraw as Attorney. Attorney Srecko Vidmar is terminated. By Judge R. Brooke Jackson on 1/30/19. Text Only Entry (rbjsec. ) (Entered: 01/30/2019) |
| 02/01/2019 | 154 | Unopposed MOTION for Protective Order *(Amended)* by Defendant ARRIS Solutions. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Nall, Jennifer) (Entered: 02/01/2019) |
| 02/05/2019 | 155 | ORDER granting 154 Unopposed Motion for Protective Order. By Judge R. Brooke Jackson on 2/5/19. Text Only Entry (rbjsec. ) (Entered: 02/05/2019) |
| 02/05/2019 | 156 | STIPULATED PROTECTIVE ORDER by Judge R. Brooke Jackson on 2/5/19. (jdyne, ) (Entered: 02/05/2019) |
| 02/06/2019 | 157 | NOTICE *of IPR Institution* by Defendants ARRIS Solutions, DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C. (Shartzer, Adam) (Entered: 02/06/2019) |
| 02/08/2019 | 158 | MOTION to Expedite *Ruling on Concurrently Filed Motion to Stay the Case and Temporary Stay of Discovery Pending the Resolution of that Motion* by Defendants ARRIS Solutions, DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Shartzer, Adam) (Entered: 02/08/2019) |
| 02/08/2019 | 159 | MOTION to Stay *In View of Instituted PTAB Proceedings* by Defendants ARRIS Solutions, DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Shartzer Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K)(Shartzer, Adam) (Entered: 02/08/2019) |
| 02/15/2019 | 160 | BRIEF in Opposition to 158 MOTION to Expedite *Ruling on Concurrently Filed Motion to Stay the Case and Temporary Stay of Discovery Pending the Resolution of that Motion* filed by Plaintiff Realtime Adaptive Streaming LLC. (Attachments: # 1 Exhibit A)(Chung, Jay) (Entered: 02/15/2019) |
| 02/25/2019 | 161 | Joint MOTION to Stay *In View of Instituted PTAB Proceedings. By Realtime Adaptive Streaming, LLC, and* by Defendants ARRIS Solutions, DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Proposed Order (PDF Only))(Nall, Jennifer) (Entered: 02/25/2019) |
| 02/26/2019 | 162 | ORDER: 161 Motion to Stay is GRANTED. In the future, you might wish to consider seeking stays before putting courts to the work involved in a Markman hearing and order. 123 Motion to Sever, 125 Motion for Joinder, 158 Motion to Expedite, 159 Motion to Stay are all MOOT. Status Conference is set for 2/25/2020 at 8:30 AM in Courtroom A 902 before Judge R. Brooke Jackson. Case is administratively closed. by Judge R. Brooke Jackson on 2/26/19. Text Only Entry (jdyne, ) (Entered: 02/26/2019) |
| 02/26/2019 | 163 | Civil Case Administratively Closed pursuant to the ORDER filed in this case on 2/26/19. Text Only Entry (jdyne, ) (Entered: 02/26/2019) |
| 04/23/2019 | 164 | CORPORATE DISCLOSURE STATEMENT identifying Corporate Parent ARRIS US Holdings, Inc., Corporate Parent CommScope Holding Company, Inc., Corporate Parent ARRIS International Limited (UK), Corporate Parent Rukus Wireless, Inc. for ARRIS Solutions. (Nall, Jennifer) (Entered: 04/23/2019) |
| 04/23/2019 | 165 | MOTION to Consolidate Cases *and Stay of Proceedings* by Defendant ARRIS Solutions. (Attachments: # 1 Brief Memo ISO Motion for Consolidation and Stay of Proceedings, # 2 Exhibit A - ISO Memo Brief, # 3 Exhibit B - ISO Memo Brief, # 4 Exhibit C - ISO Memo Brief, # 5 Exhibit D - ISO Memo Brief, # 6 Exhibit E - Intentionally Left Blank, # 7 Exhibit F - ISO Memo Brief, # 8 Exhibit G - ISO Memo Brief, # 9 Exhibit H - ISO Memo Brief, # 10 Proposed Order (PDF Only))(Nall, Jennifer) (Entered: 04/23/2019) |
| 05/14/2019 | 166 | RESPONSE to 165 MOTION to Consolidate Cases *and Stay of Proceedings* filed by Plaintiff Realtime Adaptive Streaming LLC. (Attachments: # 1 Exhibit 1)(Chung, Jay) (Entered: 05/14/2019) |
| 05/21/2019 | 167 | ORDER granting 165 MOTION to Consolidate Cases and Stay of Proceedings. The Court directs that the now-consolidated 17cv2097 and 19cv585 be administratively closed. By Judge R. Brooke Jackson on 5/21/19. Text Only Entry(rbjsec. ) (Entered: |

1/31/22, 4:08 PM                                    CM/ECF - U.S. District Court:cod

|  |  | 05/21/2019) |
|---|---|---|
| 07/16/2019 | 168 | MOTION to Withdraw as Attorney *Ryan M. Teel* by Defendants DISH Technologies L.L.C., Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Proposed Order (PDF Only))(Teel, Ryan) (Entered: 07/16/2019) |
| 07/17/2019 | 169 | ORDER granting 168 Motion to Withdraw as Attorney. Attorney Ryan Matthew Teel is withdrawn. By Judge R. Brooke Jackson on 7/17/19. Text Only Entry(rbjsec. ) (Entered: 07/17/2019) |
| 02/20/2020 | 170 | MINUTE ORDER: The Status Conference set for 2/25/2020 is VACATED and RESET for 4/23/2020 at 1:30 PM in Courtroom A 902 before Judge R. Brooke Jackson. The parties may appear telephonically. The Court requests that plaintiff's counsel email the Court and all other counsel with conference dial-in information. By Judge R. Brooke Jackson on 2/20/2020. Text Only Entry (rbjsec. ) (Entered: 02/20/2020) |
| 04/01/2020 | 171 | MINUTE ORDER: The Court requests that the parties confer and then submit a joint status report by April 8, 2020 as to what needs to be accomplished during the Telephonic Status Conference set for April 23, 2020, and whether it could be done without the telephone hearing. By Judge R. Brooke Jackson on 4/1/2020. Text Only Entry (rbjsec. ) (Entered: 04/01/2020) |
| 04/08/2020 | 172 | Joint STATUS REPORT by Plaintiff Realtime Adaptive Streaming LLC. (Wang, Philip) (Entered: 04/08/2020) |
| 04/14/2020 | 173 | MINUTE ORDER re: 172 Joint Status Report filed by Realtime Adaptive Streaming LLC. The Court appreciates the parties' joint status report. The Court vacates the April 23, 2020 telephone status conference as unnecessary. On review of the parties' respective positions as set forth in the joint status report, the Court declines to settle the claims against Dish in order to proceed with litigation at this time against Dish alone. Rather, the Court continues the stay and administrative closure of the consolidated cases until the conclusion of the IPR proceedings and sets a status and scheduling conference to be held by telephone on January 15, 2021 at 8:30 a.m. If there are developments prior to that date that warrant an earlier telephone status conference the parties may set it by contacting Chambers. By Judge R. Brooke Jackson on 4/14/2020. Text Only Entry (rbjsec. ) (Entered: 04/14/2020) |
