**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No 17-cv-02097-RBJ

REALTIME ADAPTIVE STREAMING LLC,

Plaintiff,

v.

SLING TV L.L.C.,
SLING MEDIA, L.L.C.,
ECHOSTAR TECHNOLOGIES L.L.C.,
DISH NETWORK L.L.C., and
ARRIS GROUP, INC.,

Defendants.

---

**SECOND AMENDED FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a) the following Final Judgment is hereby entered.

Pursuant to the ORDERS of Judge R. Brooke Jackson entered on July 31, 2021 [ECF No. 305], January 20, 2022 [ECF No. 324] and September 19, 2022 [ECF No. 342] it is

ORDERED that the defendants' motion for summary judgment [ECF No. 234] is GRANTED, and the plaintiff's claims against Sling TV L.L.C., Sling Media L.L.C., Dish Technologies L.L.C., and Dish Network L.L.C. are dismissed with prejudice. It is

FURTHER ORDERED that, as the prevailing party, the defendants are awarded reasonable costs in the stipulated amount of $65,058.57 [ECF No. 322]. It is

FURTHER ORDERED that the defendants are awarded attorney's fees in the amount of $3,911,002.79. It is

FURTHER ORDERED that the defendants' counterclaims are dismissed without prejudice.

Dated at Denver, Colorado this 20th day of September, 2022.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ J. Dynes

J. Dynes
Deputy Clerk