| 01/05/2021 | 174 | MINUTE ORDER re: 173 Minute Order. Regarding the Telephonic Status Conference set 1/15/2021 at 8:30, the Court directs that the parties use dial-in number 1-888-204-5984 and enter access code 7557338# when prompted. By Judge R. Brooke Jackson on 1/5/2021. Text Only Entry (rbjsec. ) (Entered: 01/05/2021) |
| 01/08/2021 | 175 | MOTION for Leave to *Withdraw Appearance of David B. Weaver* by Defendant ARRIS Solutions. (Attachments: # 1 Proposed Order (PDF Only))(Nall, Jennifer) (Entered: 01/08/2021) |
| 01/11/2021 | 176 | ORDER granting 175 MOTION for Leave to Withdraw Appearance of David B. Weaver. By Judge R. Brooke Jackson on 1/11/2021. Text Only Entry(rbjsec. ) (Entered: 01/11/2021) |
| 01/12/2021 | 177 | NOTICE of *Withdrawal of '535 and '777 Patents against Defendants* by Counter Defendants Realtime Adaptive Streaming LLC, Realtime Adaptive Streaming LLC, Plaintiff Realtime Adaptive Streaming LLC (Mirzaie, Reza) (Entered: 01/12/2021) |
| 01/14/2021 | 178 | Joint STATUS REPORT *[Regarding Status Conference]* by Counter Defendants Realtime Adaptive Streaming LLC, Realtime Adaptive Streaming LLC, Plaintiffs Realtime Adaptive Streaming LLC, Realtime Data LLC. (Mirzaie, Reza) (Entered: 01/14/2021) |
| 01/15/2021 | 179 | MINUTE ENTRY for proceedings held before Judge R. Brooke Jackson: Telephone Status Conference held on 1/15/2021, Case reopened. Discovery due by 4/30/2021, Dispositive Motions due by 5/28/2021. First Five day Jury Trial set to commence 8/16/2021 at 9:00 AM in Courtroom A 902 before Judge R. Brooke Jackson. Second five day Jury Trial set to commence Jury Trial set for 8/23/2021 at 9:00 AM in Courtroom A 902 before Judge R. Brooke Jackson. Trial Preparation Conference set for 7/16/2021 at 1:30 PM in Courtroom A 902 before Judge R. Brooke Jackson. Court Reporter: Sarah Mitchell. (jdyne, ) (Entered: 01/15/2021) |
| 01/21/2021 | 180 | NOTICE of Entry of Appearance by Douglas M. Kubehl on behalf of ARRIS SolutionsAttorney Douglas M. Kubehl added to party ARRIS Solutions(pty:dft) (Kubehl, Douglas) (Entered: 01/21/2021) |
| 01/27/2021 | 181 | NOTICE OF SUBPOENAS TO THIRD PARTY RPX CORPORATION by Defendants DISH Technologies L.L.C., Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C. (Livedalen, Brian) (Entered: 01/27/2021) |
| 01/27/2021 | 182 | TRANSCRIPT of Telephone Status Conference held on January 15, 2021 before Judge Jackson. Pages: 1-30. **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (smitc, ) (Entered: 01/27/2021) |
| 02/03/2021 | 183 | Joint MOTION to Sever *[Consolidated Case]* by Counter Defendants Realtime Adaptive Streaming LLC, Realtime Adaptive Streaming LLC, Plaintiffs Realtime Adaptive Streaming LLC, Realtime Data LLC. (Attachments: # 1 Proposed Order (PDF Only))(Wang, Philip) (Entered: 02/03/2021) |
| 02/03/2021 | 184 | NOTICE of Entry of Appearance by Puneet Kohli on behalf of ARRIS SolutionsAttorney Puneet Kohli added to party ARRIS Solutions(pty:dft) (Kohli, Puneet) (Entered: 02/03/2021) |
| 02/04/2021 | 185 | ORDER denying 183 Joint MOTION to Sever [Consolidated Case]. Deny. The Court, at defendants' insistence, set two separate trials. That's enough. By Judge R. Brooke Jackson on 2/4/2021. Text Only Entry(rbjsec. ) (Entered: 02/04/2021) |
| 02/08/2021 | 186 | NOTICE of Entry of Appearance by Daniel Aaron Tishman on behalf of DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.Attorney Daniel Aaron Tishman added to party DISH Technologies L.L.C(pty:dft), Attorney Daniel Aaron Tishman added to party Dish Network L.L.C.(pty:dft), Attorney Daniel Aaron Tishman added to party Sling Media, L.L.C.(pty:dft), Attorney Daniel Aaron Tishman added to party Sling TV L.L.C.(pty:dft) (Tishman, Daniel) (Entered: 02/08/2021) |

| | | |
|---|---|---|
| 02/09/2021 | 187 | NOTICE of Entry of Appearance by Min Woo Park on behalf of DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.Attorney Min Woo Park added to party DISH Technologies L.L.C(pty:dft), Attorney Min Woo Park added to party Dish Network L.L.C.(pty:dft), Attorney Min Woo Park added to party Sling Media, L.L.C.(pty:dft), Attorney Min Woo Park added to party Sling TV L.L.C.(pty:dft) (Park, Min Woo) (Entered: 02/09/2021) |
| 02/22/2021 | 188 | MINUTE ORDER: Telephonic Discovery Hearing is set for 2/26/2021 at 9:00 AM in Courtroom A 902 before Judge R. Brooke Jackson. The Court directs that the parties use dial-in number 1-888-204-5984 and enter access code 7557338# when prompted. By Judge R. Brooke Jackson on 2/22/2021. Text Only entry (rbjsec.) (Entered: 02/22/2021) |
| 02/26/2021 | 189 | MINUTE ENTRY for proceedings held before Judge R. Brooke Jackson: Telephone Discovery Hearing held on 2/26/2021. Court Reporter: Sarah Mitchell. (jdyne, ) (Entered: 02/26/2021) |
| 03/03/2021 | 190 | NOTICE of Entry of Appearance by Timothy W. Riffe on behalf of DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.Attorney Timothy W. Riffe added to party DISH Technologies L.L.C(pty:dft), Attorney Timothy W. Riffe added to party Dish Network L.L.C.(pty:dft), Attorney Timothy W. Riffe added to party Sling Media, L.L.C.(pty:dft), Attorney Timothy W. Riffe added to party Sling TV L.L.C.(pty:dft) (Riffe, Timothy) (Entered: 03/03/2021) |
| 03/04/2021 | 191 | NOTICE of Entry of Appearance by Caitlin Marie Dean on behalf of DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.Attorney Caitlin Marie Dean added to party DISH Technologies L.L.C(pty:dft), Attorney Caitlin Marie Dean added to party Dish Network L.L.C.(pty:dft), Attorney Caitlin Marie Dean added to party Sling Media, L.L.C. (pty:dft), Attorney Caitlin Marie Dean added to party Sling TV L.L.C.(pty:dft) (Dean, Caitlin) (Entered: 03/04/2021) |
| 03/04/2021 | 192 | TRANSCRIPT of Telephone Discovery Conference held on February 26, 2021 before Judge Jackson. Pages: 1-33. **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (smitc, ) (Entered: 03/04/2021) |
| 03/08/2021 | 193 | NOTICE of Entry of Appearance by Matthew Philip Mosteller on behalf of DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.Attorney Matthew Philip Mosteller added to party DISH Technologies L.L.C(pty:dft), Attorney Matthew Philip Mosteller added to party Dish Network L.L.C.(pty:dft), Attorney Matthew Philip Mosteller added to party Sling Media, L.L.C.(pty:dft), Attorney Matthew Philip Mosteller added to party Sling TV L.L.C.(pty:dft) (Mosteller, Matthew) (Entered: 03/08/2021) |
| 03/08/2021 | 194 | NOTICE of Entry of Appearance by Neeraj Utreja on behalf of DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.Attorney Neeraj Utreja added to party DISH Technologies L.L.C(pty:dft), Attorney Neeraj Utreja added to party Dish Network L.L.C.(pty:dft), Attorney Neeraj Utreja added to party Sling Media, L.L.C.(pty:dft), Attorney Neeraj Utreja added to party Sling TV L.L.C.(pty:dft) (Utreja, Neeraj) (Entered: 03/08/2021) |
| 03/09/2021 | 195 | Joint MOTION to Dismiss Party *ARRIS As to All Claims With Prejudice* by Plaintiff Realtime Adaptive Streaming LLC. (Attachments: # 1 Proposed Order (PDF Only))(Wang, Philip) (Entered: 03/09/2021) |
| 03/10/2021 | 196 | ORDER granting 195 Motion to Dismiss Party by Judge R. Brooke Jackson on 3/10/21.(jdyne, ) (Entered: 03/10/2021) |
| 03/29/2021 | 197 | ADVISORY NOTICE TO ATTORNEY AND COURT: Under D.C.COLO.LAttyR 3(a), Philip X. Wang was administratively removed from the court's attorney roll and barred from filing electronically under CM/ECF for failing to pay the 2020 Biennial Fee. Counsel must complete a Bar/ECF application through counsel's existing Attorney Services Portal account and pay the full application fee to be restored to the attorney roll and CM/ECF. Upon reinstatement, counsel must file a Notice of Entry of Appearance in this case. (Text Only Entry) (mfred) (Entered: 03/29/2021) |
| 03/30/2021 | 198 | NOTICE of Entry of Appearance by Philip X. Wang on behalf of Realtime Adaptive Streaming LLC (Wang, Philip) (Entered: 03/30/2021) |
| 03/31/2021 | 199 | NOTICE *of Federal Circuit Decision* by Plaintiff Realtime Adaptive Streaming LLC (Attachments: # 1 Exhibit A)(Wang, Philip) (Entered: 03/31/2021) |
| 04/02/2021 | 200 | NOTICE of Entry of Appearance by James N. Pickens on behalf of Realtime Adaptive Streaming LLCAttorney James N. Pickens added to party Realtime Adaptive Streaming LLC(pty:cd), Attorney James N. Pickens added to party Realtime Adaptive Streaming LLC(pty:cd), Attorney James N. Pickens added to party Realtime Adaptive Streaming LLC(pty:pla) (Pickens, James) (Entered: 04/02/2021) |
| 04/05/2021 | 201 | NOTICE of Entry of Appearance by Reza Mirzaie on behalf of Realtime Adaptive Streaming LLC (Mirzaie, Reza) (Entered: 04/05/2021) |
| 04/15/2021 | 202 | ADVISORY NOTICE TO ATTORNEY AND COURT: Under D.C.COLO.LAttyR 3(a), Helen Y. Trac was administratively removed from the court's attorney roll and barred from filing electronically under CM/ECF for failing to pay the 2020 Biennial Fee. Counsel must complete a Bar/ECF application through counsel's existing Attorney Services Portal account and pay the full application fee to be restored to the attorney roll and CM/ECF. Upon reinstatement, counsel must file a Notice of Entry of Appearance in this case. (Text Only Entry) (ebutl) (Entered: 04/15/2021) |
| 05/07/2021 | 203 | LETTER *of Intent to File MSJ re License Defense* by Defendants DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Cordell, Ruffin) (Entered: 05/07/2021) |
| 05/07/2021 | 204 | LETTER *of Intent to File MSJ re Patent Ineligibility* by Defendants DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Cordell, Ruffin) (Entered: 05/07/2021) |
| 05/07/2021 | 205 | LETTER *of Intent to File MSJ re Noninfringement* by Defendants DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Cordell, Ruffin) (Entered: 05/07/2021) |

| | | |
|---|---|---|
| 05/07/2021 | 206 | LETTER *of Intent to File MSJ re Section 112 Invalidity* by Defendants DISH Technologies L.L.C., Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Cordell, Ruffin) (Entered: 05/07/2021) |
| 05/07/2021 | 207 | LETTER *of Intent to File MSJ re No Pre-Suit Damages* by Defendants DISH Technologies L.L.C., Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Cordell, Ruffin) (Entered: 05/07/2021) |
| 05/13/2021 | 208 | MINUTE ORDER: Plaintiff's emailed request to Chambers for a hearing is denied. Plaintiff's request for 4.5 additional hours of deposition time is denied. The Court finds that 9.5 hours of deposition examination provides ample time for well-prepared counsel to conduct a deposition. This is particularly true of a deposition of an expert who has generated written reports that will constitute the boundaries of the expert's testimony at trial. By Judge R. Brooke Jackson on 5/13/2021. Text Only Entry (rbjsec. ) (Entered: 05/13/2021) |
| 05/14/2021 | 209 | RESPONSE to 203 Letter *of Intent to File MSJ re License Defense* by Plaintiff Realtime Adaptive Streaming LLC. (Wang, Philip) (Entered: 05/14/2021) |
| 05/14/2021 | 210 | RESPONSE to 204 Letter *of Intent to File MSJ re Patent Ineligibility* by Plaintiff Realtime Adaptive Streaming LLC. (Wang, Philip) (Entered: 05/14/2021) |
| 05/14/2021 | 211 | RESPONSE to 205 Letter *of Intent to File MSJ re Non-infringement* by Plaintiff Realtime Adaptive Streaming LLC. (Wang, Philip) (Entered: 05/14/2021) |
| 05/14/2021 | 212 | RESPONSE to 206 Letter *of Intent to File MSJ re Section 112 Invalidity* by Plaintiff Realtime Adaptive Streaming LLC. (Wang, Philip) (Entered: 05/14/2021) |
| 05/14/2021 | 213 | RESPONSE to 207 Letter *of Intent to File MSJ re No Pre-Suit Damages* by Plaintiff Realtime Adaptive Streaming LLC. (Wang, Philip) (Entered: 05/14/2021) |
| 05/18/2021 | 214 | LETTER *of Intent to File MSJ re Equitable Defenses* by Plaintiff Realtime Adaptive Streaming LLC. (Wang, Philip) (Entered: 05/18/2021) |
| 05/25/2021 | 215 | RESPONSE to 214 Letter *of Intent to File MSJ re Equitable Defenses* by Defendants DISH Technologies L.L.C., Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Cordell, Ruffin) (Entered: 05/25/2021) |
| 05/26/2021 | 216 | MOTION for Summary Judgment *of Invalidity Based on Lack of Subject Matter Eligibility* by Defendants DISH Technologies L.L.C., Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Cordell, Ruffin) (Entered: 05/26/2021) |
| 05/27/2021 | 217 | Unopposed MOTION for Leave to Restrict by Defendants DISH Technologies L.L.C., Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Redacted Motion for Summary Judgement Re Pre-Suit Damages, # 2 Exhibit G, # 3 Exhibit H, # 4 Exhibit J)(Cordell, Ruffin) (Entered: 05/27/2021) |
| 05/27/2021 | 218 | MOTION for Summary Judgment *of No Pre-Suit Damages for the 610 Patent* by Defendants DISH Technologies L.L.C., Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Cordell, Ruffin) (Entered: 05/27/2021) |
| 05/27/2021 | 219 | RESTRICTED DOCUMENT - Level 1: Unredacted version of 218 Motion by Defendants DISH Technologies L.L.C., Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Exhibit G, # 2 Exhibit H, # 3 Exhibit J)(Cordell, Ruffin) Modified to add title on 5/28/2021 (rvill, ). (Entered: 05/27/2021) |
| 05/28/2021 | 220 | Unopposed MOTION for Leave to Restrict by Defendants DISH Technologies L.L.C., Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Redacted Defendants' Non-infringement Summary Judgment Motion, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 13)(Cordell, Ruffin) (Entered: 05/28/2021) |
| 05/28/2021 | 221 | MOTION for Summary Judgment *Re Non-infringement* by Defendants DISH Technologies L.L.C., Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13)(Cordell, Ruffin) (Entered: 05/28/2021) |
| 05/28/2021 | 222 | RESTRICTED DOCUMENT - Level 1: Unredacted version of 221 Motion by Defendants DISH Technologies L.L.C., Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 6, # 6 Exhibit 7, # 7 Exhibit 8, # 8 Exhibit 9, # 9 Exhibit 10, # 10 Exhibit 13)(Cordell, Ruffin) Modified to add title on 6/1/2021 (rvill, ). (Entered: 05/28/2021) |
| 05/28/2021 | 223 | MOTION for Summary Judgment *of Invalidity* by Defendants DISH Technologies L.L.C., Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Cordell, Ruffin) (Entered: 05/28/2021) |
| 05/28/2021 | 224 | CERTIFICATE OF COMPLIANCE re 216 MOTION for Summary Judgment *of Invalidity Based on Lack of Subject Matter Eligibility* by Defendants DISH Technologies L.L.C., Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Cordell, Ruffin) (Entered: 05/28/2021) |
| 05/28/2021 | 225 | Unopposed MOTION for Leave to Restrict by Defendants DISH Technologies L.L.C., Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Redacted Summary Judgment Motion on Licensing and Exhaustion, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit D, # 5 Exhibit F, # 6 Exhibit G, # 7 Exhibit H)(Cordell, Ruffin) (Entered: 05/28/2021) |
| 05/28/2021 | 226 | RESTRICTED DOCUMENT - Level 1: Unredacted version of 227 Motion by Defendants DISH Technologies L.L.C., Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit D, # 4 Exhibit F, # 5 Exhibit G, # 6 Exhibit H)(Cordell, Ruffin) Modified to add title on 6/1/2021 (rvill, ). (Entered: 05/28/2021) |
| 05/28/2021 | 227 | MOTION for Summary Judgment *on Licensing and Exhaustion* by Defendants DISH Technologies L.L.C., Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # |

| | | |
|---|---|---|
| | | 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Cordell, Ruffin) (Entered: 05/28/2021) |
| 05/28/2021 | 228 | Unopposed MOTION for Leave to Restrict by Counter Defendants Realtime Adaptive Streaming LLC, Realtime Adaptive Streaming LLC, Plaintiff Realtime Adaptive Streaming LLC. (Attachments: # 1 Redacted Motion to Exclude Dish's Damages Opinions, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit D)(Wang, Philip) (Entered: 05/28/2021) |
| 05/28/2021 | 229 | RESTRICTED DOCUMENT - Level 1: Unredacted version of 230 Motion by Counter Defendants Realtime Adaptive Streaming LLC, Realtime Adaptive Streaming LLC, Plaintiff Realtime Adaptive Streaming LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit D)(Wang, Philip) Modified to add title on 6/1/2021 (rvill, ). (Entered: 05/28/2021) |
| 05/28/2021 | 230 | MOTION to Exclude *Dish's Damages Opinions Based on Non-Comparable RPX Option Amounts* by Counter Defendants Realtime Adaptive Streaming LLC, Realtime Adaptive Streaming LLC, Plaintiff Realtime Adaptive Streaming LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Wang, Philip) (Entered: 05/28/2021) |
| 05/28/2021 | 231 | Partial MOTION for Summary Judgment *on DISH's Affirmative Defenses of Unclean Hands, Waiver, and Estoppel* by Plaintiff Realtime Adaptive Streaming LLC. (Attachments: # 1 Exhibit)(Wang, Philip) (Entered: 05/28/2021) |
| 06/01/2021 | 232 | ORDER: 216 MOTION for Summary Judgment of Invalidity Based on Lack of Subject Matter Eligibility. Denied. The Court permits plaintiff and defendant to file one motion for summary judgment, not to exceed 20 pages from the top of the caption to the bottom of the certificate of service. Dish's effort to circumvent the page limit by filing five separate motions totaling 76 pages is not impressive and is rejected. The Court recommends that you pick one issue, whatever you consider to be your best issue, and file a succinct motion as to that issue. Or settle your case. But the Court does not have the time or the patience to deal with your excessive motion practice.; 217 Unopposed MOTION for Leave to Restrict is granted.; 218 MOTION for Summary Judgment of No Pre-Suit Damages for the 610 Patent. Denied. See order re ECF No. 216.; 220 Unopposed MOTION for Leave to Restrict is granted.; 221 MOTION for Summary Judgment Re Non-infringement. Denied. See order re ECF No. 216.; 223 MOTION for Summary Judgment of Invalidity. Denied. See order re ECF No. 216.; 225 Unopposed MOTION for Leave to Restrict is granted.; 227 MOTION for Summary Judgment on Licensing and Exhaustion. Denied. See order re ECF No. 216.; 228 Unopposed MOTION for Leave to Restrict is granted. By Judge R. Brooke Jackson on 6/1/2021. Text Only Entry(rbjsec. ) (Entered: 06/01/2021) |
| 06/01/2021 | 233 | MINUTE ORDER re: 230 MOTION to Exclude Dish's Damages Opinions Based on Non-Comparable RPX Option Amounts. Defendant is directed to respond to ECF No. 230. 231 Partial MOTION for Summary Judgment on DISH's Affirmative Defenses of Unclean Hands, Waiver, and Estoppel. Defendant is directed to drop the defenses or respond to ECF No. 231. By Judge R. Brooke Jackson on 6/1/2021. Text Only Entry (rbjsec.) (Entered: 06/01/2021) |
| 06/02/2021 | 234 | MOTION for Summary Judgment *of Invalidity Based on Lack of Subject Matter Eligibility* by Defendants DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Cordell, Ruffin) (Entered: 06/02/2021) |
| 06/03/2021 | 235 | Unopposed MOTION for Leave to Restrict by Counter Defendants Realtime Adaptive Streaming LLC, Realtime Adaptive Streaming LLC, Plaintiff Realtime Adaptive Streaming LLC. (Attachments: # 1 Motion to Exclude Opinions of Dish's Experts on Non-Infringing Alternatives, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5)(Wang, Philip) (Entered: 06/03/2021) |
| 06/03/2021 | 236 | RESTRICTED DOCUMENT - Level 1: Unredacted version of 237 Motion by Counter Defendants Realtime Adaptive Streaming LLC, Realtime Adaptive Streaming LLC, Plaintiff Realtime Adaptive Streaming LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Wang, Philip) Modified to add title on 6/4/2021 (rvill, ). (Entered: 06/03/2021) |
| 06/03/2021 | 237 | MOTION to Exclude *Opinions of Dish's Experts on Non-Infringing Alternatives* by Counter Defendants Realtime Adaptive Streaming LLC, Realtime Adaptive Streaming LLC, Plaintiff Realtime Adaptive Streaming LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Wang, Philip) (Entered: 06/03/2021) |
| 06/04/2021 | 238 | ORDER granting 235 Unopposed MOTION for Leave to Restrict. By Judge R. Brooke Jackson on 6/4/2021. Text Only Entry(rbjsec. ) (Entered: 06/04/2021) |
| 06/04/2021 | 239 | Unopposed MOTION for Leave to Restrict by Defendants DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Motion to Strike and Daubert Motion to Exclude Mr. Stephen Dell's Opinions and Testimony, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 8, # 8 Exhibit 9, # 9 Exhibit 12) (Cordell, Ruffin) (Entered: 06/04/2021) |
| 06/04/2021 | 240 | RESTRICTED DOCUMENT - Level 1: Unredacted version of 241 Motion by Defendants DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 6, # 6 Exhibit 8, # 7 Exhibit 9, # 8 Exhibit 12)(Cordell, Ruffin) Modified to add title on 6/7/2021 (rvill, ). (Entered: 06/04/2021) |
| 06/04/2021 | 241 | MOTION to Strike *and Daubert Motion to Exclude Mr. Stephen Dell's Opinions and Testimony* by Defendants DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15)(Cordell, Ruffin) (Entered: 06/04/2021) |
| 06/04/2021 | 242 | MOTION to Strike *and Daubert Motion to Exclude Dr. Michael Mitzenmacher's Opinions and Testimony* by Defendants DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L)(Cordell, Ruffin) (Entered: 06/04/2021) |
| 06/04/2021 | 243 | Unopposed MOTION for Leave to Restrict by Defendants DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Exhibit A, # 2 Exhibit C, # 3 Exhibit H, # 4 Exhibit L)(Cordell, Ruffin) (Entered: 06/04/2021) |

| 06/04/2021 | 244 | RESTRICTED DOCUMENT - Level 1: Exhibits A, C, H, and L to 242 Motion by Defendants DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C. (Attachments: # 1 Exhibit A, # 2 Exhibit C, # 3 Exhibit H, # 4 Exhibit L) (Cordell, Ruffin) Modified to add title on 6/7/2021 (rvill, ). (Entered: 06/04/2021) |
| 06/07/2021 | 245 | ORDER granting 239 Unopposed MOTION for Leave to Restrict. By Judge R. Brooke Jackson on 6/7/2021. Text Only Entry(rbjsec.) (Entered: 06/07/2021) |
| 06/07/2021 | 246 | ORDER granting 243 Unopposed Motion for Leave to Restrict, by Judge R. Brooke Jackson on 6/7/2021. Text Only Entry(rbjsec.) (Entered: 06/07/2021) |
| 06/07/2021 | 247 | ERRATA re 242 MOTION to Strike *and Daubert Motion to Exclude Dr. Michael Mitzenmacher's Opinions and Testimony - - Corrected Exhibit J* by Defendants DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Cordell, Ruffin) (Entered: 06/07/2021) |
| 06/08/2021 | 248 | MINUTE ORDER: The trial preparation conference set 7/16/2021 will be held telephonically. The Court directs that the parties use dial-in number 1-888-204-5984 and enter access code 7557338# when prompted. The Court reminds the parties that the combined proposed stipulated and disputed jury instructions should be emailed in Word format to jackson_chambers@cod.uscourts.gov at least one week in advance of the hearing. Please see this Court's Practice Standards for details. By Judge R. Brooke Jackson on 6/8/2021. Text Only Entry (rbjsec.) (Entered: 06/08/2021) |
| 06/09/2021 | 249 | NOTICE of Entry of Appearance by Hugh Q. Gottschalk on behalf of DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.Attorney Hugh Q. Gottschalk added to party DISH Technologies L.L.C(pty:dft), Attorney Hugh Q. Gottschalk added to party Dish Network L.L.C.(pty:dft), Attorney Hugh Q. Gottschalk added to party Sling Media, L.L.C. (pty:dft), Attorney Hugh Q. Gottschalk added to party Sling TV L.L.C.(pty:cc) (Gottschalk, Hugh) (Entered: 06/09/2021) |
| 06/17/2021 | 250 | NOTICE *of USPTO Ex Parte Reexamination Rejection of All Asserted Claims* by Defendants DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Gottschalk, Hugh) (Entered: 06/17/2021) |
| 06/18/2021 | 251 | RESTRICTED DOCUMENT - Level 1: Unredacted version of 253 Response by Defendants DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C. (Cordell, Ruffin) Modified to add title on 6/18/2021 (rvill, ). (Entered: 06/18/2021) |
| 06/18/2021 | 252 | Unopposed MOTION for Leave to Restrict by Defendants DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Defendants' Redacted Opposition to Realtime's Motion to Exclude Mr. Paul Meyer's Expert Opinions Based on RPX Option Amounts)(Cordell, Ruffin) (Entered: 06/18/2021) |
| 06/18/2021 | 253 | RESPONSE to 230 MOTION to Exclude *Dish's Damages Opinions Based on Non-Comparable RPX Option Amounts* filed by Defendants DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Cordell, Ruffin) (Entered: 06/18/2021) |
| 06/18/2021 | 254 | RESPONSE to 231 Partial MOTION for Summary Judgment *on DISH's Affirmative Defenses of Unclean Hands, Waiver, and Estoppel* filed by Defendants DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Cordell, Ruffin) (Entered: 06/18/2021) |
| 06/18/2021 | 255 | ORDER granting 252 Unopposed Motion for Leave to Restrict. By Judge R. Brooke Jackson on 6/18/2021. Text Only Entry(rbjsec.) (Entered: 06/18/2021) |
| 06/21/2021 | 256 | STIPULATION *Regarding Motions in Limine* by Plaintiff Realtime Adaptive Streaming LLC. (Wang, Philip) (Entered: 06/21/2021) |
| 06/22/2021 | 257 | MOTION in Limine by Defendants DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Cordell, Ruffin) (Entered: 06/22/2021) |
| 06/22/2021 | 258 | Unopposed MOTION for Leave to Restrict by Defendants DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Exhibit A, # 2 Exhibit K)(Cordell, Ruffin) (Entered: 06/22/2021) |
| 06/22/2021 | 259 | RESTRICTED DOCUMENT - Level 1: Exhibit J to 258 Motion by Defendants DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C. (Attachments: # 1 Exhibit K)(Cordell, Ruffin) Modified to add title on 6/25/2021 (rvill, ). (Entered: 06/22/2021) |
| 06/22/2021 | 260 | MOTION in Limine by Plaintiff Realtime Adaptive Streaming LLC. (Wang, Philip) (Entered: 06/22/2021) |
| 06/23/2021 | 261 | ORDER granting 258 Unopposed Motion for Leave to Restrict, by Judge R. Brooke Jackson on 6/23/2021. Text Only Entry(rbjsec. ) (Entered: 06/23/2021) |
| 06/23/2021 | 262 | Unopposed MOTION for Extension of Time to File Response/Reply as to 234 MOTION for Summary Judgment *of Invalidity Based on Lack of Subject Matter Eligibility* by Plaintiff Realtime Adaptive Streaming LLC. (Wang, Philip) (Entered: 06/23/2021) |
| 06/23/2021 | 263 | ORDER granting 262 Unopposed MOTION for Extension of Time to File Response/Reply as to 234 MOTION for Summary Judgment of Invalidity Based on Lack of Subject Matter Eligibility. The deadline to respond is extended to 6/25/2021. By Judge R. Brooke Jackson on 6/23/2021. Text Only Entry(rbjsec. ) (Entered: 06/23/2021) |
| 06/24/2021 | 264 | Unopposed MOTION for Leave to Restrict by Defendants DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Exhibit A, # 2 Exhibit F)(Shartzer, Adam) (Entered: 06/24/2021) |
| 06/24/2021 | 265 | RESTRICTED DOCUMENT - Level 1: Exhibit A to 264 Motion by Defendants DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C. (Attachments: # 1 Exhibit F)(Shartzer, Adam) Modified to add title on 6/25/2021 (rvill, ). (Entered: 06/24/2021) |

| | | |
|---|---|---|
| 06/24/2021 | 266 | RESPONSE to 237 MOTION to Exclude *Opinions of Dish's Experts on Non-Infringing Alternatives* filed by Defendants DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Shartzer, Adam) (Entered: 06/24/2021) |
| 06/25/2021 | 267 | RESPONSE to 234 MOTION for Summary Judgment *of Invalidity Based on Lack of Subject Matter Eligibility* filed by Plaintiff Realtime Adaptive Streaming LLC. (Attachments: # 1 Exhibit 1 - '610 Patent, # 2 Exhibit 2 - Rhyne Validity Rpt, # 3 Exhibit 3 - Bovik Dep. Tr., # 4 Exhibit 4 - Netflix '046 FWD, # 5 Exhibit 5 - Google '046 FWD)(Wang, Philip) (Entered: 06/25/2021) |
| 06/25/2021 | 268 | Unopposed MOTION for Leave to Restrict by Counter Defendants Realtime Adaptive Streaming LLC, Realtime Adaptive Streaming LLC, Plaintiff Realtime Adaptive Streaming LLC. (Attachments: # 1 Opposition Redacted, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)(Pickens, James) (Entered: 06/25/2021) |
| 06/25/2021 | 269 | RESTRICTED DOCUMENT - Level 1: Unredacted version of 270 Brief by Counter Defendants Realtime Adaptive Streaming LLC, Realtime Adaptive Streaming LLC, Plaintiff Realtime Adaptive Streaming LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Pickens, James) Modified to add title on 6/28/2021 (rvill, ). (Entered: 06/25/2021) |
| 06/25/2021 | 270 | BRIEF in Opposition to 242 MOTION to Strike *and Daubert Motion to Exclude Dr. Michael Mitzenmacher's Opinions and Testimony* filed by Counter Defendants Realtime Adaptive Streaming LLC, Realtime Adaptive Streaming LLC, Plaintiff Realtime Adaptive Streaming LLC. (Attachments: # 1 Exhibit 1 Filed Under Seal, # 2 Exhibit 2 Filed Under Seal, # 3 Exhibit 3 Filed Under Seal, # 4 Exhibit 4, # 5 Exhibit 5)(Pickens, James) (Entered: 06/25/2021) |
| 06/25/2021 | 271 | Unopposed MOTION for Leave to Restrict by Counter Defendants Realtime Adaptive Streaming LLC, Realtime Adaptive Streaming LLC, Plaintiff Realtime Adaptive Streaming LLC. (Attachments: # 1 Opposition, Redacted, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)(Pickens, James) (Entered: 06/25/2021) |
| 06/25/2021 | 272 | RESTRICTED DOCUMENT - Level 1: Unredacted version of 273 Brief by Counter Defendants Realtime Adaptive Streaming LLC, Realtime Adaptive Streaming LLC, Plaintiff Realtime Adaptive Streaming LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Pickens, James) Modified to add title on 6/28/2021 (rvill, ). (Entered: 06/25/2021) |
| 06/25/2021 | 273 | BRIEF in Opposition to 241 MOTION to Strike *and Daubert Motion to Exclude Mr. Stephen Dell's Opinions and Testimony* filed by Counter Defendants Realtime Adaptive Streaming LLC, Realtime Adaptive Streaming LLC, Plaintiff Realtime Adaptive Streaming LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Pickens, James) (Entered: 06/25/2021) |
| 06/28/2021 | 274 | ORDER granting 264 Unopposed MOTION for Leave to Restrict. By Judge R. Brooke Jackson on 6/28/2021. Text Only Entry(rbjsec.) (Entered: 06/28/2021) |
| 06/28/2021 | 275 | ORDER granting 268 Motion for Leave to Restrict. By Judge R. Brooke Jackson on 6/28/2021. Text Only Entry(rbjsec.) (Entered: 06/28/2021) |
| 06/28/2021 | 276 | ORDER granting 271 Unopposed Motion for Leave to Restrict, by Judge R. Brooke Jackson on 6/28/2021. Text Only Entry(rbjsec. ) (Entered: 06/28/2021) |
| 06/28/2021 | 277 | NOTICE *OF REQUEST FOR REMOVAL FROM ECF NOTIFICATION AND SERVICE LIST* by Defendant ARRIS Solutions, Counter Claimant ARRIS Solutions (Eber, Michelle) (Entered: 06/28/2021) |
| 06/30/2021 | 278 | NOTICE *of Federal Circuit Order Denying DISH's Petition for Rehearing En Banc* by Plaintiff Realtime Adaptive Streaming LLC (Attachments: # 1 Exhibit Federal Circuit Order)(Wang, Philip) (Entered: 06/30/2021) |
| 07/01/2021 | 279 | RESPONSE to 250 Notice (Other), *Response to DISH Notice re Ex Parte Reexam* by Plaintiff Realtime Adaptive Streaming LLC. (Wang, Philip) (Entered: 07/01/2021) |
| 07/02/2021 | 280 | REPLY to Response to 234 MOTION for Summary Judgment *of Invalidity Based on Lack of Subject Matter Eligibility* filed by Defendants DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Cordell, Ruffin) (Entered: 07/02/2021) |
| 07/02/2021 | 281 | Unopposed MOTION for Leave to Restrict by Defendants DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Redacted Defendants' Reply In Support of its Motion to Strike and Daubert Motion to Exclude Mr. Dell's Opinions and Testimony)(Cordell, Ruffin) (Entered: 07/02/2021) |
| 07/02/2021 | 282 | RESTRICTED DOCUMENT - Level 1: Unredacted version of 283 Reply by Defendants DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C. (Cordell, Ruffin) Modified to add title on 7/6/2021 (rvill, ). (Entered: 07/02/2021) |
| 07/02/2021 | 283 | REPLY to Response to 241 MOTION to Strike *and Daubert Motion to Exclude Mr. Stephen Dell's Opinions and Testimony* filed by Defendants DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Cordell, Ruffin) (Entered: 07/02/2021) |
| 07/02/2021 | 284 | REPLY to Response to 231 Partial MOTION for Summary Judgment *on DISH's Affirmative Defenses of Unclean Hands, Waiver, and Estoppel* filed by Plaintiff Realtime Adaptive Streaming LLC. (Wang, Philip) (Entered: 07/02/2021) |
| 07/02/2021 | 285 | ORDER granting 281 Unopposed MOTION for Leave to Restrict. By Judge R. Brooke Jackson on 7/2/2021.(rbjsec.) (Entered: 07/02/2021) |
| 07/02/2021 | 286 | REPLY to Response to 242 MOTION to Strike *and Daubert Motion to Exclude Dr. Michael Mitzenmacher's Opinions and Testimony* filed by Defendants DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Exhibit M, # 2 Exhibit N)(Cordell, Ruffin) (Entered: 07/02/2021) |
| 07/02/2021 | 287 | Unopposed MOTION for Leave to Restrict by Defendants DISH Technologies L.L.C, Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Exhibit M)(Cordell, Ruffin) (Entered: 07/02/2021) |
| 07/02/2021 | 288 | ORDER granting 287 Unopposed Motion for Leave to Restrict, by Judge R. Brooke Jackson on 7/2/2021. Text Only Entry(rbjsec.) (Entered: |

| 07/02/2021 | 289 | RESTRICTED DOCUMENT - Level 1: Exhibit M to 286 Reply by Defendants DISH Technologies L.L.C., Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C. (Cordell, Ruffin) Modified to add title on 7/6/2021 (rvill, ). (Entered: 07/02/2021) |
| 07/02/2021 | 290 | RESPONSE to 260 MOTION in Limine filed by Defendants DISH Technologies L.L.C., Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Cordell, Ruffin) (Entered: 07/02/2021) |
| 07/02/2021 | 291 | Unopposed MOTION for Leave to Restrict by Plaintiff Realtime Adaptive Streaming LLC. (Pickens, James) (Entered: 07/02/2021) |
| 07/02/2021 | 292 | BRIEF in Support of 230 MOTION to Exclude *Dish's Damages Opinions Based on Non-Comparable RPX Option Amounts*, 291 Unopposed MOTION for Leave to Restrict filed by Plaintiff Realtime Adaptive Streaming LLC. (Pickens, James) (Entered: 07/02/2021) |
| 07/02/2021 | 293 | RESTRICTED DOCUMENT - Level 1: Unredacted version of 294 Brief by Plaintiff Realtime Adaptive Streaming LLC. (Pickens, James) Modified to add title on 7/6/2021 (rvill, ). (Entered: 07/02/2021) |
| 07/02/2021 | 294 | BRIEF in Support of 230 MOTION to Exclude *Dish's Damages Opinions Based on Non-Comparable RPX Option Amounts* filed by Plaintiff Realtime Adaptive Streaming LLC. (Pickens, James) (Entered: 07/02/2021) |
| 07/02/2021 | 295 | RESPONSE to 257 MOTION in Limine filed by Defendants DISH Technologies L.L.C.. (Wang, Philip) (Entered: 07/02/2021) |
| 07/08/2021 | 296 | REPLY to Response to 237 MOTION to Exclude *Opinions of Dish's Experts on Non-Infringing Alternatives* filed by Plaintiff Realtime Adaptive Streaming LLC. (Attachments: # 1 Exhibit 11 - Bovik Tr., # 2 Exhibit 12 - Fontem Case)(Wang, Philip) (Entered: 07/08/2021) |
| 07/08/2021 | 297 | STIPULATION *Jointly by the Parties to Streamline Certain Issues for Trial* by Defendants DISH Technologies L.L.C., Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Cordell, Ruffin) (Entered: 07/08/2021) |
| 07/09/2021 | 298 | ORDER granting 291 Motion for Leave to Restrict by Judge R. Brooke Jackson on 7/9/21. Text Only Entry(jdyne, ) (Entered: 07/09/2021) |
| 07/12/2021 | 299 | NOTICE *Filed Jointly by Parties Regarding Legal Issues Underlying Certain Defenses* by Defendants DISH Technologies L.L.C., Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C. (Cordell, Ruffin) (Entered: 07/12/2021) |
| 07/16/2021 | 300 | NOTICE *Pursuant to 35 U.S.C Section 282* by Defendants DISH Technologies L.L.C., Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C. (Livedalen, Brian) (Entered: 07/16/2021) |
| 07/16/2021 | 301 | COURTROOM MINUTES for Telephonic Trial Preparation Conference held before Judge R. Brooke Jackson on 7/16/2021. Five-day Jury Trial set to commence 8/16/2021 09:00 AM in Courtroom A 902 before Judge R. Brooke Jackson. Any disputes over exhibits will be heard at 08:30 AM during the trial. Status Report regarding settlement due by 7/19/2021. Notice Regarding Legal Issues Underlying Certain Defenses and Defendants' Request for a Bench Trial 299 is granted. Bench Trial set for 8/6/2021 09:00 AM for a half day in Courtroom A 902 before Judge R. Brooke Jackson. Court Reporter: Sarah Mitchell. (ebuch) (Entered: 07/16/2021) |
| 07/19/2021 | 302 | NOTICE *of Status Update Regarding Settlement Efforts* by Plaintiffs Realtime Adaptive Streaming LLC, Realtime Data LLC (Mirzaie, Reza) (Entered: 07/19/2021) |
| 07/20/2021 | 303 | TRANSCRIPT of Trial Preparation Conference held on July 16, 2021 before Judge Jackson. Pages: 1-41. **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (smitc, ) (Entered: 07/20/2021) |
| 07/22/2021 | 304 | NOTICE re 242 MOTION to Strike *and Daubert Motion to Exclude Dr. Michael Mitzenmacher's Opinions and Testimony Supplemental Authority* by Defendants DISH Technologies L.L.C., Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C. (Attachments: # 1 Exhibit A)(Shartzer, Adam) (Entered: 07/22/2021) |
| 07/31/2021 | 305 | ORDER GRANTING 234 Motion for Summary Judgment; Plaintiff's claims against the Dish defendants are dismissed with prejudice. Pending Motions ECF Nos. 230 , 237 , 241 , 242 , 257 , and 260 are MOOT. The pending hearing set for 8/6/2021 and the pending jury trial set for 8/16/2021 are vacated. By Judge R. Brooke Jackson on 7/30/2021.(evaug ) (Entered: 07/31/2021) |
| 07/31/2021 | 306 | FINAL JUDGMENT by Clerk in favor of DISH Technologies L.L.C., Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C. against Realtime Adaptive Streaming LLC. As the prevailing party, the defendants are awarded reasonable costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. By Clerk on 7/31/2021. (evaug for jdyne ) (Entered: 07/31/2021) |
| 08/13/2021 | 307 | MOTION to Dismiss *Counterclaims* by Defendants DISH Technologies L.L.C., Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Proposed Order (PDF Only))(Cordell, Ruffin) (Entered: 08/13/2021) |
| 08/13/2021 | 308 | MOTION for Attorney Fees *Under 35 U.S.C Section 285* by Defendants DISH Technologies L.L.C., Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Exhibit 1, # 2 Exhibit A-1, # 3 Exhibit 2, # 4 Exhibit A-2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11)(Shartzer, Adam) (Entered: 08/13/2021) |
| 08/13/2021 | 309 | Proposed Bill of Costs by Defendants DISH Technologies L.L.C., Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Exhibit A, # 2 Exhibit A-1, # 3 Exhibit A-2, # 4 Exhibit A-3, # 5 Exhibit A-4, # 6 Exhibit A-5, # 7 Exhibit A-6, # 8 Exhibit A-7)(Shartzer, Adam) (Entered: 08/13/2021) |
| 08/13/2021 | 310 | ERRATA re 309 Proposed Bill of Costs, *Corrected Exhibit B* by Defendants DISH Technologies L.L.C., Dish Network L.L.C., |

| | | |
|---|---|---|
| | | Sling Media, L.L.C., Sling TV L.L.C.. (Shartzer, Adam) (Entered: 08/13/2021) |
| 08/14/2021 | 311 | NOTICE by Clerk re: 309 Proposed Bill of Costs and 310 Bill of Costs Errata. The Clerk designated by the Court to conduct the taxation of costs hearings hereby notifies all the parties that Courtroom A201 in the Arraj U.S. Courthouse in Denver has been reserved for the taxation of costs hearing and the date placed on the Clerk's calendar. Defendants' Bill of Costs, however, is DENIED without prejudice until a ruling is entered by the Court regarding Docket No. 307, the Motion to Dismiss Counterclaims. Since Defendants' motion appears to have a reasonable basis, the Clerk at this time can only tentatively schedule the bill of costs hearing for the selected date. When the Court enters its Order re: 307 and a potential Amended Final Judgment entered, Defendants shall file an Amended Bill of Costs but can keep the Oct. 12 date. The Clerk does find that the Defendants timely filed their original Bill of Costs. In the interim before the Court enters a ruling on 307 and before the Taxation of Costs hearing, the parties are required to thoroughly review the attached Hearing Officer Guide to Taxation of Costs [see in particular sections on video deposition charges and e-discovery hosting] and use it to make a reasonable effort to reach either partial stipulations - or even better, a global settlement - in keeping with the Rule One directive that "the court and the parties [are] to secure the just, speedy, and inexpensive determination of every action and proceeding." Furthermore, the Clerk advises the lead counsel who will be making the arguments for and against the bill of costs to make travel arrangements for the tentative Oct. 12, 2021 hearing, because counsel are required to appear IN PERSON for the arguments. Finally, the prevailing party's counsel is directed to deliver a paper copy of its bill of costs, since it has a 166 page count, to the clerk in paper -- send it to the Clerk's Office, Arraj U.S. Courthouse, 901 19th Street, Denver, CO 80294 ATTN: Edward Butler. Any bill of costs OR OBJECTION to a bill of costs that is over 50 pages must be delivered in paper to the Clerk. (ebutl) (Entered: 08/14/2021) |
| 08/25/2021 | 312 | NOTICE OF APPEAL to FEDERAL CIRCUIT as to 234 Order on Motion for Summary Judgment *of Invalidity Based on Lack of Subject Matter Eligibility*, 305 Order on Motion to Exclude,,, Order on Motion for Summary Judgment,,,,,, Order on Motion to Strike,,,, Order on Motion in Limine,,, 306 Clerk's Judgment, by Plaintiff Realtime Adaptive Streaming LLC (Filing fee $ 505, Receipt Number ACODC-8040626) (Wang, Philip) (Entered: 08/25/2021) |
| 08/26/2021 | 313 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 312 Notice of Appeal, filed by Realtime Adaptive Streaming LLC to the Federal Circuit Court of Appeals. ( Retained Counsel, Fee paid,) (Attachments: # 1 Preliminary Record, # 2 Docket Sheet)(sphil, ) (Entered: 08/26/2021) |
| 08/26/2021 | 314 | Unopposed MOTION for Extension of Time to *Response and Reply Briefing Deadlines*, MOTION for Extension of Time to File Response/Reply as to 308 MOTION for Attorney Fees *Under 35 U.S.C Section 285* by Plaintiff Realtime Data LLC. (Wang, Philip) (Entered: 08/26/2021) |
| 08/27/2021 | 315 | ORDER granting Unopposed MOTION for Extension of Time to File Response/Reply as to 308 MOTION for Attorney Fees *Under 35 U.S.C Section 285* by Judge R. Brooke Jackson on 8/27/21. Text Only Entry(jdyne, ) (Entered: 08/27/2021) |
| 08/31/2021 | 316 | Federal Circuit Case Number 21-2268 for 312 Notice of Appeal, filed by Realtime Adaptive Streaming LLC. (sphil, ) (Entered: 08/31/2021) |
| 09/21/2021 | 317 | RESPONSE to 308 MOTION for Attorney Fees *Under 35 U.S.C Section 285* filed by Plaintiff Realtime Adaptive Streaming LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Wang, Philip) (Entered: 09/21/2021) |
| 09/23/2021 | 318 | NOTICE by Clerk re 309 , 310 , 311 . Due to a setting of a criminal case jury trial in Courtroom A201 of the Arraj Courthouse, the hearing for the tentative Bill of Costs hearing in this matter will be held October 12, 2021, 8:30 AM, in Courtroom 205 (2nd floor) of the Byron G. Rogers U.S. Courthouse, 1929 Stout Street Denver. Text Only Entry. (ebutl) (Entered: 09/23/2021) |
| 09/23/2021 | 319 | RESPONSE to 308 MOTION for Attorney Fees *Under 35 U.S.C Section 285 CORRECTED RESPONSE* filed by Plaintiff Realtime Adaptive Streaming LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Wang, Philip) (Entered: 09/23/2021) |
| 09/30/2021 | 320 | NOTICE of Supplemental Authorities re: 319 Response to Motion, by Plaintiff Realtime Adaptive Streaming LLC (Attachments: # 1 Exhibit A)(Wang, Philip) (Entered: 09/30/2021) |
| 10/05/2021 | 321 | NOTICE *OF STIPULATION OF COSTS* by Defendants DISH Technologies L.L.C., Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C. (Shartzer, Adam) (Entered: 10/05/2021) |
| 10/11/2021 | 322 | Costs Taxed by Clerk in the amount of $65,058.57 against Plaintiff Realtime Adaptive Streaming, LLC and in favor of Defendants DISH Network L.L.C., Sling TV L.L.C., Sling Media L.L.C., and DISH Technologies L.L.C. Costs are awarded pursuant to the parties' Stipulation - see Docket No. 321. The hearing set for Oct. 12, 2021 in Courtroom 205 of the Byron G. Rogers U.S. Courthouse is accordingly VACATED. (ebutl) (Entered: 10/11/2021) |
| 10/12/2021 | 323 | REPLY to Response to 308 MOTION for Attorney Fees *Under 35 U.S.C Section 285* filed by Defendants DISH Technologies L.L.C., Dish Network L.L.C., Sling Media, L.L.C., Sling TV L.L.C.. (Attachments: # 1 Exhibit A)(Shartzer, Adam) (Entered: 10/12/2021) |
| 01/20/2022 | 324 | ORDER granting 307 Motion to Dismiss Counterclaims. No response has been filed, and no thus no basis for denying what appears to be an appropriate motion has been provided. Defendants' counterclaims for declaratory judgments of non-infringement and invalidity are dismissed without prejudice in view of this Court's having granted defendants' motion for summary judgment based on invalidity. The Court directs the Clerk of the Court to amend the Final Judgment, ECF No. 306 to include the dismissal without prejudice of Defendants' counterclaims against Plaintiff. By Judge R. Brooke Jackson on 1/20/2022. Text Only Entry(rbjsec. ) (Entered: 01/20/2022) |
| 01/20/2022 | 325 | AMENDED FINAL JUDGMENT : the defendants' motion for summary judgment 234 is GRANTED, and the plaintiff's claims against Sling TV L.L.C., Sling Media L.L.C., Dish Technologies L.L.C., and Dish Network L.L.C. are dismissed with prejudice; the defendants' counterclaims are dismissed without prejudice. by Clerk on 1/20/22. (jdyne, ) (Entered: 01/20/2022) |
| 01/20/2022 | 326 | ORDER granting in part 308 Motion for Attorney Fees by Judge R. Brooke Jackson on 1/20/22.(jdyne, ) (Entered: 01/21/2022) |
| 01/24/2022 | 327 | Amended NOTICE OF APPEAL as to 312 Notice of Appeal, by Plaintiff Realtime Adaptive Streaming LLC (Wang, Philip) (Entered: 01/24/2022) |

CM/ECF - U.S. District Court:cod